# Exhibit 1

| Channel Name | Channel URL | Infringement URL | Registration Status | Registration Certificate | Subscribers | Total Views |
|---|---|---|---|---|---|---|
| 4 Ever Green | https://www.youtube.com/@4EverGreenYT | https://www.youtube.com/watch?v=iAGdltBg_nY | Not Registered | | 3,100,000 | 771,000,000 |
| BUENISIMO | https://www.youtube.com/@BUENISIMOCANAL | https://www.youtube.com/watch?v=Irbpv-kBxSQ | Registered | PA 2-433-453 | 2,600,000 | 617,309,789 |
| BUENISIMO | https://www.youtube.com/@BUENISIMOCANAL | https://www.youtube.com/watch?v=nU6CtBI1W5s | Not Registered | | 2,600,000 | 617,309,789 |
| BUENISIMO | https://www.youtube.com/@BUENISIMOCANAL | https://www.youtube.com/watch?v=Z3HkOxN7DFM | Registered | PA 2-360-287 | 2,600,000 | 617,309,789 |
| BUENISIMO | https://www.youtube.com/@BUENISIMOCANAL | https://www.youtube.com/watch?v=nPSq0ivN-qg | Not Registered | | 2,600,000 | 617,309,789 |
| BUENISIMO | https://www.youtube.com/@BUENISIMOCANAL | https://www.youtube.com/watch?v=nPSq0ivN-qg | Not Registered | | 2,600,000 | 617,309,789 |
| DailyTop10s | https://www.youtube.com/@GlobalLeaks | https://www.youtube.com/watch?v=QgFpvGJ4dcA | Not Registered | | 901,000 | 173,910,316 |
| Dblnews | https://www.youtube.com/@dblnew | https://www.youtube.com/watch?v=iBgmsc0tO80 | Not Registered | | 5,760 | 900,000 |
| Dynamic Disaster | https://www.youtube.com/@dynamicdisaster | https://www.youtube.com/watch?v=SLjhGVsD2YY | Registered | PA 2-292-814 | 11,900 | 376,422 |
| Future Unity | https://www.youtube.com/@futureunity5129/videos | https://www.youtube.com/watch?v=hdNQJJK8Uhc | Registered | PA 2-246-408 | 912,000 | 432,319,337 |
| Future Unity | https://www.youtube.com/@futureunity5129/videos | https://www.youtube.com/watch?v=PadDmhFxa0g | Registered | PA 2-246-408 | 912,000 | 432,319,337 |
| Future Unity | https://www.youtube.com/@futureunity5129/videos | https://www.youtube.com/watch?v=Z8Lq1NIaVDE | Registered | PA 2-381-497 | 912,000 | 432,319,337 |
| Future Unity | https://www.youtube.com/@futureunity5129/videos | https://www.youtube.com/watch?v=_GxREdW74Uw | Not Registered | | 912,000 | 432,319,337 |
| Future Unity | https://www.youtube.com/@futureunity5129/videos | https://www.youtube.com/watch?v=lyEzjC8yNnM | Not Registered | | 912,000 | 432,319,337 |
| Lav Luka | https://www.youtube.com/watch?v=pM72ktBaKdo | https://www.youtube.com/watch?v=pM72ktBaKdo | Registered | PA 2-381-497 | 162,000 | 50,035,875 |
| Mind Warehouse | https://www.youtube.com/@mind_warehouse | https://www.youtube.com/watch?v=Ro19wdg7d5I | Awaiting Certificate | | 8,350,000 | 1,999,779,445 |
| Mind Warehouse | https://www.youtube.com/@mind_warehouse | https://www.youtube.com/watch?v=LDBkx1me1Y8 | Not Registered | | 8,350,000 | 1,999,779,445 |
| Mind Warehouse | https://www.youtube.com/@mind_warehouse | https://www.youtube.com/watch?v=VtFiZh6Qiww | Not Registered | | 8,350,000 | 1,999,779,445 |
| Mind Warehouse | https://www.youtube.com/@mind_warehouse | https://www.youtube.com/watch?v=6t3ccaKKBSY | Awaiting Certificate | | 8,350,000 | 1,999,779,445 |
| O CANAL DO OBSERVADOR | https://www.youtube.com/@canaldoobservador | https://www.youtube.com/watch?v=pAjqkFledIU | Registered | PA 2-388-958 | 204,000 | 46,514,987 |
| O CANAL DO OBSERVADOR | https://www.youtube.com/@canaldoobservador | https://www.youtube.com/watch?v=3ekBAxKUi1c | Not Registered | | 204,000 | 46,514,987 |
| O CANAL DO OBSERVADOR | https://www.youtube.com/@canaldoobservador | https://www.youtube.com/watch?v=zXmw2hhNsUw | Not Registered | | 204,000 | 46,514,987 |
| O CANAL DO OBSERVADOR | https://www.youtube.com/@canaldoobservador | https://www.youtube.com/watch?v=48Gpw29FKVA | Registered | PA 2-342-661 | 204,000 | 46,514,987 |
| O CANAL DO OBSERVADOR | https://www.youtube.com/@canaldoobservador | https://www.youtube.com/watch?v=V1DiVZbHmW0 | Not Registered | | 204,000 | 46,514,987 |
| O CANAL DO OBSERVADOR | https://www.youtube.com/@canaldoobservador | https://www.youtube.com/watch?v=48Gpw29FKVA | Registered | PA 2-339-957 | 204,000 | 46,514,987 |
| O CANAL DO OBSERVADOR | https://www.youtube.com/@canaldoobservador | https://www.youtube.com/watch?v=vcH6Rkxpm8g | Not Registered | | 204,000 | 46,514,987 |
| O CANAL DO OBSERVADOR | https://www.youtube.com/@canaldoobservador | https://www.youtube.com/watch?v=t4RuGtpbifQ | Not Registered | | 204,000 | 46,514,987 |
| O CANAL DO OBSERVADOR | https://www.youtube.com/channel/UCfpntDhySfxLllK6laEWc8w | https://www.youtube.com/watch?v=EjrbFYWYFg8 | Registered | PA 2-414-448 | 204,000 | 46,514,987 |
| OTV | https://www.youtube.com/@otvodisha | https://www.youtube.com/watch?v=8kJmGL2LvLg | Registered | PA 2-360-279 | 9,720,000 | 9,160,045,580 |

| | | | | | | |
|---|---|---|---|---|---|---|
| OTV | https://www.youtube.com/@otvodisha | https://www.youtube.com/watch?v=a-7h1-Xt5Zk | Registered | PA 2-348-883 | 9,720,000 | 9,160,045,580 |
| OTV | https://www.youtube.com/@otvodisha | https://www.youtube.com/watch?v=a-7h1-Xt5Zk | Registered | PA 2-339-957 | 9,720,000 | 9,160,045,580 |
| OTV | https://www.youtube.com/@otvodisha | https://www.youtube.com/watch?v=a-7h1-Xt5Zk | Registered | PA 2-339-957 | 9,720,000 | 9,160,045,580 |
| The Beesleys | https://www.youtube.com/@TheBeesleys99 | https://www.youtube.com/watch?v=G4WWUbVMxrU | Not Registered | | 178,000 | 55,418,262 |
| The Ultimate Discovery | https://www.youtube.com/@ultimatediscovery | https://www.youtube.com/watch?v=-LmDEoggeZo | Registered | PA 2-436-825 | 357,000 | 124,831,759 |
| The Ultimate Discovery | https://www.youtube.com/@ultimatediscovery | https://www.youtube.com/watch?v=-LmDEoggeZo | Not Registered | | 357,000 | 124,831,759 |
| Top Fives | https://www.youtube.com/@topfives | https://www.youtube.com/watch?v=qQmpKgFurY0 | Registered | PA 2-214-139 | 2,800,000 | 1,169,773,946 |
| Top Fives | https://www.youtube.com/@topfives | https://www.youtube.com/watch?v=QzbJK3SNjbk | Not Registered | | 2,800,000 | 1,169,773,946 |
| WEWIN ES - Desastres Naturales | https://www.youtube.com/@wewinescanal | https://www.youtube.com/watch?v=yPevE4sv8YY | Registered | PA 2-354-516 | 8,580 | 6,434,261 |
| WEWIN ES - Desastres Naturales | https://www.youtube.com/@wewinescanal | https://www.youtube.com/watch?v=N-c__MwT0aw | Not Registered | | 8,580 | 6,434,261 |
| WEWIN ES - Desastres Naturales | https://www.youtube.com/@wewinescanal | https://www.youtube.com/watch?v=ohxQ-i-CjVU | Not Registered | | 8,580 | 6,434,261 |
| WeWin ES -Desastres Naturales | https://www.youtube.com/@wewinescanal | https://www.youtube.com/watch?v=Sy_I3BBIlYo | Not Registered | | 8,580 | 6,434,261 |
| WEWIN ES -Desastres Naturales | https://www.youtube.com/@wewinescanal | https://www.youtube.com/watch?v=Z8i2Fmkv1gg | Registered | PA 2-181-876 | 8,580 | 6,434,261 |
| WEWIN PT | https://www.youtube.com/@wewinbrasil | https://www.youtube.com/watch?v=apGMnlAA-Ls | Registered | PA 2-166-813 | 49,900 | 35,144,394 |
| WEWIN PT | https://www.youtube.com/@wewinbrasil | https://www.youtube.com/watch?v=N1mrqn8QGlQ | Not Registered | | 49,900 | 35,144,394 |
| WEWIN PT | https://www.youtube.com/@wewinbrasil | https://www.youtube.com/watch?v=uBTWiAS5MJg | Not Registered | | 49,900 | 35,144,394 |