# Exhibit 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-166-813**

Effective Date of Registration:
February 11, 2019



## Title
- **Title of Work:** Black ice incidents in St. Louis, February 10, 2019

## Completion/Publication
- **Year of Completion:** 2019
- **Date of 1st Publication:** February 10, 2019
- **Nation of 1st Publication:** United States

## Author
- **Author:** Daniel Jeffrey Robinson
- **Author Created:** entire motion picture
- **Domiciled in:** United States

## Copyright Claimant
- **Copyright Claimant:** Daniel Jeffrey Robinson
  301 West Illinois Street, Apt B, New Baden, IL, 62265, United States

## Rights and Permissions
- **Name:** Daniel Jeffrey Robinson
- **Email:** dan@stormhighway.com
- **Telephone:** (618)920-0811
- **Address:** 301 West Illinois Street
  Apt B
  New Baden, IL 62265 United States

## Certification
- **Name:** Daniel Jeffrey Robinson
- **Date:** February 11, 2019

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*
United States Register of Copyrights and Director

**Registration Number**
**PA 2-181-876**
Effective Date of Registration:
April 03, 2019



## Title

Title of Work: High Wind Event In Amarillo, Texas On March 13, 2019 As Filmed By Photographer Christopher Blake Brown.

## Completion/Publication

Year of Completion: 2019
Date of 1st Publication: March 13, 2019
Nation of 1st Publication: United States

## Author

- Author: Christopher Blake Brown
  Author Created: entire motion picture
  Work made for hire: No
  Citizen of: United States
  Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Christopher Blake Brown
4201 S Williams Street, Amarillo, TX, 79118

## Rights and Permissions

Name: Logan Poole
Address: 2042 East ridge Cir
Madison, MS 39110 United States

## Certification

Name: Christopher Blake Brown
Date: March 21, 2019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-214-139**

**Effective Date of Registration:**
September 25, 2019
**Registration Decision Date:**
November 29, 2019

## Title

**Title of Work:** Brandon Clement Hurricane Dorian Aftermath Abacos Islands, Bahamas Helicopter

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** September 03, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Michael Brandon Clement
  **Author Created:** entire motion picture
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Michael Brandon Clement
1315 Carroll Dr, Terry, MS, 39170, United States

## Rights and Permissions

**Name:** Michael Brandon Clement
**Email:** bclemms@gmail.com
**Telephone:** (601)260-3170
**Address:** 1315 Carroll Dr
Terry, MS 39170 United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-246-408**

**Effective Date of Registration:**
May 12, 2020
**Registration Decision Date:**
June 26, 2020

## Title

**Title of Work:** 5-6-2018 Leilani Estates, Hi Time Lapse of giant lava flow consuming car, telephone pole falling

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** May 06, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Michael Brandon Clement
  **Author Created:** entire motion picture
  **Work made for hire:** No
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Michael Brandon Clement
1315 Carroll Drive, Terry, MS, 39170, United States

## Certification

**Name:** Richard Liebowitz
**Date:** May 12, 2020

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## PA 2-292-814

**Effective Date of Registration:**
March 22, 2021
**Registration Decision Date:**
May 20, 2021

---

## Title

     **Title of Work:** 2-2-2021 Scituate, Ma Drone shots of massive waves crashing into homes, flooded and damaged homes, sot

## Completion/Publication

     **Year of Completion:** 2021
     **Date of 1st Publication:** February 02, 2021
     **Nation of 1st Publication:** United States

## Author

-      **Author:** Michael Brandon Clement
     **Author Created:** entire motion picture
     **Citizen of:** United States
     **Domiciled in:** United States

## Copyright Claimant

     **Copyright Claimant:** Michael Brandon Clement
     1315 Carroll Dr, Terry, MS, 39170, United States

## Rights and Permissions

     **Name:** Michael Brandon Clement
     **Email:** bclemms@gmail.com
     **Telephone:** (601)260-3170
     **Address:** 1315 Carroll Dr
     Terry, MS 39170 United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-339-957**

**Effective Date of Registration:**
January 20, 2022
**Registration Decision Date:**
March 14, 2022

## Title

| | |
|---|---|
| **Title of Work:** | 12-11-2021 Historic Downtown drone shot Mayfield, Kentucky |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | December 11, 2021 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Michael Brandon Clement |
| **Author Created:** | entire motion picture |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Michael Brandon Clement |
| | 1315 Carroll Dr, Terry, MS, 39170, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Michael Brandon Clement |
| **Email:** | bclemms@gmail.com |
| **Telephone:** | (601)260-3170 |
| **Address:** | 1315 Carroll Dr |
| | Terry, MS 39170 United States |

## Certification

| | |
|---|---|
| **Name:** | Brandon Clement |
| **Date:** | January 20, 2022 |

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## PA 2-342-661

**Effective Date of Registration:**
February 11, 2022
**Registration Decision Date:**
March 29, 2022

---

## Title

**Title of Work:**   Storm Chasing the Quad State Tornadic Supercell - December 10, 2021

## Completion/Publication

**Year of Completion:**   2021
**Date of 1st Publication:**   December 11, 2021
**Nation of 1ˢᵗ Publication:**   United States

## Author

- **Author:**   Maxwell Olson
  **Author Created:**   entire motion picture
  **Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   Maxwell Olson
3220 Conestoga Dr., C-16, Norman, OK, 73072

## Rights and Permissions

**Name:**   Maxwell Olson
**Email:**   mesomaxwell@gmail.com
**Telephone:**   (720)590-1871
**Address:**   3220 Conestoga Dr.
C-16
Norman, OK 73072

## Certification

**Name:**   Logan Poole

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**PA 2-348-883**
**Effective Date of Registration:**
February 07, 2022
**Registration Decision Date:**
May 11, 2022



## Title

| | |
|---|---|
| Title of Work: | Mayfield, Ky Tornado Damage Drone 4k |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2021 |
| Date of 1st Publication: | December 23, 2021 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Michael Brandon Clement |
| Author Created: | entire motion picture |
| Citizen of: | United States |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Michael Brandon Clement |
| | 1315 Carroll Dr, Terry, MS, 39170, United States |

## Rights and Permissions

| | |
|---|---|
| Name: | Michael Brandon Clement |
| Email: | bclemms@gmail.com |
| Telephone: | (601)260-3170 |
| Address: | 1315 Carroll Dr |
| | Terry, MS 39170 United States |

## Certification

| | |
|---|---|
| Name: | Brandon Clement |

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-354-516**

**Effective Date of Registration:**
April 22, 2022
**Registration Decision Date:**
June 22, 2022

## Title
    **Title of Work:** 3-21-2022 Elgin Tx tornado- Dashcam

## Completion/Publication
    **Year of Completion:** 2022
    **Date of 1st Publication:** March 21, 2022
    **Nation of 1st Publication:** United States

## Author
    • **Author:** Ronald Brian Emfinger
    **Author Created:** entire motion picture
    **Work made for hire:** No
    **Domiciled in:** United States

## Copyright Claimant
    **Copyright Claimant:** Michael Brandon Clement
    1315 Carroll Drive, Terry, MS, 39170, United States
    **Transfer statement:** By written agreement

    **Copyright Claimant:** Brett Adair
    210 Veazey Drive, Childersburg, AL, 35004, United States
    **Transfer statement:** By written agreement

## Certification
    **Name:** Craig Sanders
    **Date:** April 22, 2022

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-360-287

**Effective Date of Registration:**
June 03, 2022
**Registration Decision Date:**
July 28, 2022

---

## Title

| | |
|---|---|
| **Title of Work:** | 04292022_ANDOVER DRONE FOOTAGE |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | April 29, 2022 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Reed Timmer |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | No |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Reed Timmer |
| | 23520 Pondview Pl., Golden, CO, 80401, United States |

## Certification

| | |
|---|---|
| **Name:** | Craig Sanders |
| **Date:** | June 03, 2022 |

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**PA 2-381-497**

**Effective Date of Registration:**
October 12, 2022

**Registration Decision Date:**
November 28, 2022

## Title

**Title of Work:** 9.29.2022_Storm Surge Ian

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** September 29, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Maxwell Olson
  **Author Created:** entire motion picture
  **Work made for hire:** No
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Maxwell Olson
3220 Conestoga Drive, Norman, OK, 73072, United States

## Certification

**Name:** Craig Sanders
**Date:** October 12, 2022

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**
**PA 2-388-958**

**Effective Date of Registration:**
November 30, 2022

**Registration Decision Date:**
January 06, 2023

## Title

    **Title of Work:** 09.18.2022_Ponce, Puerto Rice

## Completion/Publication

    **Year of Completion:** 2022
   **Date of 1st Publication:** September 18, 2022
  **Nation of 1st Publication:** United States

## Author

-       **Author:** Michael Brandon Clement
    **Author Created:** entire motion picture
  **Work made for hire:** No
     **Domiciled in:** United States

-       **Author:** Joseph Brett Adair
    **Author Created:** entire motion picture
  **Work made for hire:** No
     **Domiciled in:** United States

## Copyright Claimant

  **Copyright Claimant:** Michael Brandon Clement
            1315 Carroll Drive, Terry, MI, 39170, United States

  **Copyright Claimant:** Joseph Brett Adair
            210 Veazey Drive, Childersburg, AL, 35044, United States

## Certification

        **Name:** Craig Sanders

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-414-448

**Effective Date of Registration:**
May 05, 2023
**Registration Decision Date:**
June 05, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | 03-25-2023 Rolling Fork, MS - First Light Extreme Tornado Damage _Drone_ |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | March 25, 2023 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Aaron Rigsby |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | No |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Aaron Rigsby |
| | 7851 Larkwood St., Commerce City, CO, 80022, United States |

## Certification

| | |
|---|---|
| **Name:** | Craig Sanders |
| **Date:** | May 05, 2023 |

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

**PA 2-433-453**

Effective Date of Registration:
August 29, 2023
Registration Decision Date:
October 06, 2023

## Title

Title of Work: Pursuit

## Completion/Publication

Year of Completion: 2017
Date of 1st Publication: July 25, 2017
Nation of 1st Publication: United States

## Author

- Author: Mike Olbinski
Author Created: entire motion picture
Work made for hire: No
Citizen of: United States
Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Mike Robert Olbinski
5629 N 8TH DRIVE, Phoenix, AZ, 85013, United States

## Limitation of copyright claim

Material excluded from this claim: preexisting music

New material included in claim: all other cinematographic material

## Rights and Permissions

Name: Mike Robert Olbinski
Email: mike@mikeolbinski.com
Telephone: (480)220-1604
Address: 5629 N 8TH DRIVE
Phoenix, AZ 85013 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**PA 2-436-825**
**Effective Date of Registration:**
September 13, 2023
**Registration Decision Date:**
October 30, 2023

## Title

    **Title of Work:** EF4 Photogenic Canada Day Tornado In Didsbury, Alberta.

## Completion/Publication

    **Year of Completion:** 2023
    **Date of 1st Publication:** July 01, 2023
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Aaron James Jayjack
    **Author Created:** entire motion picture
    **Citizen of:** United States

## Copyright Claimant

    **Copyright Claimant:** Aaron Jayjack
    41 W Hwy 14, #467, Spearfish, SD, 57783

## Rights and Permissions

    **Name:** Aaron Jayjack
    **Email:** aaronjayjack@gmail.com
    **Telephone:** (512)983-3372
    **Address:** 41 W Hwy 14
    #467
    Spearfish, SD 57783

## Certification

    **Name:** Aaron James Jayjack