# Exhibit

# 3

**From:**    Copyright Management <copyright@viraldrm.com>
**Sent:**    11/22/2023 8:41:23 PM
**To:**      Viral DRM <viraldrm@sriplaw.com>
**Subject:**  Fwd: [ELBUC7ADG6EXAOTJF6XXF5UHFE] YouTube Copyright Complaint Submission

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+1zhit6og2exwa07@google.com>
Date: Wed, Nov 22, 2023 at 8:32 PM
Subject: [ELBUC7ADG6EXAOTJF6XXF5UHFE] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



Hi Copyright Management,

Thank you for your response. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=EjrbFYWYFg8

https://www.youtube.com/watch?v=vcH6Rkxpm8g

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Viral DRM
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement

Authorized Agent
Address:
210 Veazey Drive
Childersburg, AL 35044
US
Username: Copyright Management
Email Address: copyright@viraldrm.com
Phone: 256-267-7747

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=EjrbFYWYFg8
Describe the work allegedly infringed: My company, organization or client's video
  ○ Title of video: 03-25-2023 Rolling Fork, MS - First Light Extreme Tornado Damage *Drone*
  ○ Source of video: 9vQ6S81hgj4
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:00:45 to 0:02:52 :
    https://www.youtube.com/watch?v=EjrbFYWYFg8&t=45
    It appears in your source video: https://www.youtube.com/watch?v=9vQ6S81hgj4

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=vcH6Rkxpm8g
Describe the work allegedly infringed: My company, organization or client's video
  ○ Title of video: MOST DESTRUCTIVE TORNADO of 2023 - Rolling Fork MS
  ○ Source of video: IHDoHs-N5g8
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:01:58 to 0:04:52 :
    https://www.youtube.com/watch?v=vcH6Rkxpm8g&t=118
    It appears in your source video: https://www.youtube.com/watch?v=IHDoHs-N5g8

Country where copyright applies: US
I state UNDER PENALTY OF PERJURY that:
  ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  ○ This notification is accurate.
  ○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing

may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 22, 2023 copyright@viraldrm.com wrote:

Hello,

Viral DRM is the Exclusive authorized agent for Aaron Rigsby. The contract is attached as well as the copyright certificate.

Thank you,
Brandon Clement
VP Viral DRM

On Wed, Nov 22, 2023 at 12:10 AM YouTube Copyright <youtube-disputes+1zhit6og2exwa07@google.com> wrote:



Hi Copyright Management,

Thank you for your removal request. We've reviewed your request and need some more information from you before we can proceed. Please read the entire email carefully for a complete update of each video's status.

Need more info Action needed

In order to remove the content in question, we must confirm that you are the copyright owner or the copyright owner's authorized representative. If you are acting as an authorized representative, please let us know. For each URL, please identify the copyright owner you are representing.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Authorized Agent
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US

- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=EjrbFYWYFg8
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 03-25-2023 Rolling Fork, MS - First Light Extreme Tornado Damage *Drone*
  - Source of video: 9vQ6S81hgj4
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:45 to 0:02:52 :
    https://www.youtube.com/watch?v=EjrbFYWYFg8&t=45
    It appears in your source video: https://www.youtube.com/watch?v=9vQ6S81hgj4

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=vcH6Rkxpm8g
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: FIRST LIGHT - EF4 Tornado destroyed Rolling Fork Mississippi.
  - Source of video: IHDoHs-N5g8
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:01:58 to 0:04:52 :
    https://www.youtube.com/watch?v=vcH6Rkxpm8g&t=118
    It appears in your source video: https://www.youtube.com/watch?v=IHDoHs-N5g8

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 21, 2023 YouTube Copyright



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Authorized Agent
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=EjrbFYWYFg8
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: 03-25-2023 Rolling Fork, MS - First Light Extreme Tornado Damage *Drone*
    - Source of video: 9vQ6S81hgj4
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:00:45 to 0:02:52 : https://www.youtube.com/watch?v=EjrbFYWYFg8&t=45
      It appears in your source video: https://www.youtube.com/watch?v=9vQ6S81hgj4

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=vcH6Rkxpm8g
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: FIRST LIGHT - EF4 Tornado destroyed Rolling Fork Mississippi.
    - Source of video: IHDoHs-N5g8
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:01:58 to 0:04:52 : https://www.youtube.com/watch?v=vcH6Rkxpm8g&t=118
      It appears in your source video: https://www.youtube.com/watch?v=IHDoHs-N5g8

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner

of an exclusive right that is allegedly infringed.

- ◦ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- ◦ This notification is accurate.
- ◦ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- ◦ I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Nov 21, 2023 [copyright@viraldrm.com](mailto:copyright@viraldrm.com) wrote:

Video IDs: EjrbFYWYFg8, vcH6Rkxpm8g

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/26/2023 10:07:19 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [NM5CQOQHF4VIBDPHFK5Q6FPPAY] YouTube Copyright Complaint Submission

---------- Forwarded message ---------
From: **Copyright Management** <copyright@viraldrm.com>
Date: Thu, Nov 23, 2023 at 10:53 PM
Subject: Fwd: [NM5CQOQHF4VIBDPHFK5Q6FPPAY] YouTube Copyright Complaint Submission
To: <viraldrm@sriplaw.com>

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0mfo4srfmmby007@google.com>
Date: Thu, Nov 23, 2023 at 4:28 AM
Subject: [NM5CQOQHF4VIBDPHFK5Q6FPPAY] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



Hi Copyright Management,

Thank you for your response. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=IyEzjC8yNnM

---

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Viral DRM
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael
Clement
Your Title or Job Position (What is your authority to make this complaint?):
Authorized Agent
Address:
210 Veazey Drive
Childersburg, AL 35044
US
Username: Copyright Management
Email Address: copyright@viraldrm.com
Phone: 256-267-7747

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=Z8Lq1NlaVDE
Describe the work allegedly infringed: My company, organization or client's
video
- Title of video: 15ft Storm Surge Washes Away Homes in Ft. Myers Beach
  - Hurricane Ian
- Source of video: al8yTiCVfro
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 0:04:52 to 0:04:56 :
  https://www.youtube.com/watch?v=Z8Lq1NlaVDE&t=292
  It appears in your source video from 0:00:50 to 0:00:55 :
  https://www.youtube.com/watch?v=al8yTiCVfro&t=50

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=IyEzjC8yNnM
Describe the work allegedly infringed: My company, organization or client's
video
- Title of video: Geminid meteor shower 2021 - REAL-TIME HD - Norway
- Source of video: pF6lX3KDOuo
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 0:09:37 to 0:09:39 :
  https://www.youtube.com/watch?v=IyEzjC8yNnM&t=577
  It appears in your source video from 0:00:30 to 0:00:33 :
  https://www.youtube.com/watch?v=pF6lX3KDOuo&t=30


Country where copyright applies: US
I state UNDER PENALTY OF PERJURY that:
- I am the owner, or an agent authorized to act on behalf of the owner of an
  exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner
  complained of is not authorized by the copyright owner, its agent, or the

law, and

- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 23, 2023 copyright@viraldrm.com wrote:

Please find attached a signed contract with our ViralDRM Client, Adrien Mauduit confirming that we represent his professional's interests.
Viral DRM Management

On Thu, Nov 23, 2023 at 9:08 PM YouTube Copyright <youtube-disputes+0mfo4srfmmby007@google.com> wrote:

YouTube

Hi Copyright Management,

Thank you for your response.

We've removed some of the videos in your notification. However, we need some more information from you before we can proceed with removing the remaining video(s). Please read the entire email carefully for a complete update of each video's status.

Need more info Action needed

In order to remove the content in question, we must confirm that you are the copyright owner or the copyright owner's authorized representative. If you are acting as an authorized representative, please let us know. For each URL, please identify the copyright owner you are representing.

Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=Z8Lq1NlaVDE

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Authorized Agent
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=Z8Lq1NlaVDE
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 15ft Storm Surge Washes Away Homes in Ft. Myers Beach - Hurricane Ian
  - Source of video: aI8yTiCVfro
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:04:52 to 0:04:56 :
    https://www.youtube.com/watch?v=Z8Lq1NlaVDE&t=292
    It appears in your source video from 0:00:50 to 0:00:55 :
    https://www.youtube.com/watch?v=aI8yTiCVfro&t=50

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=IyEzjC8yNnM
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Geminid meteor shower 2021 - REAL-TIME HD - Norway
  - Source of video: pF6lX3KDOuo
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:09:37 to 0:09:39 :
    https://www.youtube.com/watch?v=IyEzjC8yNnM&t=577
    It appears in your source video from 0:00:30 to 0:00:33 :
    https://www.youtube.com/watch?v=pF6lX3KDOuo&t=30

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 22, 2023 copyright@viraldrm.com wrote:

Hello,

Viral DRM is the exclusive authorized agent for Max Olson. The contract is attached as well as the copyright certificate.

Thank you,
Brandon Clement
VP Viral DRM

On Wed, Nov 22, 2023 at 12:19 AM YouTube Copyright <youtube-disputes+0mfo4srfmmby007@google.com> wrote:

YouTube

Hi Copyright Management,

Thank you for your removal request. We've reviewed your request and need
some more information from you before we can proceed. Please read the entire
email carefully for a complete update of each video's status.

Need more info Action needed

In order to remove the content in question, we must confirm that you are the
copyright owner or the copyright owner's authorized representative. If you are
acting as an authorized representative, please let us know. For each URL,
please identify the copyright owner you are representing.

You may take back your claim of copyright infringement at any time if you change
your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted):
  Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?):
  Authorized Agent
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=Z8Lq1NlaVDE
- Describe the work allegedly infringed: My company, organization or client's

video
- Title of video: 15ft Storm Surge Washes Away Homes in Ft. Myers Beach - Hurricane Ian
- Source of video: aI8yTiCVfro
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 0:04:52 to 0:04:56 :
  https://www.youtube.com/watch?v=Z8Lq1NlaVDE&t=292
  It appears in your source video from 0:00:50 to 0:00:55 :
  https://www.youtube.com/watch?v=aI8yTiCVfro&t=50

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=IyEzjC8yNnM
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Geminid meteor shower 2021 - REAL-TIME HD - Norway
  - Source of video: pF6lX3KDOuo
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:09:37 to 0:09:39 :
    https://www.youtube.com/watch?v=IyEzjC8yNnM&t=577
    It appears in your source video from 0:00:30 to 0:00:33 :
    https://www.youtube.com/watch?v=pF6lX3KDOuo&t=30

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 21, 2023 YouTube Copyright



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Authorized Agent
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=Z8Lq1NlaVDE
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 15ft Storm Surge Washes Away Homes in Ft. Myers Beach - Hurricane Ian
  - Source of video: aI8yTiCVfro
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:04:52 to 0:04:56 : https://www.youtube.com/watch?v=Z8Lq1NlaVDE&t=292
    It appears in your source video from 0:00:50 to 0:00:55 : https://www.youtube.com/watch?v=aI8yTiCVfro&t=50

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=IyEzjC8yNnM
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Geminid meteor shower 2021 - REAL-TIME HD - Norway
  - Source of video: pF6IX3KDOuo
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:09:37 to 0:09:39 : https://www.youtube.com/watch?v=IyEzjC8yNnM&t=577
    It appears in your source video from 0:00:30 to 0:00:33 : https://www.youtube.com/watch?v=pF6IX3KDOuo&t=30

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.

I understand that abuse of this tool will result in termination of my YouTube channel.

- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 21, 2023 copyright@viraldrm.com wrote:

Video IDs: Z8Lq1NIaVDE, lyEzjC8yNnM

**From:**   LSM Intellectual Property <ip@livestormsmedia.com>
**Sent:**   12/2/2023 9:34:54 AM
**To:**   Viral DRM <viraldrm@sriplaw.com>
**Subject:**   Fwd: [Q2PC5YGHCSKDDFOTXILHPI4BWQ] YouTube Copyright Complaint Submission

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+2fwyu0fut0tl507@google.com>
Date: Thu, Nov 30, 2023 at 6:59 PM
Subject: [Q2PC5YGHCSKDDFOTXILHPI4BWQ] YouTube Copyright Complaint Submission
To: <ip@livestormsmedia.com>



Hi Live Storms Media,

Thank you for your removal request. We've reviewed it and provided updates below.

---

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=iBgmsc0tO80

---

We use a combination of automated systems and human reviews to process removal requests.

---

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

---

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Live Storms Media
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
Your Title or Job Position (What is your authority to make this complaint?):

Address:
210 Veazey Drive
Childersburg, AL 35044
US
Username: Live Storms Media
Email Address: jp@livestormsmedia.com
Phone: (256) 267-7747

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=iBgmsc0tO80
Describe the work allegedly infringed: My company, organization or client's video

- Title of video: 08-22-2023 South Padre island,Tx - Tropical Storm Harold impacts
- Source of video: FjA9lgdbGT0
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 0:02:07 to 0:02:16 :
  https://www.youtube.com/watch?v=iBgmsc0tO80&t=127
  It appears in your source video from 0:00:09 to 0:00:18 :
  https://www.youtube.com/watch?v=FjA9lgdbGT0&t=9

Country where copyright applies: US
I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 30, 2023 YouTube Copyright

 YouTube

## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Live Storms Media
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Live Storms Media
- Email Address: ip@livestormsmedia.com
- Phone: (256) 267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=iBgmsc0tO80
- Describe the work allegedly infringed: My company, organization or client's video
  - Source of video: FjA9IgdbGT0
  - Type of video: Internet video
  - Where does the content appear? The content appears in the targeted video from 0:02:07 to 0:02:16 : https://www.youtube.com/watch?v=iBgmsc0tO80&t=127 It appears in your source video from 0:00:09 to 0:00:18 : https://www.youtube.com/watch?v=FjA9IgdbGT0&t=9

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 30, 2023 ip@livestormsmedia.com wrote:

Video IDs: iBgmsc0tO80

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/22/2023 10:35:39 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [QNOQUINJYOEIF5NNMBW6X34PBE] YouTube Copyright Complaint Submission

---

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+28w6hwj0pvjp307@google.com>
Date: Wed, Nov 22, 2023 at 9:30 PM
Subject: [QNOQUINJYOEIF5NNMBW6X34PBE] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



Hi Copyright Management,

Thank you for your response. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=G4WWUbVMxrU

---

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

---

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Viral DRM
Your Full Legal Name (Aliases, usernames or initials are not accepted): Michael Clement
Your Title or Job Position (What is your authority to make this complaint?): Authorized Agent

210 Veazey Drive
Childersburg, AL 35044
US
Username: Copyright Management
Email Address: copyright@viraldrm.com
Phone: 256-267-7747

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=G4WWUbVMxrU
Describe the work allegedly infringed: My company, organization or client's video

- Title of video: Hurricane Katrina Historic Storm Surge Video - Gulfport, Mississippi
- Source of video: -Kou0HBpX4A
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 0:07:18 to 0:07:23 :
  https://www.youtube.com/watch?v=G4WWUbVMxrU&t=438
  It appears in your source video from 0:02:39 to 0:02:46 :
  https://www.youtube.com/watch?v=-Kou0HBpX4A&t=159


Country where copyright applies: US
I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 22, 2023 copyright@viraldrm.com wrote:

Hello,

I am the Exclusive authorized agent for Mike Theiss and his company Ultimate Chase. The contract is attached as well as the copyright certificate.

Thank you,
Brandon Clement
VP Viral DRM

On Wed, Nov 22, 2023 at 12:07 AM YouTube Copyright <youtube-disputes+28w6hwj0pvjp307@google.com> wrote:



Hi Copyright Management,

Thank you for your removal request. We've reviewed your request and need some more information from you before we can proceed. Please read the entire email carefully for a complete update of each video's status.

**Need more info Action needed**

In order to remove the content in question, we must confirm that you are the copyright owner or the copyright owner's authorized representative. If you are acting as an authorized representative, please let us know. For each URL, please identify the copyright owner you are representing.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Authorized Agent
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=G4WWUbVMxrU
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Hurricane Katrina Historic Storm Surge Video - Gulfport, Mississippi
  - Source of video: -Kou0HBpX4A
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:07:18 to 0:07:23 :
    https://www.youtube.com/watch?v=G4WWUbVMxrU&t=438
    It appears in your source video from 0:02:39 to 0:02:46 :
    https://www.youtube.com/watch?v=-Kou0HBpX4A&t=159

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:

from the owner, or an agent authorized to act on behalf on the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 21, 2023 YouTube Copyright



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Authorized Agent
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=G4WWUbVMxrU
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Hurricane Katrina Historic Storm Surge Video - Gulfport, Mississippi
  - Source of video: -Kou0HBpX4A

Type of video: Internet video

- ○ Where does the content appear?
  The content appears in the targeted video from 0:07:18 to 0:07:23 :
  https://www.youtube.com/watch?v=G4WWUbVMxrU&t=438
  It appears in your source video from 0:02:39 to 0:02:46 :
  https://www.youtube.com/watch?v=-Kou0HBpX4A&t=159

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - ○ This notification is accurate.
  - ○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - ○ I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 21, 2023 copyright@viraldrm.com wrote:

Video IDs: G4WWUbVMxrU

**From:** Brandon Clement <bclemms@gmail.com>
**Sent:** 11/24/2023 7:53:47 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [RIHBPMGVZLXKYMAAZUFMWTRDIQ] YouTube Copyright Complaint Submission

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+0yopn5s94kp6v07@google.com>
Date: Wed, Nov 22, 2023 at 1:32 AM
Subject: [RIHBPMGVZLXKYMAAZUFMWTRDIQ] YouTube Copyright Complaint Submission
To: <bclemms@gmail.com>



Hi WXChasing,

Thank you for your removal request. We've reviewed your request and need some more information from you before we can proceed. Please read the entire email carefully for a complete update of each video's status.

| **Add video details** | Action needed |
|---|---|

Your identification of the specific copyrighted work at issue is unclear. To identify the specific work allegedly infringed, answering some or all of the following questions will be helpful:

- Required:
  - What is the title of your copyrighted work? If your work is untitled, give a description of the contents in the work.
  - What type of copyrighted work is it?
- Encouraged:
  - When was it authored?
  - By whom was it authored?
  - If portions of your work appear in this video, what are the specific timestamps in which this occurs?

Videos in question:

https://www.youtube.com/watch?v=pAjqkFledlU

▢ Video (Internet video)

Title of your video: Hurricane Fiona - Puerto Rico - Roofs blowing off - Flooding - Crazy Winds - September 2022

Content found in: 0:01:42 to 0:01:52

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): WxChasing
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
Your Title or Job Position (What is your authority to make this complaint?): Owner
Address:
1315 Carroll Dr
Terry, MS 39170
US
Username: WXChasing
Email Address: bclemms@gmail.com
Phone: (601) 260-3170

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=pAjqkFledIU
Describe the work allegedly infringed: My company, organization or client's video
  ○ Title of video: Hurricane Fiona - Puerto Rico - Roofs blowing off - Flooding - Crazy Winds - September 2022
  ○ Source of video: FGxw1v7q5kE
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:01:42 to 0:01:52 :
    https://www.youtube.com/watch?v=pAjqkFledIU&t=102
    It appears in your source video from 0:00:00 to 0:00:10 :
    https://www.youtube.com/watch?v=FGxw1v7q5kE&t=0

Country where copyright applies: US
I state UNDER PENALTY OF PERJURY that:
  ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  ○ This notification is accurate.
  ○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing

may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@wxchasing.com>
**Sent:** 11/22/2023 5:15:12 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [RULEB2PZGVF2JGS5252GE47BC4] YouTube Copyright Complaint Submission

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+3lq7kx67vhw7b07@google.com>
Date: Wed, Nov 22, 2023 at 10:39 AM
Subject: [RULEB2PZGVF2JGS5252GE47BC4] YouTube Copyright Complaint Submission
To: <copyright@wxchasing.com>



Hi WXChasing,

Thank you for your removal request. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=PadDmhFxa0g

https://www.youtube.com/watch?v=_GxREdW74Uw

---

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

---

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): WxChasing
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael

Your Title or Job Position (What is your authority to make this complaint?):
Owner
Address:
1315 Carroll Dr
Terry, MS 39170
US
Username: WXChasing
Email Address: copyright@wxchasing.com
Phone: (601) 260-3170

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=PadDmhFxa0g
Describe the work allegedly infringed: My company, organization or client's video

- Title of video: Lava from volcano eats car (Ford Mustang) Epic Original from Kilauea Eruption 2018
- Source of video: F0NGEwDYaSg
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 0:01:13 to 0:01:15 :
  https://www.youtube.com/watch?v=PadDmhFxa0g&t=73
  It appears in your source video from 0:01:52 to 0:01:53 :
  https://www.youtube.com/watch?v=F0NGEwDYaSg&t=112

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=_GxREdW74Uw
Describe the work allegedly infringed: My company, organization or client's video

- Title of video: La Palma Volcano eruption insane drone video of lava fountain jet huge ash cloud 4k
- Source of video: tLqXMqr5MWY
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 0:13:27 to 0:13:30 :
  https://www.youtube.com/watch?v=_GxREdW74Uw&t=807
  It appears in your source video from 0:01:44 to 0:01:47 :
  https://www.youtube.com/watch?v=tLqXMqr5MWY&t=104


Country where copyright applies: US
I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who

knowingly materially misrepresents that material or activity is infringing
may be subject to liability for damages.
  ○ I understand that abuse of this tool will result in termination of my YouTube
    channel.
Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 21, 2023 YouTube Copyright



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and
includes all required elements. We will reply to this email when we've taken
action on your request. You can also check on the status of your takedown
request in the 'Removal requests' tab which is found in the Copyright section of
your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): WxChasing
- Your Full Legal Name (Aliases, usernames or initials not accepted):
  Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?):
  Owner
- Address:
  ○ 1315 Carroll Dr
  ○ Terry, MS 39170
  ○ US
- Username: WXChasing
- Email Address: copyright@wxchasing.com
- Phone: (601) 260-3170

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=PadDmhFxa0g
- Describe the work allegedly infringed: My company, organization or client's
  video
  ○ Source of video: F0NGEwDYaSg
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:01:13 to 0:01:15 :
    https://www.youtube.com/watch?v=PadDmhFxa0g&t=73
    It appears in your source video from 0:01:52 to 0:01:53 :
    https://www.youtube.com/watch?v=F0NGEwDYaSg&t=112

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=_GxREdW74Uw

- Describe the work allegedly infringed: My company, organization or client's video
  - Source of video: tLqXMqr5MWY
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:13:27 to 0:13:30 :
    https://www.youtube.com/watch?v=_GxREdW74Uw&t=807
    It appears in your source video from 0:01:44 to 0:01:47 :
    https://www.youtube.com/watch?v=tLqXMqr5MWY&t=104

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 21, 2023 copyright@wxchasing.com wrote:

Video IDs: PadDmhFxa0g, _GxREdW74Uw

**From:** Brandon Clement <bclemms@gmail.com>
**Sent:** 11/27/2023 8:00:20 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [WKCQ2T5S4XN5I7OHOIUNM2BJUE] YouTube Copyright Complaint Submission

---

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+3fp7xp21dzq4i07@google.com>
Date: Mon, Nov 27, 2023 at 2:27 AM
Subject: [WKCQ2T5S4XN5I7OHOIUNM2BJUE] YouTube Copyright Complaint Submission
To: <bclemms@gmail.com>



Hi WXChasing,

Thank you for your response. We've reviewed it and provided updates below.

> **Request resolved**
>
> The content listed below has been removed.
>
> Videos in question:
>
> https://www.youtube.com/watch?v=SLjhGVsD2YY
>
> ---
>
> We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

---

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Brandon Clement
Your Full Legal Name (Aliases, usernames or initials not accepted): Brandon Clement
Your Title or Job Position (What is your authority to make this complaint?): Owner

1315 Carroll Dr
Terry, Ms 39170
US
Username: WXChasing
Email Address: bclemms@gmail.com
Phone: (601) 260-3170

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=SLjhGVsD2YY
Describe the work allegedly infringed: My video
- Title of video: Crazy Winter Storms- Nor'easter - Big waves - huge snow - bomb cyclone - blizzard - winter hurricane
- Source of video: tVZ2AZu6-Ho
- Type of video: Internet video
- Where does the content appear? Custom thumbnail

Country where copyright applies: US
I state UNDER PENALTY OF PERJURY that:
- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.
Authorized Signature: Brandon Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 26, 2023 bclemms@gmail.com wrote:

Hello,

The content was authored by me. The copyright certificate is attached below and includes the registered title, author (me), date and all information you need. The first publication of the video was to Live Storms Media, our licensing agent as can be seen below in a screenshot from the original publication. The screenshot will show that the offending channel not only used the registered content but cropped out watermarks showing intentional infringement.

image.png

The offending channel is using this shot as their custom thumbnail, of course they have photoshopped people in the wave which obviously did not happen and is quite offensive. Not only are they using a shot that happened in America but they are making claims of this disaster taking place in the UK. Obviously everything about this channel is fraudulent from information to material. The underlying shot is my copyright work, and is being used for commercial purposes by a known repeat content infringer.

image.png

Again, please remove my original registered copyright from this page that does not have any right to be using the work.

Thank you,
Michael Brandon Clement
CEO WxChasing, LLC

On Sun, Nov 26, 2023 at 3:33 AM YouTube Copyright <youtube-disputes+3fp7xp21dzq4i07@google.com> wrote:



Hi WXChasing,

Thank you for your removal request. We've reviewed your request and need some more information from you before we can proceed. Please read the entire email carefully for a complete update of each video's status.

Add video details Action needed

Your identification of the specific copyrighted work at issue is unclear. To identify the specific work allegedly infringed, answering some or all of the following questions will be helpful:

- Required:
  - What is the title of your copyrighted work? If your work is untitled, give a description of the contents in the work.
  - What type of copyrighted work is it?
- Encouraged:
  - When was it authored?
  - By whom was it authored?
  - If portions of your work appear in this video, what are the specific timestamps in which this occurs?

Videos in question:

https://www.youtube.com/watch?v=SLjhGVsD2YY

Video (Internet video)

Title of your video: Crazy Winter Storms- Nor'easter - Big waves - huge snow - bomb cyclone - blizzard - winter hurricane

Content found in: Custom thumbnail

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Brandon Clement
- Your Full Legal Name (Aliases, usernames or initials not accepted): Brandon Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  - 1315 Carroll Dr
  - Terry, Ms 39170
  - US
- Username: WXChasing
- Email Address: bclemms@gmail.com
- Phone: (601) 260-3170

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=SLjhGVsD2YY
- Describe the work allegedly infringed: My video
  - Title of video: Crazy Winter Storms- Nor'easter - Big waves - huge snow - bomb cyclone - blizzard - winter hurricane

- Source of video: WXChasing
  - Type of video: Internet video
  - Where does the content appear? Custom thumbnail

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Brandon Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

► YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 25, 2023 YouTube Copyright

► YouTube

# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Brandon Clement
- Your Full Legal Name (Aliases, usernames or initials not accepted): Brandon Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  - 1315 Carroll Dr
  - Terry, Ms 39170
  - US
- Username: WXChasing
- Email Address: bclemms@gmail.com
- Phone: (601) 260-3170

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=SLjhGVsD2YY

- Describe the work allegedly infringed: My video
  - Source of video: tVZ2AZu6-Ho
  - Type of video: Internet video
  - Where does the content appear? Custom thumbnail


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Brandon Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 25, 2023 bclemms@gmail.com wrote:

Video IDs: SLjhGVsD2YY

**From:** LSM Intellectual Property <ip@livestormsmedia.com>
**Sent:** 11/22/2023 5:10:58 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [XYJ6LT6UJ7NYYSU5ZEZUDMM2CY] YouTube Copyright Complaint Submission

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+11ro0odbwvyc407@google.com>
Date: Wed, Nov 22, 2023 at 10:26 AM
Subject: [XYJ6LT6UJ7NYYSU5ZEZUDMM2CY] YouTube Copyright Complaint Submission
To: <ip@livestormsmedia.com>



Hi Live Storms Media,

Thank you for your removal request. We've reviewed it and provided updates below.

> **Request resolved**
>
> The content listed below has been removed.
>
> Videos in question:
>
> https://www.youtube.com/watch?v=48Gpw29FKVA
>
> https://www.youtube.com/watch?v=t4RuGtpbifQ
>
> ---
>
> We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

---

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Live Storms Media
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael

Your Title or Job Position (What is your authority to make this complaint?):
Owner
Address:
210 Veazey Drive
Childersburg, AL 35044
US
Username: Live Storms Media
Email Address: ip@livestormsmedia.com
Phone: (256) 267-7747

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=48Gpw29FKVA
Describe the work allegedly infringed: My company, organization or client's
video
- Title of video: 12-11-2021 Mayfield, Ky At least high end EF4 damage-
  total destruction- Drone
- Source of video: FiaHnYrbJrk
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 0:00:35 to 0:00:52 :
  https://www.youtube.com/watch?v=48Gpw29FKVA&t=35
  It appears in your source video from 0:00:00 to 0:00:20 :
  https://www.youtube.com/watch?v=FiaHnYrbJrk&t=0

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=t4RuGtpbifQ
Describe the work allegedly infringed: My company, organization or client's
video
- Title of video: 03-21-2022 Elgin, TX - Red Truck takes a ride in a tornado
  and drives away
- Source of video: kd6Lae_zNXc
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 0:02:10 to 0:02:39 :
  https://www.youtube.com/watch?v=t4RuGtpbifQ&t=130
  It appears in your source video from 0:00:01 to 0:00:28 :
  https://www.youtube.com/watch?v=kd6Lae_zNXc&t=1


Country where copyright applies: US
I state UNDER PENALTY OF PERJURY that:
- I am the owner, or an agent authorized to act on behalf of the owner of an
  exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner
  complained of is not authorized by the copyright owner, its agent, or the
  law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who

knowingly materially misrepresents that material or activity is infringing
may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube
channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 21, 2023 YouTube Copyright



# Copyright Infringement Notification
# Confirmation

Thank you for your submission. It is under review to ensure it is valid and
includes all required elements. We will reply to this email when we've taken
action on your request. You can also check on the status of your takedown
request in the 'Removal requests' tab which is found in the Copyright section of
your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Live Storms
  Media
- Your Full Legal Name (Aliases, usernames or initials not accepted):
  Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?):
  Owner
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Live Storms Media
- Email Address: ip@livestormsmedia.com
- Phone: (256) 267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=48Gpw29FKVA
- Describe the work allegedly infringed: My company, organization or client's
  video
  - Source of video: FiaHnYrbJrk
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:35 to 0:00:52 :
    https://www.youtube.com/watch?v=48Gpw29FKVA&t=35
    It appears in your source video from 0:00:00 to 0:00:20 :
    https://www.youtube.com/watch?v=FiaHnYrbJrk&t=0

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=t4RuGtpbifQ
- Describe the work allegedly infringed: My company, organization or client's video
  - Source of video: kd6Lae_zNXc
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:02:10 to 0:02:39 :
    https://www.youtube.com/watch?v=t4RuGtpbifQ&t=130
    It appears in your source video from 0:00:01 to 0:00:28 :
    https://www.youtube.com/watch?v=kd6Lae_zNXc&t=1


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 21, 2023 ip@livestormsmedia.com wrote:

Video IDs: 48Gpw29FKVA, t4RuGtpbifQ

**From:** LSM Intellectual Property <ip@livestormsmedia.com>
**Sent:** 12/2/2023 9:40:26 AM
**To:** YouTube Copyright <youtube-disputes+2vn3w858y39dc07@google.com>; Viral DRM <viraldrm@sriplaw.com>
**Subject:** Re: [VPHV7RO5M55S33KPFJW46INRSU] YouTube Copyright Complaint Submission

Hello,

1. Viral DRM did respond with legal action as required to the counter notification set forth in the DMCA. Youtube failed to acknowledge that legal action and illegally reinstated the video.

2. This claim is for a different claimant from a different company for a different video in which Live Storms Media has legal rights to action. This is a completely different claim for a completely different registered work. The channel that youtube is defending by not actioning these requests is ripping so much content they have multiple works stolen from us in a single video and we've now accumulated 4 strikes again. Youtube is illegally giving safe harbor to a repeat infringer at this point.

On Fri, Dec 1, 2023 at 10:01 AM YouTube Copyright <youtube-disputes+2vn3w858y39dc07@google.com> wrote:



Hi Live Storms Media,

Thank you for your removal request. We've reviewed it and provided updates below.

**Request declined**

We received a counter notification from the uploader of the video(s) listed below in response to a previous notification you submitted regarding this material.

As we stated when we provided you with the counter notification, you were given 10 days to provide us with evidence that you had filed an action seeking a court order against the counter notifier to restrain the allegedly infringing activity.

That time has expired and the appropriate course of action, should you wish to pursue the matter further, is to do so directly with the user. We are unable to provide further assistance.

Videos in question:

https://www.youtube.com/watch?v=pM72ktBaKdo

- Video: Internet Video)

Title of your video: 09-29-2022 Ft Myers Beach, FL - Storm Surge Sweeps Away Homes

Content found in: 0:02:26 to 0:02:43

To learn more about copyright, go to YouTube's Copyright Center. If you still think this copyright removal request is valid, you may appeal this decision. Learn more about your resolution options.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Live Storms Media
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
Your Title or Job Position (What is your authority to make this complaint?):
Owner
Address:
210 Veazey Drive
Childersburg, AL 35044
US
Username: Live Storms Media
Email Address: ip@livestormsmedia.com
Phone: (256) 267-7747

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=pM72ktBaKdo
Describe the work allegedly infringed: My company, organization or client's video
- Title of video: 09-29-2022 Ft Myers Beach, FL - Storm Surge Sweeps Away Homes
- Source of video: _XSUXqy98xw
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 0:02:26 to 0:02:43 :
  https://www.youtube.com/watch?v=pM72ktBaKdo&t=146
  It appears in your source video from 0:00:00 to 0:01:45 :
  https://www.youtube.com/watch?v=_XSUXqy98xw&t=0

Country where copyright applies: US

state UNDER PENALTY OF PERJURY that:

- ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- ○ This notification is accurate.
- ○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- ○ I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 30, 2023 YouTube Copyright

# ▶ YouTube

# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Live Storms Media
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  - ○ 210 Veazey Drive
  - ○ Childersburg, AL 35044
  - ○ US
- Username: Live Storms Media
- Email Address: ip@livestormsmedia.com
- Phone: (256) 267-7747

- URL of allegedly infringing video to be removed:

https://www.youtube.com/watch?v=pM72ktBaKdo

- Describe the work allegedly infringed: My company, organization or client's video
  - Source of video: _XSUXqy98xw
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:02:26 to 0:02:43 :
    https://www.youtube.com/watch?v=pM72ktBaKdo&t=146
    It appears in your source video from 0:00:00 to 0:01:45 :
    https://www.youtube.com/watch?v=_XSUXqy98xw&t=0


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 30, 2023 ip@livestormsmedia.com wrote:

Video IDs: pM72ktBaKdo