# Exhibit 4

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/24/2023 7:03:31 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [H2QOZI5ZT2MVYFQKQ6LKOOKORU] New Copyright Counter Notification

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+3tbnwkpbpqhuf0h@google.com>
Date: Fri, Nov 24, 2023 at 7:02 PM
Subject: Re: [H2QOZI5ZT2MVYFQKQ6LKOOKORU] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=VtFiZh6Qiww

Display name of uploader: #Mind Warehouse

Я автор этого видео. У меня есть право использовать фрагменты некоторых видео. В нем есть критика и комментарии к текущим событиям, которые изменяют суть видео. Данное использование материала не нарушает правил повторного использования материалов согласно ГК России ст.1274. Готов отстаивать свои интересы в суде.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Марьевский Анатолий Александрович

Марьевский Анатолий Александрович
ул. Карла Либкнехта 186/1
Новосибирск
Новосибирская область
Russia
630039

[copymanager.mn@gmail.com](mailto:copymanager.mn@gmail.com)

8 (903) 076-67-57

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/24/2023 7:03:04 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [ISRDMUU74YP6XZVUU2ALBJ7TOA] New Copyright Counter Notification

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0nh3ja2x8edu20h@google.com>
Date: Fri, Nov 24, 2023 at 7:01 PM
Subject: Re: [ISRDMUU74YP6XZVUU2ALBJ7TOA] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=LDBkx1me1Y8

Display name of uploader: #Mind Warehouse

Я автор этого видео. У меня есть право использовать фрагменты некоторых видео. В нем есть критика и комментарии к текущим событиям, которые изменяют суть видео. Данное использование материала не нарушает правил повторного использования материалов согласно ГК России ст.1274. Готов отстаивать свои интересы в суде.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Марьевский Анатолий Александрович

Марьевский Анатолий Александрович
ул. Карла Либкнехта 186/1
Новосибирск
Новосибирская область
Russia
630039

[copymanager.mn@gmail.com](copymanager.mn@gmail.com)

8 (903) 076-67-57

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/26/2023 2:05:36 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [JNENRCIZ2SQDXFTDC3D4EY53WQ] New Copyright Counter Notification

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+13e5gs7dij6fd0h@google.com>
Date: Mon, Nov 27, 2023 at 6:54 AM
Subject: Re: [JNENRCIZ2SQDXFTDC3D4EY53WQ] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=QzbJK3SNjbk

Display name of uploader: Top Fives

This claim has been made in mistake. We have a license in this footage which covers our usage on YouTube. The license we have covers our usage worldwide and in perpetuity. We have contacted the claimant to ask for a retraction. We would also like to forward this notification. Please reinstate the video as soon as possible.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which

my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Joshua Baker

Joshua Baker
1425 Sutherland Avenue
North Vancouver, BC V7L4B4
Canada

joshuabakeradword@gmail.com

(778) 386-1062

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/26/2023 7:55:51 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [OQKEV3EBG27TE4JNSC5N6PEAGM] New Copyright Counter Notification

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+3jljz09pzqqll0h@google.com>
Date: Sun, Nov 26, 2023 at 3:30 AM
Subject: Re: [OQKEV3EBG27TE4JNSC5N6PEAGM] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=G4WWUbVMxrU

Display name of uploader: The Beesleys

This video is covered under Fair use. Please remove this strike as it is incorrect. It has caused stress on my new family and we used the content in a transformative way in our reaction. Under the 'Fair Use Act' I have exercised my ability to use the content in a transformative way. My use of the content was limited to very short clips (under 30 seconds in length) and to give visual context to viewers as to the basis of my thoughts, and is in no way meant to duplicate or take credit from the creater of the content. I do not see my use of the content as justification for a copyright strike. I look forward to this being resolved. Kind Regards, James Beesley

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

James David Beesley

James David Beesley
12 les amarrages, la Greve D'azette
St Clement, Jersey
Je2 6px
United Kingdom

James_beesley@hotmail.co.uk

07700 888606

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/23/2023 10:17:40 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [QTRGZMP36N3XOGL7TCVJBQD65A] New Copyright Counter Notification

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+1jvk6vzpvnjyp0h@google.com>
Date: Thu, Nov 23, 2023 at 9:20 PM
Subject: Re: [QTRGZMP36N3XOGL7TCVJBQD65A] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=qQmpKgFurY0

Display name of uploader: Top Fives

This claim has been made in mistake. We have a license in this footage which covers our usage on YouTube. The license we have covers our usage worldwide and in perpetuity. We have contacted the claimant to ask for a retraction. We would also like to forward this notification. Please reinstate the video as soon as possible.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Joshua Baker

Joshua Baker
1425 Sutherland Avenue
North Vancoucer, BC V7L4B4
Canada

joshuabakeradword@gmail.com

(778) 386-1062

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/28/2023 12:08:33 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [XZKQJ2226K2IYNBSFRNLVKQ5CI] New Copyright Counter Notification

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+3avq45v0w1buo0h@google.com>
Date: Tue, Nov 28, 2023 at 3:45 AM
Subject: Re: [XZKQJ2226K2IYNBSFRNLVKQ5CI] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=Hz5gq_gUEVc
- http://www.youtube.com/watch?v=Y634fo9JeAE
- http://www.youtube.com/watch?v=a-7h1-Xt5Zk

Display name of uploader: OTV

1. Contact information
Full legal name : Litisha Mangat
Email address: litisha@odishatv.com
Physical address: Plot No- N/28-30/1, Chandaka Industrial Estate
ZIP: 751024, City: Bhubaneswar
State: Odisha
Telephone number: 7008628209

2. Specific URLs of the content in question
URL's :

1. https://youtu.be/Y634fo9JeAE
2. https://youtu.be/Hz5gq_gUEVc
3. https://youtu.be/a-7h1-Xt5Zk
4. https://youtu.be/cElWfsAcDYM

3. Agree to
"I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant."

"I swear, under penalty of perjury, that I have a good faith belief that the material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled."

4. Signature
Litisha Mangat

5. Statement to the claimant: We have the necessary rights to publish this video, and we acquired it from the rightful sources. The claimant is falsely putting a strike on us. Need immediate attention and strikes to be retracted immediately without further damage to our channel.

--
Thanks & Regards
Tamada Media Team


I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

cms.tamadamedia@gmail.com

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

| | |
|---|---|
| **From:** | Copyright Management <copyright@viraldrm.com> |
| **Sent:** | 12/4/2023 5:13:58 AM |
| **To:** | Viral DRM <viraldrm@sriplaw.com> |
| **Subject:** | Fwd: TIME SENSITIVE: Re: [ABXXSBJ5Z3BTCF7BY4LXHLIEKU] New Copyright Counter-Notification |

This has been printed to PDF in the exhibits folder

---------- Forwarded message ---------
From: **Copyright Management** <copyright@viraldrm.com>
Date: Fri, Dec 1, 2023 at 12:48 PM
Subject: TIME SENSITIVE: Re: [ABXXSBJ5Z3BTCF7BY4LXHLIEKU] New Copyright Counter-Notification
To: YouTube Copyright <youtube-disputes+2ue2wrzomojbp0h@google.com>, <google-legal-support@google.com>

Evidence of legal action was supplied to YouTube within the timeframe per the DMCA.
The offending video has been re-instated by YouTube, despite Viral DRM providing clear evidence that legal action was taken.

Please explain how this error has occurred and what is being done to correct your error?

Viral DRM Management.

On Thu, Nov 30, 2023 at 4:14 AM YouTube Copyright <youtube-disputes+2ue2wrzomojbp0h@google.com> wrote:



Under Section 512(g) of the Digital Millennium Copyright Act, we received a counter notification in response to a copyright removal request that you submitted. In accordance with US law, we've reinstated these videos to YouTube:

- http://www.youtube.com/watch?v=pM72ktBaKdo

You can learn more about your options for responding to a counter notification in our Help Center. You may also choose to pursue the matter directly with the uploader.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 23, 2023 copyright@viraldrm.com wrote:

> **Evidence of legal action has been included to this email**
> Viral DRM v YouTube Uploaders - Rev2.pdf
>
> COMPLAINT FOR INTELLECTUAL PROPERTY INFRINGEMENT, REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION, AND DMCA COUNTERNOTICE MISREPRESENTATION IN VIOLATION OF U.S.C. § 512(f)

California Northern District Court
Judge: Jacqueline Scott Corley
Case #: 3:23-cv-05977
Nature of Suit: 820 Property Rights - Copyrights
Cause: 17:501 Copyright Infringement

A link to Pacer is below if you wish to verify this lawsuit filing.
https://www.pacermonitor.com/public/case/51413726/Viral_DRM_LLC_v_The_YouTube_Uploaders_Listed_on_Schedule_A

Thank you.
Viral DRM Management

On Wed, Nov 15, 2023 at 4:14 AM YouTube Copyright <youtube-disputes+2ue2wrzomojbp0h@google.com> wrote:



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=pM72ktBaKdo

Display name of uploader: Lav Luka

Under the 'Fair Use Act' I have used my ability to use the content in a transformative way. The use of the content was very short (under 20 seconds) and to give context to viewers to the basis of my opinions and thoughts on the topic, and it was in no way meant to duplicate or take credit from the creator of the content. For this reason I really don't see my use of the content as a worthy reason for the copyright strike

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Thurston Peters
122 unthank road
norwich, norfolk
nr22rs
United Kingdom

thurstonpeters62@gmail.com

07908 608098

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066