Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California  90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

Attorneys for Plaintiff
Viral DRM LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Viral DRM LLC | Case No.:  3:23-cv-06261 |
| Plaintiff, | |
| vs. | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT** |
| 4 Ever Green, | |
| Defendants. | |

Plaintiff, Viral DRM LLC, by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 7.1, states that there are no parent corporations or any other publicly held corporation owning 10% or more of its stock.

Pursuant to L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED:  December 4, 2023        */s/Matthew L. Rollin*
                                MATTHEW L. ROLLIN
                                **SRIPLAW, P.A.**
                                Attorneys for Plaintiff Viral DRM LLC