AO 121 (Rev. 06/16)

| To: | | |
|---|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION | ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|---|
| **DOCKET NO.**<br>3:23-cv-06261 | **DATE FILED**<br>December 04, 2023 | **Northern District of California** |

| PLAINTIFF | DEFENDANT |
|---|---|
| Viral DRM LLC | The YouTube Uploaders Listed on Schedule A |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | PA 2-436-825 | EF4 Photogenic Canada Day Tornado in Didsbury, Alberta | Aaron James Jayjack |
| 2 | PA 2-354-516 | 3-21-2022 Elgin Tx tornado-Dashcam | Ronald Brian Emfinger |
| 3 | PA 2-360-287 | 04292022_ANDOVER DRONE FOOTAGE | Reed Timmer |
| 4 | PA 2-166-813 | Black Ice Incidents in St. Louis, February 10, 2019 | Daniel Jeffrey Robinson, |
| 5 | PA 2-181-876 | High Wind Events in Amarillo, Texas on March 13, 2019 As Filmed By Photographer Christopher Blake Brown | Christopher Blake Brown |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order    ☐ Judgement | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

**DISTRIBUTION**   1) Upon initiation of action, mail copy to Register of Copyright.   2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights.   3) Upon termination of action, mail copy to Register of Copyrights.

4) In the event of an appeal, forward copy to Appellate Court.   5) Case File Copy.

# CONTINUATION OF FORM AO-121

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 6 | PA 2-388-958 | 09.18.2022_Ponce, Puerto Rico | Michael Brandon Clement |
| 7 | PA 2-348-883 | Mayfield, KY Tornado Damage Drone 4k | Michael Brandon Clement |
| 8 | PA 2-339-957 | 12-11-2021 Historic Downtown drone shot Mayfield, Kentucky | Michael Brandon Clement |
| 9 | PA 2-292-814 | 2-2-2021 Scituate, Ma Drone shots of massive waves crashing into homes, flooded and damaged homes, sot | Michael Brandon Clement |
| 10 | PA 2-246-408 | 5-6-2018 Leilani Estates, Hi Time Lapes of giant lava flow consuming car, telephone pole falling | Michael Brandon Clement |
| 11 | PA 2-214-139 | Brandon Clement Hurricane Dorian Aftermath Abacos Islands, Bahamas | Michael Brandon Clement |
| 12 | PA 2-424-448 | 03-25-2023 Rolling Fork, MS - First Light Extreme Tornado Damage_Drone_ | Aaron Rigsby |
| 13 | PA 2-433-453 | Pursuit | Mike Olbinski |
| 14 | PA 2-381-497 | 9.29.2022_Storm Surge Ian | Maxwell Olson |
| 15 | PA 2-342-661 | Storm Chasing the Quad State Tornado Supercell - December 10, 2021 | Maxwell Olson |