AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | ) |
|---|---|
| **Viral DRM LLC** | ) |
| *Plaintiff(s)* | ) |
| | ) |
| v. | ) Civil Action No. **3:23-cv-06261-JSW** |
| | ) |
| **John Doe 1 dba 4 Ever Green dba @4EverGreenYT, et al.** | ) |
| See Additional Page for Full Caption | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   JOHN DOE 7 dba LAV LUKA dba @LAVLUKA6210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Matthew Laurence Rollin
    SRIPLAW, P.A.
    matthew.rollin@sriplaw.com
    8730 Wilshire Boulevard, Suite 350
    Beverly Hills, CA - 90211
    323.452-5600 – Telephone

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:_____          _____
                                                                                                *Signature of Clerk or Deputy Clerk*

Civil Action No. 3:23-cv-06261-JSW

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address: or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                              *Server's signature*

                                                          _____
                                                              *Printed name and title*

                                                          _____
                                                              *Server's address*

Additional information regarding attempted service, etc.:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CASE NO.: 3:23-cv-06261-JSW

VIRAL DRM LLC,

        Plaintiff,

v.

JOHN DOE 1 dba 4 EVER GREEN dba @4EVERGREENYT,
JOHN DOE 2 dba BUENISIMO dba @BUENISIMOCANAL,
JOHN DOE 3 dba DAILYTOP10S dba @GLOBALLEAKS,
JOHN DOE 4 dba DBLNEWS dba @DBLNEW,
JOHN DOE 5 dba DYNAMIC DISASTER dba @DYNAMICDISASTER,
JOHN DOE 6 dba FUTURE UNITY dba @FUTUREUNITY5129,
JOHN DOE 7 dba LAV LUKA dba @LAVLUKA6210,
JOHN DOE 8 dba MIND WAREHOUSE dba @MIND_WAREHOUSE,
JOHN DOE 9 dba O CANAL DO OBSERVADOR dba @CANALDOOBSERVADOR,
JOHN DOE 10 dba OTV dba @OTVODISHA,
JOHN DOE 11 dba THE BEESLEYS dba @THEBEESLEYS99,
JOHN DOE 12 dba THE ULTIMATE DISCOVERY dba @ULTIMATEDISCOVERY,
JOHN DOE 13 dba TOP FIVES dba @TOPFIVES,
JOHN DOE 14 dba WEWIN ES - DESASTRES NATURALES dba @WEWINESCANAL and
JOHN DOE 15 dba WEWIN PT dba @WEWINBRASIL

        Defendants,