UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRAL DRM LLC, | CASE NO.: 3:23-cv-04300-JSC |
| Plaintiffs, | **[PROPOSED]** ORDER ON PLAINTIFF'S ADMINISTRATIVE MOTION FOR RELATED CASES |
| v. | |
| YOUTUBE UPLOADERS LISTED ON SCHEDULE A, | |
| Defendants. | |

This matter came before the Court on Plaintiff VIRAL DRM LLC's administrative motion to designate related case and to transfer Case Number 3:23-cv-06261-JSW to the Honorable Jacqueline Scott Corley.

The Court, having found good cause, hereby GRANTS Plaintiff's motion. Case Number 3:23-cv-06261 is deemed a related case and the matter will be transferred to Honorable Jacqueline Scott Corley.

**DONE AND ORDERED** in  San Francisco , California, this 8th day of Dec. , 2023.

_____
UNITED STATES DISTRICT JUDGE
HON. JACQUELINE SCOTT CORLEY