| Channel URL | Name | Infringement URL | Timestamp | Video Source | Source Timecode | Videographer |
|---|---|---|---|---|---|---|
| https://www.youtube.com/@4EverGreenYT | 4 Ever Green | https://www.youtube.com/watch?v=iAGdltBg_nY | 0:08 - 0:13 ; 4:16 - 4:22 ; 5:00 - 5:03 | https://www.youtube.com/watch?v=HywQ__lE23M | 2:05 - 2:07 | Pecos Hank (Hank Schyma) |
| https://www.youtube.com/@BUENISIMOCANAL | BUENISIMO | https://www.youtube.com/watch?v=lrbpv-kBxSQ | 56:44-57:19 | https://www.youtube.com/watch?v=oagszCmJLpU | 3:12 - 3:50 | Mike Olbinski |
| https://www.youtube.com/@BUENISIMOCANAL | BUENISIMO | https://www.youtube.com/watch?v=nU6CtBI1W5s | 1:02-1:10 | https://www.youtube.com/watch?v=oWlx3Erswh8 | 0:42 - 0:47 ; 2:30 - 2:34 | Pecos Hank (Hank Schyma) |
| https://www.youtube.com/@BUENISIMOCANAL | BUENISIMO | https://www.youtube.com/watch?v=Z3HkOxN7DFM | :09-:36 | https://www.youtube.com/watch?v=lxdFh8nYMgM | 0:00 - 0:26 | Reed Timmer |
| https://www.youtube.com/@BUENISIMOCANAL | BUENISIMO | https://www.youtube.com/watch?v=nPSq0ivN-qg | 5:34-5:40 | - | | Reed Timmer |
| https://www.youtube.com/@BUENISIMOCANAL | BUENISIMO | https://www.youtube.com/watch?v=nPSq0ivN-qg | 5:29-5:33, 5:47-5:50 | https://www.youtube.com/watch?v=y73ZVT56Sz4 | 0:47 - 0:50 | Pecos Hank (Hank Schyma) |
| https://www.youtube.com/@GlobalLeaks | DailyTop10s | https://www.youtube.com/watch?v=QgFpvGJ4dcA | 6:26-7:21 | https://www.youtube.com/watch?v=3Fe7UTLQx2M | 0:00 - 0:56 | Max Olson |
| https://www.youtube.com/@dblnew | https://www.youtube.com/@dblnew | https://www.youtube.com/watch?v=iBgmsc0tO80 | 2:07-2:16 | https://www.youtube.com/watch?v=FjA9IgdbGT0 | :09-:18 | Brian Emfinger |
| https://www.youtube.com/@dynamicdisaster | Dynamic Disaster | https://www.youtube.com/watch?v=SLjhGVsD2YY | Thumbnail | https://www.youtube.com/watch?v=tVZ2AZu6-Ho | 1.04 - 1.04 | Brandon Clement |
| https://www.youtube.com/@futureunity5129/videos | Future Unity | https://www.youtube.com/watch?v=hdNQJJK8Uhc | 22:44 - 22:48 | https://www.youtube.com/watch?v=F0NGEwDYaSg | 1:26 - 1:32 | Brandon Clement |
| https://www.youtube.com/@futureunity5129/videos | Future Unity | https://www.youtube.com/watch?v=PadDmhFxa0g | 1:13-1:20 | https://www.youtube.com/watch?v=F0NGEwDYaSg | 1:51-1:53 | Brandon Clement |
| https://www.youtube.com/@futureunity5129/videos | Future Unity | https://www.youtube.com/watch?v=Z8Lq1NlaVDE | 4:52 - 4:56, 4:45 - 5:00 | https://www.youtube.com/watch?v=al8yTiCVfro | :50 - :55, 2:16 - 2:26 | Max Olson |
| https://www.youtube.com/@futureunity5129/videos | Future Unity | https://www.youtube.com/watch?v=_GxREdW74Uw | 13:27 - 13:30, 12:27 - 12:29; | https://www.youtube.com/watch?v=tLqXMqr5MWY | 1:44-1:47 | Brandon Clement |
| https://www.youtube.com/@futureunity5129/videos | Future Unity | https://www.youtube.com/watch?v=lyEzjC8yNnM | 9:37 - 9:39 | https://www.youtube.com/watch?v=pF6IX3KDOuo | :30 - :33 | Adrien Mauduit |
| https://www.youtube.com/watch?v=pM72ktBaKdo | Lav Luka | https://www.youtube.com/watch?v=pM72ktBaKdo | 2:26-2:43 | https://www.youtube.com/watch?v=_XSUXqy98xw | 0:00 - 1:45 | Max Olson |
| https://www.youtube.com/@mind_warehouse | Mind Warehouse | https://www.youtube.com/watch?v=Ro19wdg7d5I | 57:48-58:06 | https://www.youtube.com/watch?v=VgV0cBLMgjU | 0:00 - 0:18 | Aaron Jayjack |
| https://www.youtube.com/@mind_warehouse | Mind Warehouse | https://www.youtube.com/watch?v=LDBkx1me1Y8 | 5:23-5:26, 5:54-6:00 Tyler Sloan | https://www.youtube.com/watch?v=ZBYLBXylNMI | :22 - :30 | Tyler Sloan |
| https://www.youtube.com/@mind_warehouse | Mind Warehouse | https://www.youtube.com/watch?v=VtFiZh6Qiww | 8:00-8:13 | https://www.youtube.com/watch?v=wvsRjqwtsZs&ab_channel=TylerSchlitt | :01 - :14 | Tyler Schlitt |
| https://www.youtube.com/@mind_warehouse | Mind Warehouse | https://www.youtube.com/watch?v=6t3ccaKKBSY | 2:36-2:53 | https://twitter.com/aaronjayjack/status/1696871550899937733?s=46&t=8aTS | entire video | Aaron Jayjack |
| https://www.youtube.com/@canaldoobservador | O CANAL DO OBSERVADOR | https://www.youtube.com/watch?v=pAjqkFledIU | 1:42-1:52 | https://www.youtube.com/watch?v=Kou0HBpX4A | 0:00 - 0:10 | Brandon Clement |
| https://www.youtube.com/@canaldoobservador | O CANAL DO OBSERVADOR | https://www.youtube.com/watch?v=3ekBAxKUi1c | 3:14-4:40 Houston flooding beta | https://www.youtube.com/watch?v=YY2AZVo6aEo | 0:04 - 0:05 ; 1:24 -1:25 | Brandon Clement |
| https://www.youtube.com/@canaldoobservador | O CANAL DO OBSERVADOR | https://www.youtube.com/watch?v=zXmw2hhNsUw | - | - | | |
| https://www.youtube.com/@canaldoobservador | O CANAL DO OBSERVADOR | https://www.youtube.com/watch?v=48Gpw29FKVA | 1:31-3:26 Haiti 12/10 | https://www.youtube.com/watch?v=Pqo73abwcGI | 1:03 - 3:51 | Max Olson |
| https://www.youtube.com/@canaldoobservador | O CANAL DO OBSERVADOR | https://www.youtube.com/watch?v=V1DiVZbHmW0 | :18-2:23 | https://www.youtube.com/watch?v=tA3Vo0EYNFI | 0:00 - 2:32 | Aaron Rigsby |
| https://www.youtube.com/@canaldoobservador | O CANAL DO OBSERVADOR | https://www.youtube.com/watch?v=48Gpw29FKVA | :35-:52 | https://www.youtube.com/watch?v=FiaHnYrbJrk | 0:00- 0:20 | Brandon Clement |
| https://www.youtube.com/@canaldoobservador | O CANAL DO OBSERVADOR | https://www.youtube.com/watch?v=vcH6Rkxpm8g | 1:58-4:52 | https://www.youtube.com/watch?v=lHDoHs-N5g8 | entire video | Jordan Hall |
| https://www.youtube.com/@canaldoobservador | O CANAL DO OBSERVADOR | https://www.youtube.com/watch?v=t4RuGtpbifQ | 2:10-2:39 | https://www.youtube.com/watch?v=kd6Lae_zNXc | :01 - :28 | Brian Emfinger |
| https://www.youtube.com/channel/UCfpntDhySfxLIlK6laEWc8w | O CANAL DO OBSERVADOR | https://www.youtube.com/watch?v=EjrbFYWYFg8 | 0:45 – 2:52 | https://www.youtube.com/watch?v=9vQ6S81hgj4 | entire video | Aaron Rigsby |
| https://www.youtube.com/@otvodisha | OTV | https://www.youtube.com/watch?v=8kJmGL2LvLg | :20-:29 Reed Andover Ground | https://web.facebook.com/watch/?v=557784499112578 | | Reed Timmer |
| https://www.youtube.com/@otvodisha | OTV | https://www.youtube.com/watch?v=a-7h1-Xt5Zk | :42-1:16 | https://www.youtube.com/watch?v=vEbUhcX4ATs | :03-:33 | Brandon Clement |
| https://www.youtube.com/@otvodisha | OTV | https://www.youtube.com/watch?v=a-7h1-Xt5Zk | :29-:41 Mayfield downtown shot | https://twitter.com/bclemms/status/1469662822795816968 | :08-:20 | Brandon Clement |
| https://www.youtube.com/@otvodisha | OTV | https://www.youtube.com/watch?v=a-7h1-Xt5Zk | :14-:19 | https://www.youtube.com/watch?v=FiaHnYrbJrk | :22-:29 | Brandon Clement |
| https://www.youtube.com/@TheBeesleys99 | The Beesleys | https://www.youtube.com/watch?v=G4WWUbVMxrU | 7:18 - 7:23 | https://www.youtube.com/watch?v=Kou0HBpX4A | 2:39 - 2:46 | Mike Theiss |
| https://www.youtube.com/@ultimatediscovery | The Ultimate Discovery | https://www.youtube.com/watch?v=-LmDEoggeZo | 11:57 -12.00 ( still) , 13:06 - 13:09, 13:17 - 13:19 | https://www.youtube.com/watch?v=ii46SWfIrZA | (2:38) 2:23 -3:26 ,1:28 - 1:31 | Aaron Jayjack |
| https://www.youtube.com/@ultimatediscovery | The Ultimate Discovery | https://www.youtube.com/watch?v=-LmDEoggeZo | 9:22 - 9:24 , 9:30 - 9:33, 9:39 - 9:42 | https://www.youtube.com/watch?v=0GnAuUfOPus | 10:03 -10:05  9:35 - 9:39, 9:15 -9 | Daniel Shaw |
| https://www.youtube.com/@topfives | Top Fives | https://www.youtube.com/watch?v=qQmpKgFurY0 | :15-:18, 11:32-11:36 | https://www.facebook.com/watch/?ref=search&v=481700142664492&externa | :11 - :15 | Brandon Clement |
| https://www.youtube.com/@topfives | Top Fives | https://www.youtube.com/watch?v=QzbJK3SNjbk | 3:10-3:17, 3:32-3:37 | https://www.youtube.com/watch?v=UYlOzNmCD6Y | 5:00 - 5:07 | Jonathan Carruthers |
| https://www.youtube.com/@wewinescanal | WEWIN ES - Desastres Naturales | https://www.youtube.com/watch?v=yPevE4sv8YY | 14:26-14:45 Elgin red truck | https://www.youtube.com/watch?v=kd6Lae_zNXc | :03-:22 | Brian Emfinger |
| https://www.youtube.com/@wewinescanal | WEWIN ES - Desastres Naturales | https://www.youtube.com/watch?v=N-c_MwT0aw | 7:04-7:34 Reed Wray | https://www.youtube.com/watch?v=ic7P9fz3yYQ | 2:13 - 3:14 | Reed Timmer |
| https://www.youtube.com/@wewinescanal | WEWIN ES - Desastres Naturales | https://www.youtube.com/watch?v=ohxQ-i-CjVU | | - | | |
| https://www.youtube.com/@wewinescanal | WeWin ES -Desastres Naturales | https://www.youtube.com/watch?v=Sy_I3BBlIYo | 14:25-14:44 | https://www.youtube.com/watch?v=kd6Lae_zNXc | 0:03 - 0:16 | Brian Emfinger |
| https://www.youtube.com/@wewinescanal | WEWIN ES -Desastres Naturales | https://www.youtube.com/watch?v=Z8i2Fmkv1gg | 0:00 - 0:05, 4:55 - 5:09 | https://www.youtube.com/watch?v=y0W5CFY5Aq4 | 0:04 - 0:11 | Blake Brown |
| https://www.youtube.com/@wewinbrasil | WEWIN PT | https://www.youtube.com/watch?v=apGMnIAA-Ls | 17:38-18:00 | https://www.youtube.com/watch?v=6NomCDOSARs | | Daniel Robinson |
| https://www.youtube.com/@wewinbrasil | WEWIN PT | https://www.youtube.com/watch?v=N1mrqn8QGlQ | 3:13 - 3:32 | https://www.youtube.com/watch?v=kd6Lae_zNXc | 0:03 - 0:17 | Brian Emfinger |
| https://www.youtube.com/@wewinbrasil | WEWIN PT | https://www.youtube.com/watch?v=uBTWiAS5MJg | 1:07 - 1:16 | https://www.youtube.com/watch?v=TA_zrvBctH8 | 0:09 - 0:16 | Carl Hobi |