UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRAL DRM LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DOE 1 dba 4 EVER GREEN dba @4EVERGREENYT,<br>JOHN DOE 2 dba BUENISIMO dba @BUENISIMOCANAL,<br>JOHN DOE 3 dba DAILYTOP10S dba @GLOBALLEAKS,<br>JOHN DOE 4 dba DBLNEWS dba @DBLNEW,<br>JOHN DOE 5 dba DYNAMIC DISASTER dba @DYNAMICDISASTER,<br>JOHN DOE 6 dba FUTURE UNITY dba @FUTUREUNITY5129,<br>JOHN DOE 7 dba LAV LUKA dba @LAVLUKA6210,<br>JOHN DOE 8 dba MIND WAREHOUSE dba @MIND_WAREHOUSE,<br>JOHN DOE 9 dba O CANAL DO OBSERVADOR dba @CANALDOOBSERVADOR,<br>JOHN DOE 10 dba OTV dba @OTVODISHA,<br>JOHN DOE 11 dba THE BEESLEYS dba @THEBEESLEYS99,<br>JOHN DOE 12 dba THE ULTIMATE DISCOVERY dba @ULTIMATEDISCOVERY,<br>JOHN DOE 13 dba TOP FIVES dba @TOPFIVES, | CASE NO.: 3:23-cv-06261-JSC<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S EX PARTE MOTION FOR A SUBPOENA TO GOOGLE LLC** |

SRIPLAW

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

SRIPLAW

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

1  JOHN DOE 14 dba WEWIN ES -
   DESASTRES NATURALES dba
2  @WEWINESCANAL and
3  JOHN DOE 15 dba WEWIN PT dba
   @WEWINBRASIL,
4
5              Defendants.

6      This matter came before the court on Plaintiff's motion for leave pursuant to Rule 26(d)(1)

to serve a subpoena to service provider Google LLC for information sufficient to identify the alleged

infringers operating certain YouTube channels. Having considered the motion and supporting

documentation and good cause appearing, IT IS HEREBY ORDERED THAT: Plaintiff may serve

Google, via email to its counsel in this matter, with a subpoena seeking the requested information in

a form consistent with Exhibit A, with a return date of no less than two weeks after service. In

responding to the subpoena, Google shall not notify the individuals whose information is requested

or provided.

   **DONE AND ORDERED** in _____, California, this __ day of _____, 2023.

                              _____
                              UNITED STATES DISTRICT JUDGE

2

ORDER                                                               CASE NO. 3:23-CV-06261-JSC