Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com
Counsel for Plaintiff
Viral DRM LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| VIRAL DRM LLC, | CASE NO.: 3:23-cv-06261-JSC |
|---|---|
| Plaintiffs, | **DECLARATION OF BRANDON CLEMENT** |
| v. | |
| YOUTUBE UPLOADERS LISTED ON SCHEDULE A, | |
| Defendant. | |

I, Brandon Clement, declare and say:

1. I am personally knowledgeable of the matters set forth in this Declaration and, if called upon to do so, I could and would competently testify to the following facts set forth below.

2. Prior to filing the instant lawsuit, Viral DRM, and individual videographers and photographers sent take-down notices to Google for all of the videos listed on Schedule A in this matter. Attached hereto as Exhibit 1 is an indexed version of Exhibit 3 to the Complaint (ECF 1-3).

3. Even though a take-down notice was sent for every video, not every take-down notice received a response from Google. Therefore, Exhibit 1 does not contain every single take-down notice.

4. When Google terminates a video or channel after a take-down notice is sent, Google does not send an email response to Viral DRM or the videographers. Instead, the video or channel is terminated and that is the end of the take-down.

1

1  I declare under perjury under the laws of the United States of America that the foregoing is
2  true and correct.
3
4  Executed on January __8__, 2024.
5
6                                              _____
                                                BRANDON CLEMENT

SRIPLAW
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK