# Exhibit
# 1

| Name | Channel URL | Infringement URL | Bates Numbers |
|---|---|---|---|
| 4 Ever Green | https://www.youtube.com/@4EverGreenYT | https://www.youtube.com/watch?v=iAGdItBg_nY | 66-67 |
| BUENISIMO | https://www.youtube.com/@BUENISIMOCANAL | https://www.youtube.com/watch?v=nU6CtBI1W5s | 1-4 |
| BUENISIMO | https://www.youtube.com/@BUENISIMOCANAL | https://www.youtube.com/watch?v=Irbpv-kBxSQ | 34-35 |
| BUENISIMO | https://www.youtube.com/@BUENISIMOCANAL | https://www.youtube.com/watch?v=Z3HkOxN7DFM | 34-35 |
| BUENISIMO | https://www.youtube.com/@BUENISIMOCANAL | https://www.youtube.com/watch?v=nPSq0ivN-qg | |
| BUENISIMO | https://www.youtube.com/@BUENISIMOCANAL | https://www.youtube.com/watch?v=nPSq0ivN-qg | |
| DailyTop10s | https://www.youtube.com/@GlobalLeaks | https://www.youtube.com/watch?v=QgFpvGJ4dcA | 52-53 |
| DBLnew | https://www.youtube.com/@dblnew | https://www.youtube.com/watch?v=iBgmsc0tO80 | 30-31 |
| Dynamic Disaster | https://www.youtube.com/@dynamicdisaster | https://www.youtube.com/watch?v=SLjhGVsD2YY | |
| Future Unity | https://www.youtube.com/@futureunity5129/videos | https://www.youtube.com/watch?v=PadDmhFxa0g | 17-18 |
| Future Unity | https://www.youtube.com/@futureunity5129/videos | https://www.youtube.com/watch?v=_GxREdW74Uw | 17-18 |
| Future Unity | https://www.youtube.com/@futureunity5129/videos | https://www.youtube.com/watch?v=Z8Lq1NIaVDE | 36-37 |
| Future Unity | https://www.youtube.com/@futureunity5129/videos | https://www.youtube.com/watch?v=lyEzjC8yNnM | 36-37 |
| Future Unity | https://www.youtube.com/@futureunity5129/videos | https://www.youtube.com/watch?v=hdNQJJK8Uhc | 40-41 |
| Lav Luka | https://www.youtube.com/watch?v=pM72ktBaKdo | https://www.youtube.com/watch?v=pM72ktBaKdo | 7-8 |
| Mind Warehouse | https://www.youtube.com/@mind_warehouse | https://www.youtube.com/watch?v=6t3ccaKKBSY | 13-16 |
| Mind Warehouse | https://www.youtube.com/@mind_warehouse | https://www.youtube.com/watch?v=LDBkx1me1Y8 | 19-20 |
| Mind Warehouse | https://www.youtube.com/@mind_warehouse | https://www.youtube.com/watch?v=VtFiZh6Qiww | 19-20 |
| Mind Warehouse | https://www.youtube.com/@mind_warehouse | https://www.youtube.com/watch?v=Ro19wdg7d5I | 60-63 |
| O CANAL DO OBSERVADOR | https://www.youtube.com/@canaldoobservador | https://www.youtube.com/watch?v=48Gpw29FKVA | 5-6 |
| O CANAL DO OBSERVADOR | https://www.youtube.com/@canaldoobservador | https://www.youtube.com/watch?v=t4RuGtpbifQ | 5-6 |
| O CANAL DO OBSERVADOR | https://www.youtube.com/@canaldoobservador | https://www.youtube.com/watch?v=pAjqkFledIU | 21-22 |
| O CANAL DO OBSERVADOR | https://www.youtube.com/@canaldoobservador | https://www.youtube.com/watch?v=3ekBAxKUi1c | 23-24 |
| O CANAL DO OBSERVADOR | https://www.youtube.com/@canaldoobservador | https://www.youtube.com/watch?v=V1DiVZbHmW0 | 38-39 |
| O CANAL DO OBSERVADOR | https://www.youtube.com/@canaldoobservador | https://www.youtube.com/watch?v=vcH6Rkxpm8g | 58-59 |
| O CANAL DO OBSERVADOR | https://www.youtube.com/channel/UCfpntDhySfxLlIK6IaEWc8w | https://www.youtube.com/watch?v=EjrbFYWYFg8 | 58-59 |
| O CANAL DO OBSERVADOR | https://www.youtube.com/@canaldoobservador | https://www.youtube.com/watch?v=zXmw2hhNsUw | |
| O CANAL DO OBSERVADOR | https://www.youtube.com/@canaldoobservador | https://www.youtube.com/watch?v=48Gpw29FKVA | |
| OTV | https://www.youtube.com/@otvodisha | https://www.youtube.com/watch?v=a-7h1-Xt5Zk | 9-10 |
| OTV | https://www.youtube.com/@otvodisha | https://www.youtube.com/watch?v=a-7h1-Xt5Zk | 9-10 |
| OTV | https://www.youtube.com/@otvodisha | https://www.youtube.com/watch?v=a-7h1-Xt5Zk | 9-10 |
| OTV | https://www.youtube.com/@otvodisha | https://www.youtube.com/watch?v=8kJmGL2LvLg | 11-12 |
| The Beesleys | https://www.youtube.com/@TheBeesleys99 | https://www.youtube.com/watch?v=G4WWUbVMxrU | 25-26 |
| The Ultimate Discovery | https://www.youtube.com/@ultimatediscovery | https://www.youtube.com/watch?v=-LmDEoggeZo | 56-57 |
| The Ultimate Discovery | https://www.youtube.com/@ultimatediscovery | https://www.youtube.com/watch?v=-LmDEoggeZo | 56-57 |
| Top Fives | https://www.youtube.com/@topfives | https://www.youtube.com/watch?v=QzbJK3SNjbk | 64-65 |
| Top Fives | https://www.youtube.com/@topfives | https://www.youtube.com/watch?v=qQmpKgFurY0 | 68-69 |
| WEWIN ES - Desastres Naturales | https://www.youtube.com/@wewinescanal | https://www.youtube.com/watch?v=yPevE4sv8YY | 42-43 |
| WEWIN ES - Desastres Naturales | https://www.youtube.com/@wewinescanal | https://www.youtube.com/watch?v=N-c__MwT0aw | 50-51 |

| Name | Channel URL | Infringement URL | Bates Numbers |
|---|---|---|---|
| WEWIN ES - Desastres Naturales | https://www.youtube.com/@wewinescanal | https://www.youtube.com/watch?v=ohxQ-i-CjVU | |
| WEWIN ES -Desastres Naturales | https://www.youtube.com/@wewinescanal | https://www.youtube.com/watch?v=Z8i2Fmkv1gg | 27-29 , 44-45 |
| WeWin ES -Desastres Naturales | https://www.youtube.com/@wewinescanal | https://www.youtube.com/watch?v=Sy_I3BBIIYo | 32-33 |
| WEWIN PT | https://www.youtube.com/@wewinbrasil | https://www.youtube.com/watch?v=apGMnIAA-Ls | 46-49 |
| WEWIN PT | https://www.youtube.com/@wewinbrasil | https://www.youtube.com/watch?v=N1mrqn8QGlQ | 54-55 |
| WEWIN PT | https://www.youtube.com/@wewinbrasil | https://www.youtube.com/watch?v=uBTWiAS5MJg | |

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/6/2024 9:09:52 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: Fw: [YAO7J7GZCE2ZYPKUSBV2DOZ7TA] YouTube Copyright Complaint Submission

(9494) Round 6 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **Hank Schyma** <hankschyma@yahoo.com>
Date: Sun, Jan 7, 2024 at 1:11 AM
Subject: Fw: [YAO7J7GZCE2ZYPKUSBV2DOZ7TA] YouTube Copyright Complaint Submission
To: Copyright Management <copyright@viraldrm.com>

----- Forwarded Message -----
**From:** YouTube Copyright <youtube-disputes+34a97xzo1qrfk07@google.com>
**To:** "hankschyma@yahoo.com" <hankschyma@yahoo.com>
**Sent:** Wednesday, November 22, 2023, 04:25:32 PM CST
**Subject:** [YAO7J7GZCE2ZYPKUSBV2DOZ7TA] YouTube Copyright Complaint Submission



Hi Pecos Hank,

Thank you for your removal request. We've reviewed it and provided updates below.

> **Request resolved**
>
> The content listed below has been removed.
>
> Videos in question:
>
> https://www.youtube.com/watch?v=nU6CtBI1W5s
>
> ————
>
> We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filed in:

Copyright Owner Name (Company Name if applicable): Hank Schyma
Your Full Legal Name (Aliases, usernames or initials not accepted): Hank Schyma
Your Title or Job Position (What is your authority to make this complaint?): Owner
Address:
2226 Shadowdale
Houston, TX 77043
US
Username: Pecos Hank
Email Address: hankschyma@yahoo.com
Phone: (281) 948-1628

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=nU6CtBI1W5s
- Describe the work allegedly infringed: My video
  - Title of video: TOP 10 BEST TORNADOES
  - Source of video: oWtx3Erswh8
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:01:00 to 0:01:05 :
    https://www.youtube.com/watch?v=nU6CtBI1W5s&t=60
    It appears in your source video from 0:00:39 to 0:00:44 :
    https://www.youtube.com/watch?v=oWtx3Erswh8&t=39

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Hank Schyma

Help Center • Email Options

You received this email to provide information and updates around your

YouTube channel or account

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 21, 2023 YouTube Copyright



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Hank Schyma
- Your Full Legal Name (Aliases, usernames or initials not accepted): Hank Schyma
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
    - 2226 Shadowdale
    - Houston, TX 77043
    - US
- Username: Pecos Hank
- Email Address: hankschyma@yahoo.com
- Phone: (281) 948-1628


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=nU6CtBl1W5s
- Describe the work allegedly infringed: My video
    - Source of video: oWlx3Erswh8
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:01:00 to 0:01:05 : https://www.youtube.com/watch?v=nU6CtBl1W5s&t=60
      It appears in your source video from 0:00:39 to 0:00:44 : https://www.youtube.com/watch?v=oWlx3Erswh8&t=39

Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Hank Schyma

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 21, 2023 hankschyma@yahoo.com wrote:

Video IDs: nU6CtBI1W5s

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** LSM Intellectual Property <ip@livestormsmedia.com>
**Sent:** 1/5/2024 11:45:34 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [XYJ6LT6UJ7NYYSU5ZEZUDMM2CY] YouTube Copyright Complaint Submission

---

(9494) Round 6 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+11ro0odbwvyc407@google.com>
Date: Tue, Nov 21, 2023 at 11:00 PM
Subject: [XYJ6LT6UJ7NYYSU5ZEZUDMM2CY] YouTube Copyright Complaint Submission
To: <ip@livestormsmedia.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Live Storms Media
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Live Storms Media
- Email Address: ip@livestormsmedia.com
- Phone: (256) 267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=48Gpw29FKVA
- Describe the work allegedly infringed: My company, organization or client's video
  - Source of video: FiaHnYrbJrk
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:35 to 0:00:52 : https://www.youtube.com/watch?v=48Gpw29FKVA&t=35
    It appears in your source video from 0:00:00 to 0:00:20 :

https://www.youtube.com/watch?v=BF4Hn-maGx8t=4

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=t4RuGtpbifQ
- Describe the work allegedly infringed: My company, organization or client's video
  - Source of video: kd6Lae_zNXc
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:02:10 to 0:02:39 :
    https://www.youtube.com/watch?v=t4RuGtpbifQ&t=130
    It appears in your source video from 0:00:01 to 0:00:28 :
    https://www.youtube.com/watch?v=kd6Lae_zNXc&t=1


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 21, 2023 ip@livestormsmedia.com wrote:

    Video IDs: 48Gpw29FKVA, t4RuGtpbifQ

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** LSM Intellectual Property <ip@livestormsmedia.com>
**Sent:** 1/5/2024 11:44:28 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [VPHV7RO5M55S33KPFJW46INRSU] YouTube Copyright Complaint Submission

---

(9494) Round 6 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+2vn3w858y39dc07@google.com>
Date: Thu, Nov 30, 2023 at 1:34 PM
Subject: [VPHV7RO5M55S33KPFJW46INRSU] YouTube Copyright Complaint Submission
To: <ip@livestormsmedia.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Live Storms Media
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Live Storms Media
- Email Address: ip@livestormsmedia.com
- Phone: (256) 267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=pM72ktBaKdo
- Describe the work allegedly infringed: My company, organization or client's video
    - Source of video: _XSUXqy98xw
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:02:26 to 0:02:43 :
      https://www.youtube.com/watch?v=pM72ktBaKdo&t=146
      It appears in your source video from 0:00:00 to 0:01:45 :

https://www.youtube.com/watch?v=2xsuxijebkw&t=0

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 30, 2023 ip@livestormsmedia.com wrote:

Video IDs: pM72ktBaKdo

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 11:39:26 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [TU2YMSD6RETW2KJGIOHVIX4P5E] YouTube Copyright Complaint Submission

---

(9494) Round 6 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+06d52fyvj36x307@google.com>
Date: Fri, Nov 17, 2023 at 10:11 PM
Subject: [TU2YMSD6RETW2KJGIOHVIX4P5E] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=a-7h1-Xt5Zk
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 12-11-2021 Mayfield, Ky At least high end EF4 damage- total destruction- Drone
  - Source of video: FiaHnYrbJrk
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:14 to 0:00:19 : https://www.youtube.com/watch?v=a-7h1-Xt5Zk&t=14

It appears in your source video from 0:00:22 to 0:00:29.
https://www.youtube.com/watch?v=FiaHnYrbJrk&t=22

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 17, 2023 copyright@viraldrm.com wrote:

Video IDs: a-7h1-Xt5Zk

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 11:48:49 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [THQFZWS4BZI5IX3NS3UZLWKQQQ] YouTube Copyright Complaint Submission

---

(9494) Round 6 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+2hpqaulhn428b07@google.com>
Date: Fri, Nov 17, 2023 at 10:07 PM
Subject: [THQFZWS4BZI5IX3NS3UZLWKQQQ] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=8kJmGL2LvLg
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Destructive tornado extreme close range in Andover KS earlier. Bad damage across east side of town
  - Source of video: https://web.facebook.com/watch/?v=557784499112578
  - Type of video: Internet video
  - Where does the content appear? The content appears in the targeted video from 0:00:20 to 0:00:29 :

https://www.youtube.com/watch?v=8kJmGL2LvLg

It appears in your source video: https://web.facebook.com/watch/?v=557784499112578

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 17, 2023 copyright@viraldrm.com wrote:

Video IDs: 8kJmGL2LvLg

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/6/2024 7:50:52 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [SOKK4WCZFJBCVMZSNOSTTHKXTA] YouTube Copyright Complaint Submission

(9494) Round 6 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
**From:** Aaron Jayjack <aaronjayjack@gmail.com>
Date: Sun, Jan 7, 2024 at 12:22 AM
Subject: Fwd: [SOKK4WCZFJBCVMZSNOSTTHKXTA] YouTube Copyright Complaint Submission
To: Copyright Management <copyright@viraldrm.com>

---------- Forwarded message ----------
**From:** YouTube Copyright <youtube-disputes+35psxwmo9ta2807@google.com>
Date: Thu, Nov 23, 2023 at 11:03 AM
Subject: [SOKK4WCZFJBCVMZSNOSTTHKXTA] YouTube Copyright Complaint Submission
To: <aaronjayjack@gmail.com>



Hi Aaron Jayjack,

Thank you for your removal request. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=6t3ccaKKBSY

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Aaron James Jayjack
Your Full Legal Name (Aliases, usernames or initials not accepted): Aaron
James Jayjack
Your Title or Job Position (What is your authority to make this complaint?):
Owner
Address:
41 W Hwy 14
114
Spearfish, SD 57783
US
Username: Aaron Jayjack
Email Address: aaronjayjack@gmail.com
Phone: (512) 983-3372

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=6t3ccaKKBSY
Describe the work allegedly infringed: My video
  - Title of video: MAJOR Hurricane Idalia Makes Landfall Near Perry, Florida
    Shredding Trees and Buildings
  - Source of video: VgV0cBLMgjU
  - Type of video: Other
  - Where does the content appear?
    The content appears in the targeted video from 0:02:36 to 0:02:53 :
    https://www.youtube.com/watch?v=6t3ccaKKBSY&t=156
    It appears in your source video from 0:00:00 to 0:00:18 :
    https://www.youtube.com/watch?v=VgV0cBLMgjU&t=0


Country where copyright applies: US
I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an
    exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner
    complained of is not authorized by the copyright owner, its agent, or the
    law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who
    knowingly materially misrepresents that material or activity is infringing
    may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube
    channel.
Authorized Signature: Aaron James Jayjack

Help Center • Email Options

You received this email to provide information and updates around your

YouTube channel or account

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 22, 2023 YouTube Copyright



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Aaron James Jayjack
- Your Full Legal Name (Aliases, usernames or initials not accepted): Aaron James Jayjack
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  - 41 W Hwy 14
  - 114
  - Spearfish, SD 57783
  - US
- Username: Aaron Jayjack
- Email Address: aaronjayjack@gmail.com
- Phone: (512) 983-3372

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=6t3ccaKKBSY
- Describe the work allegedly infringed: My video
  - Source of video: VgV0cBLMgjU
  - Type of video: Other
  - Where does the content appear?
    The content appears in the targeted video from 0:02:36 to 0:02:53 :
    https://www.youtube.com/watch?v=6t3ccaKKBSY&t=156
    It appears in your source video from 0:00:00 to 0:00:18 :
    https://www.youtube.com/watch?v=VgV0cBLMgjU&t=0

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person

who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Aaron James Jayjack

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Nov 22, 2023 [aaronjayjack@gmail.com](mailto:aaronjayjack@gmail.com) wrote:

Video IDs: 6t3ccaKKBSY

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@wxchasing.com>
**Sent:** 1/5/2024 11:44:14 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [RULEB2PZGVF2JGS5252GE47BC4] YouTube Copyright Complaint Submission

---

(9494) Round 6 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+3lq7kx67vhw7b07@google.com>
Date: Wed, Nov 22, 2023 at 9:15 AM
Subject: [RULEB2PZGVF2JGS5252GE47BC4] YouTube Copyright Complaint Submission
To: <copyright@wxchasing.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): WxChasing
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  - 1315 Carroll Dr
  - Terry, MS 39170
  - US
- Username: WXChasing
- Email Address: copyright@wxchasing.com
- Phone: (601) 260-3170

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=PadDmhFxa0g
- Describe the work allegedly infringed: My company, organization or client's video
  - Source of video: F0NGEwDYaSg
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:01:13 to 0:01:15 :
    https://www.youtube.com/watch?v=PadDmhFxa0g&t=73
    It appears in your source video from 0:01:52 to 0:01:53 :
    https://www.youtube.com/watch?v=F0NGEwDYaSg&t=112

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=_GxREdW74Uw
- Describe the work allegedly infringed: My company, organization or client's video
  - Source of video: tLqXMqr5MWY
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:13:27 to 0:13:30 :
    https://www.youtube.com/watch?v=_GxREdW74Uw&t=807
    It appears in your source video from 0:01:44 to 0:01:47 :
    https://www.youtube.com/watch?v=tLqXMqr5MWY&t=104


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 21, 2023 copyright@wxchasing.com wrote:

  Video IDs: PadDmhFxa0g, _GxREdW74Uw

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 11:38:09 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [RK7ZEJA73UVVFEWUGVXZNPF7XE] YouTube Copyright Complaint Submission

---

(9494) Round 6 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+1q9xmx0dq4sin07@google.com>
Date: Wed, Nov 22, 2023 at 8:52 AM
Subject: [RK7ZEJA73UVVFEWUGVXZNPF7XE] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Authorized Agent
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=LDBkx1me1Y8
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: Intense Bow Echo - Green Severe Thunderstorm - Eureka, MO (4/26/16)
    - Source of video: ZBYLBXyINMI
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:05:54 to 0:06:00 :
      https://www.youtube.com/watch?v=LDBkx1me1Y8&t=354

It appears in your source video from 0:00:22 to 0:00:33 :
https://www.youtube.com/watch?v=ZBYLBXyINMI&t=22

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=VtFiZh6Qiww
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Lightning hitting a building(960 FPS)
  - Source of video: wvsRjqwtsZs
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:08:00 to 0:08:13 :
    https://www.youtube.com/watch?v=VtFiZh6Qiww&t=480
    It appears in your source video from 0:00:01 to 0:00:14 :
    https://www.youtube.com/watch?v=wvsRjqwtsZs&t=1

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 21, 2023 copyright@viraldrm.com wrote:

　　　Video IDs: LDBkx1me1Y8, VtFiZh6Qiww

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@wxchasing.com>
**Sent:** 1/5/2024 11:44:31 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [RIHBPMGVZLXKYMAAZUFMWTRDIQ] YouTube Copyright Complaint Submission

---

(9494) Round 6 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+2ccblr05luu6u07@google.com>
Date: Wed, Nov 22, 2023 at 9:10 AM
Subject: [RIHBPMGVZLXKYMAAZUFMWTRDIQ] YouTube Copyright Complaint Submission
To: <copyright@wxchasing.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): WxChasing
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  - 1315 Carroll Dr
  - Terry, MS 39170
  - US
- Username: WXChasing
- Email Address: copyright@wxchasing.com
- Phone: (601) 260-3170

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=pAjqkFledIU
- Describe the work allegedly infringed: My company, organization or client's video
  - Source of video: FGxw1v7q5kE
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:01:42 to 0:01:52 :
    https://www.youtube.com/watch?v=pAjqkFledIU&t=102
    It appears in your source video from 0:00:00 to 0:00:10 :
    https://www.youtube.com/watch?v=FGxw1v7q5kE&t=0

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 21, 2023 copyright@wxchasing.com wrote:

   Video IDs: pAjqkFledIU

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** LSM Intellectual Property <ip@livestormsmedia.com>
**Sent:** 1/5/2024 11:45:04 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [QZEPAAWJWXJUQ577V6DYEPEGSU] YouTube Copyright Complaint Submission

---

(9494) Round 6 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+001x14m9a5suo07@google.com>
Date: Tue, Nov 21, 2023 at 11:07 PM
Subject: [QZEPAAWJWXJUQ577V6DYEPEGSU] YouTube Copyright Complaint Submission
To: <ip@livestormsmedia.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Live Storms Media
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Live Storms Media
- Email Address: ip@livestormsmedia.com
- Phone: (256) 267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=3ekBAxKUi1c
- Describe the work allegedly infringed: My company, organization or client's video
  - Source of video: YY2AZVo6aEo
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:03:13 to 0:04:40 :
    https://www.youtube.com/watch?v=3ekBAxKUi1c&t=193
    It appears in your source video from 0:00:04 to 0:00:05 :

https://www.youtube.com/watch?v=Y2APViesEQd4

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 21, 2023 ip@livestormsmedia.com wrote:

Video IDs: 3ekBAxKUi1c

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 11:39:44 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [QNOQUINJYOEIF5NNMBW6X34PBE] YouTube Copyright Complaint Submission

---

(9494) Round 6 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+28w6hwj0pvjp307@google.com>
Date: Wed, Nov 22, 2023 at 8:19 AM
Subject: [QNOQUINJYOEIF5NNMBW6X34PBE] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Authorized Agent
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=G4WWUbVMxrU
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Hurricane Katrina Historic Storm Surge Video - Gulfport, Mississippi
  - Source of video: -Kou0HBpX4A
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:07:18 to 0:07:23 :
    https://www.youtube.com/watch?v=G4WWUbVMxrU&t=438

It appears in your source video from 0:02:39 to 0:02:46.
https://www.youtube.com/watch?v=-Kou0HBpX4A&t=159

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 21, 2023 copyright@viraldrm.com wrote:

　　　　Video IDs: G4WWUbVMxrU

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 11:50:51 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [QK3H23W7BUR5GF63TP6NORHN2Y] YouTube Copyright Complaint Submission

---

(9494) Round 6 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **Blake Brown** <blake.brown443@gmail.com>
Date: Mon, Nov 20, 2023 at 1:43 AM
Subject: Fwd: [QK3H23W7BUR5GF63TP6NORHN2Y] YouTube Copyright Complaint Submission
To: copyright@viraldrm.com <copyright@viraldrm.com>

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+1ei9jca4pev7g07@google.com>
Date: Sun, Nov 19, 2023 at 12:36 AM
Subject: [QK3H23W7BUR5GF63TP6NORHN2Y] YouTube Copyright Complaint Submission
To: <blake.brown443@gmail.com>



Hi Blake Brown,

Thank you for your removal request. We've reviewed it and provided updates below.

> **Request resolved**
>
> The content listed below has been removed.
>
> Videos in question:
>
> https://www.youtube.com/watch?v=Z8i2Fmkv1gg
>
> ---
>
> We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Christopher Blake Brown
Your Full Legal Name (Aliases, usernames or initials not accepted): Christopher Blake
Brown
Your Title or Job Position (What is your authority to make this complaint?): Myself
Address:
1402 Oak Avenue
Panhandle, Texas 79068
US
Username: Blake Brown
Email Address: blake.brown443@gmail.com
Phone: 8063822815

URL of allegedly infringing video to be removed: https://www.youtube.com/watch?
v=Z8i2Fmkv1gg
Describe the work allegedly infringed: My video
  ○ Title of video: High Wind Event Pt. 2
  ○ Source of video:
    https://www.facebook.com/BlakeBPhotography/videos/1994575987331296
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:05 :
    https://www.youtube.com/watch?v=Z8i2Fmkv1gg&t=0
    It appears in your source video:
    https://www.facebook.com/BlakeBPhotography/videos/1994575987331296

Country where copyright applies: US
I state UNDER PENALTY OF PERJURY that:
  ○ I am the owner, or an agent authorized to act on behalf of the owner of an
    exclusive right that is allegedly infringed.
  ○ I have a good faith belief that the use of the material in the manner complained of
    is not authorized by the copyright owner, its agent, or the law; and
  ○ This notification is accurate.
  ○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly
    materially misrepresents that material or activity is infringing may be subject to
    liability for damages.
  ○ I understand that abuse of this tool will result in termination of my YouTube
    channel.
Authorized Signature: Christopher Blake Brown

Help Center • Email Options

You received this email to provide information
and updates around your YouTube channel or
account.



© 2021 Google LLC d/b/a YouTube, 901
Cherry Ave, San Bruno, CA 94066

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** LSM Intellectual Property <ip@livestormsmedia.com>
**Sent:** 1/5/2024 11:43:25 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [Q2PC5YGHCSKDDFOTXILHPI4BWQ] YouTube Copyright Complaint Submission

---

(9494) Round 6 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+2fwyu0fut0tl507@google.com>
Date: Thu, Nov 30, 2023 at 1:30 PM
Subject: [Q2PC5YGHCSKDDFOTXILHPI4BWQ] YouTube Copyright Complaint Submission
To: <ip@livestormsmedia.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and
includes all required elements. We will reply to this email when we've taken
action on your request. You can also check on the status of your takedown
request in the 'Removal requests' tab which is found in the Copyright section of
your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Live Storms
  Media
- Your Full Legal Name (Aliases, usernames or initials not accepted):
  Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?):
  Owner
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Live Storms Media
- Email Address: ip@livestormsmedia.com
- Phone: (256) 267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=iBgmsc0tO80
- Describe the work allegedly infringed: My company, organization or client's
  video
  - Source of video: FjA9IgdbGT0
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:02:07 to 0:02:16 :
    https://www.youtube.com/watch?v=iBgmsc0tO80&t=127
    It appears in your source video from 0:00:09 to 0:00:18 :

https://www.youtube.com/watch?v=KjA9lgdxr6a&-b

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 ▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 30, 2023 ip@livestormsmedia.com wrote:

Video IDs: iBgmsc0tO80

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** LSM Intellectual Property <ip@livestormsmedia.com>
**Sent:** 1/5/2024 11:46:35 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [PIIRH3CBFVRVK7DBA2SAVLKB5A] YouTube Copyright Complaint Submission

---

(9494) Round 6 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+0n9fg7vwbj3yi07@google.com>
Date: Fri, Nov 17, 2023 at 3:01 PM
Subject: [PIIRH3CBFVRVK7DBA2SAVLKB5A] YouTube Copyright Complaint Submission
To: <ip@livestormsmedia.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Live Stomrs Media
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Live Storms Media
- Email Address: ip@livestormsmedia.com
- Phone: (256) 267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=Sy_I3BBIIYo
- Describe the work allegedly infringed: My company, organization or client's video
  - Source of video: kd6Lae_zNXc
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:14:25 to 0:14:44 : https://www.youtube.com/watch?v=Sy_I3BBIIYo&t=865
    It appears in your source video from 0:00:03 to 0:00:16 :

https://www.youtube.com/watch?v=x46Lael_BQc&t=3

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 17, 2023 ip@livestormsmedia.com wrote:

Video IDs: Sy_l3BBIIYo

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 11:32:03 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [OGHSFGHONCl6l7N5KAV5HOPFH4] YouTube Copyright Complaint Submission

---

(9494) Round 6 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+1rb3pxkzbcire07@google.com>
Date: Wed, Nov 22, 2023 at 4:24 AM
Subject: [OGHSFGHONCl6l7N5KAV5HOPFH4] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Authorized Agent
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=lrbpv-kBxSQ
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Pursuit - A 4K storm time-lapse film
  - Source of video: oagszCmJLpU
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:56:44 to 0:57:19 : https://www.youtube.com/watch?v=lrbpv-kBxSQ&t=3404
    It appears in your source video from 0:03:12 to 0:03:50 :

https://www.youtube.com/watch?v=eags7CH8Qp0&t=49s

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=Z3HkOxN7DFM
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas Town Get Ripped Apart
  - Source of video: IxdFh8nYMgM
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:09 to 0:00:36 :
    https://www.youtube.com/watch?v=Z3HkOxN7DFM&t=9
    It appears in your source video from 0:00:00 to 0:00:26 :
    https://www.youtube.com/watch?v=IxdFh8nYMgM&t=0

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 21, 2023 copyright@viraldrm.com wrote:

Video IDs: Irbpv-kBxSQ, Z3HkOxN7DFM

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 11:35:03 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [NM5CQOQHF4VIBDPHFK5Q6FPPAY] YouTube Copyright Complaint Submission

---

(9494) Round 6 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+0mfo4srfmmby007@google.com>
Date: Wed, Nov 22, 2023 at 8:44 AM
Subject: [NM5CQOQHF4VIBDPHFK5Q6FPPAY] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Authorized Agent
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=Z8Lq1NlaVDE
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: 15ft Storm Surge Washes Away Homes in Ft. Myers Beach - Hurricane Ian
    - Source of video: al8yTiCVfro
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:04:52 to 0:04:56 : https://www.youtube.com/watch?v=Z8Lq1NlaVDE&t=292

It appears in your source video from 0:00:50 to 0:00:53 :
https://www.youtube.com/watch?v=aI8yTiCVfro&t=50

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=IyEzjC8yNnM
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Geminid meteor shower 2021 - REAL-TIME HD - Norway
  - Source of video: pF6lX3KDOuo
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:09:37 to 0:09:39 :
    https://www.youtube.com/watch?v=IyEzjC8yNnM&t=577
    It appears in your source video from 0:00:30 to 0:00:33 :
    https://www.youtube.com/watch?v=pF6lX3KDOuo&t=30

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 21, 2023 copyright@viraldrm.com wrote:

Video IDs: Z8Lq1NlaVDE, IyEzjC8yNnM

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 11:48:12 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [MVLHDQJ5Z6UKM4O5XJAFA6IFBU] YouTube Copyright Complaint Submission

---

(9494) Round 6 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+2jh2ubcwxns5x07@google.com>
Date: Wed, Nov 22, 2023 at 9:31 AM
Subject: [MVLHDQJ5Z6UKM4O5XJAFA6IFBU] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Authorized Agent
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=V1DiVZbHmW0
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 02-27-2023 Norman, OK - First Light Tornado Damage *Drone*
  - Source of video: tA3Vo0EYNFI
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:18 to 0:02:23 :
    https://www.youtube.com/watch?v=V1DiVZbHmW0&t=18

It appears in your source video from 0:00:00 to 0:02:32.

https://www.youtube.com/watch?v=tA3Vo0EYNFI&t=0

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 21, 2023 copyright@viraldrm.com wrote:

Video IDs: V1DiVZbHmW0

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** LSM Intellectual Property <ip@livestormsmedia.com>
**Sent:** 1/5/2024 11:43:58 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [MM7IGVSWDM54IL6BGT5ZYC3SQA] YouTube Copyright Complaint Submission

---

(9494) Round 6 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+21jmemt2l387607@google.com>
Date: Thu, Nov 30, 2023 at 4:14 PM
Subject: [MM7IGVSWDM54IL6BGT5ZYC3SQA] YouTube Copyright Complaint Submission
To: <ip@livestormsmedia.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Live Storms Media
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Live Storms Media
- Email Address: ip@livestormsmedia.com
- Phone: (256) 267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=hdNQJJK8Uhc
- Describe the work allegedly infringed: My company, organization or client's video
  - Source of video: TOfGnDflRLg
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:22:44 to 0:22:48 :
    https://www.youtube.com/watch?v=hdNQJJK8Uhc&t=1364
    It appears in your source video from 0:00:58 to 0:01:02 :

https://www.youtube.com/watch?v=rOfGHTHRgav-s6

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 30, 2023 ip@livestormsmedia.com wrote:

Video IDs: hdNQJJK8Uhc

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

| | |
|---|---|
| **From:** | LSM Intellectual Property <ip@livestormsmedia.com> |
| **Sent:** | 1/5/2024 11:46:10 AM |
| **To:** | Viral DRM <viraldrm@sriplaw.com> |
| **Subject:** | Fwd: [LKIKCPCFG7UPMKTWN4OOZO3HDQ] YouTube Copyright Complaint Submission |

---

(9494) Round 6 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+29zdvel469a2007@google.com>
Date: Fri, Nov 17, 2023 at 8:42 PM
Subject: [LKIKCPCFG7UPMKTWN4OOZO3HDQ] YouTube Copyright Complaint Submission
To: <ip@livestormsmedia.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Live Storms Media
- Your Full Legal Name (Aliases, usernames or initials not accepted): Brett Adair
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Live Storms Media
- Email Address: ip@livestormsmedia.com
- Phone: (256) 267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=yPevE4sv8YY
- Describe the work allegedly infringed: My video
    - Source of video: kd6Lae_zNXc
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:14:26 to 0:14:45 : https://www.youtube.com/watch?v=yPevE4sv8YY&t=866
      It appears in your source video from 0:00:03 to 0:00:22 : https://www.youtube.com/watch?v=kd6Lae_zNXc&t=3

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Brett Adair

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Nov 17, 2023 [ip@livestormsmedia.com](mailto:ip@livestormsmedia.com) wrote:

Video IDs: yPevE4sv8YY

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** LSM Intellectual Property <ip@livestormsmedia.com>
**Sent:** 1/5/2024 11:48:08 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [L7QXR3HTWLBWFGI44RL56HZFRE] YouTube Copyright Complaint Submission

---

(9494) Round 6 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+058cvxjkzi4rp07@google.com>
Date: Sat, Nov 18, 2023 at 2:59 PM
Subject: [L7QXR3HTWLBWFGI44RL56HZFRE] YouTube Copyright Complaint Submission
To: <ip@livestormsmedia.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Max Olson
- Your Full Legal Name (Aliases, usernames or initials not accepted): Brett Adair
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Live Storms Media
- Email Address: ip@livestormsmedia.com
- Phone: (256) 267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=Z8i2Fmkv1gg
- Describe the work allegedly infringed: My company, organization or client's video
  - Source of video: _XSUXqy98xw
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:30 to 0:00:51 :
    https://www.youtube.com/watch?v=Z8i2Fmkv1gg&t=30
    It appears in your source video from 0:00:28 to 0:00:49 :
    https://www.youtube.com/watch?v=_XSUXqy98xw&t=28

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Brett Adair

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Nov 18, 2023 [ip@livestormsmedia.com](#) wrote:

   Video IDs: Z8i2Fmkv1gg

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 11:49:45 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [KDEWKEQO2AY36KCR4M763PFTAM] YouTube Copyright Complaint Submission

---

(9494) Round 6 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **Dan Robinson** <stormhighway@gmail.com>
Date: Sat, Nov 18, 2023 at 8:10 AM
Subject: Fwd: [KDEWKEQO2AY36KCR4M763PFTAM] YouTube Copyright Complaint Submission
To: <brenda@wxchasing.com>, <copyright@viraldrm.com>


Latest takedown processed.

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+23r0mzch8kco807@google.com>
Date: Friday, November 17, 2023
Subject: [KDEWKEQO2AY36KCR4M763PFTAM] YouTube Copyright Complaint Submission
To: stormhighway@gmail.com



Hi Dan Robinson,

Thank you for your removal request. We've reviewed it and provided updates below.

> **Request resolved**
>
> The content listed below has been removed.
>
> Videos in question:
>
> https://www.youtube.com/watch?v=apGMnIAA-Ls
>
> ---
>
> We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Daniel J. Robinson
Your Full Legal Name (Aliases, usernames or initials not accepted): Daniel J.
Robinson
Your Title or Job Position (What is your authority to make this complaint?): I am
the photographer and rights holder
Address:
301 West Illinois Street Apt B
New Baden, IL 62265
US
Username: Dan Robinson
Email Address: stormhighway@gmail.com
Phone: 618-920-0811

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=apGMnlAA-Ls
Describe the work allegedly infringed: My video
- Title of video: Black ice havoc in St. Louis: spins, slide-offs, crunches
  caught on camera - February 10, 2019
- Source of video: 6NomCDOSARs
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 0:17:38 to 0:18:00 :
  https://www.youtube.com/watch?v=apGMnlAA-Ls&t=1058
  It appears in your source video: https://www.youtube.com/watch?
  v=6NomCDOSARs


Country where copyright applies: US
I state UNDER PENALTY OF PERJURY that:
- I am the owner, or an agent authorized to act on behalf of the owner of an
  exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner
  complained of is not authorized by the copyright owner, its agent, or the
  law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who
  knowingly materially misrepresents that material or activity is infringing
  may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube
  channel.
Authorized Signature: Daniel J. Robinson

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 17, 2023 YouTube Copyright



## Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Daniel J. Robinson
- Your Full Legal Name (Aliases, usernames or initials not accepted): Daniel J. Robinson
- Your Title or Job Position (What is your authority to make this complaint?): I am the photographer and rights holder
- Address:
  - 301 West Illinois Street Apt B
  - New Baden, IL 62265
  - US
- Username: Dan Robinson
- Email Address: stormhighway@gmail.com
- Phone: 618-920-0811

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=apGMnlAA-Ls
- Describe the work allegedly infringed: My video
  - Source of video: 6NomCDOSARs
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:17:38 to 0:18:00 : https://www.youtube.com/watch?v=apGMnlAA-Ls&t=1058
    It appears in your source video: https://www.youtube.com/watch?v=6NomCDOSARs

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:

I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Daniel J. Robinson

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Nov 17, 2023 [stormhighway@gmail.com](mailto:stormhighway@gmail.com) wrote:

Video IDs: apGMnlAA-Ls

--
_____
[stormhighway.com](http://stormhighway.com)  -  [cisinternet.net](http://cisinternet.net)  -  [icyroadsafety.com](http://icyroadsafety.com)

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 11:42:20 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [IYRT5Z6UZKKH2YBEK444XIJRPM] YouTube Copyright Complaint Submission

---

(9494) Round 6 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+3ow0r1imkpb6907@google.com>
Date: Sun, Nov 19, 2023 at 7:41 AM
Subject: [IYRT5Z6UZKKH2YBEK444XIJRPM] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=N-c__MwT0aw
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Full evolution of beautiful tornado near Wray, CO on May 7, 2016
  - Source of video: ic7P9fz3yYQ
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:07:04 to 0:07:34 : https://www.youtube.com/watch?v=N-c__MwT0aw&t=424

It appears in your source video from 0:02:13 to 0:04:04.
https://www.youtube.com/watch?v=ic7P9fz3yYQ&t=133

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 18, 2023 copyright@viraldrm.com wrote:

Video IDs: N-c__MwT0aw

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** LSM Intellectual Property <ip@livestormsmedia.com>
**Sent:** 1/5/2024 11:41:57 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [I5VSABUILQCRMG4JCTRAY33W5U] Youtube Copyright Complaint Submission

---

(9494) Round 6 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0jvlg6ic1k0f407@google.com>
Date: Sat, Nov 18, 2023 at 10:19 PM
Subject: [I5VSABUILQCRMG4JCTRAY33W5U] Youtube Copyright Complaint Submission
To: <ip@livestormsmedia.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Live Storms Media
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): 210 Veazey Drive
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Live Storms Media
- Email Address: ip@livestormsmedia.com
- Phone: (256) 267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=QgFpvGJ4dcA
- Describe the work allegedly infringed: My company, organization or client's video
    - Source of video: 3Fe7UTLQx2M
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:06:26 to 0:07:21 :
      https://www.youtube.com/watch?v=QgFpvGJ4dcA&t=386
      It appears in your source video from 0:00:00 to 0:00:56 :

https://www.youtube.com/watch?v=3Fe7nrExENM&t=0

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 18, 2023 ip@livestormsmedia.com wrote:

Video IDs: QgFpvGJ4dcA

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** LSM Intellectual Property <ip@livestormsmedia.com>
**Sent:** 1/5/2024 11:46:56 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [I5CDJMAPGUTOHFXM5EPOWSTKKU] YouTube Copyright Complaint Submission

---

(9494) Round 6 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+2i64f3szpc51n07@google.com>
Date: Fri, Nov 17, 2023 at 4:08 PM
Subject: [I5CDJMAPGUTOHFXM5EPOWSTKKU] YouTube Copyright Complaint Submission
To: <ip@livestormsmedia.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Live Stomrs Media
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Live Storms Media
- Email Address: ip@livestormsmedia.com
- Phone: (256) 267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=N1mrqn8QGlQ
- Describe the work allegedly infringed: My company, organization or client's video
  - Source of video: kd6Lae_zNXc
  - Type of video: Internet video
  - Where does the content appear? The content appears in the targeted video from 0:03:13 to 0:03:32 : https://www.youtube.com/watch?v=N1mrqn8QGlQ&t=193 It appears in your source video from 0:00:03 to 0:00:17 :

https://www.youtube.com/watch?v=x46LaeL_50c&t=13

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 17, 2023 ip@livestormsmedia.com wrote:

    Video IDs: N1mrqn8QGlQ

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 11:40:53 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [FQCP5W2SPG7WO2CC5LCIMAXXJ4] YouTube Copyright Complaint Submission

(9494) Round 6 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+32ztnx3wcuaag07@google.com>
Date: Wed, Nov 8, 2023 at 6:57 AM
Subject: [FQCP5W2SPG7WO2CC5LCIMAXXJ4] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=-LmDEoggeZo
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas Town Get Ripped Apart
    - Source of video: IxdFh8nYMgM
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:05:19 to 0:05:22 : https://www.youtube.com/watch?v=-LmDEoggeZo&t=319

It appears in your source video from 0:00:01 to 0:00:09 :
https://www.youtube.com/watch?v=IxdFh8nYMgM&t=1

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=8E27S45fjAQ
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 15ft Storm Surge Washes Away Homes in Ft. Myers Beach - Hurricane Ian
  - Source of video: al8yTiCVfro
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:05:35 to 0:06:40 :
    https://www.youtube.com/watch?v=8E27S45fjAQ&t=335
    It appears in your source video from 0:00:23 to 0:01:10 :
    https://www.youtube.com/watch?v=al8yTiCVfro&t=23


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

    Video IDs: -LmDEoggeZo, 8E27S45fjAQ


--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 11:38:51 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [ELBUC7ADG6EXAOTJF6XXF5UHFE] YouTube Copyright Complaint Submission

---

(9494) Round 6 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+1zhit6og2exwa07@google.com>
Date: Wed, Nov 22, 2023 at 8:34 AM
Subject: [ELBUC7ADG6EXAOTJF6XXF5UHFE] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Authorized Agent
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=EjrbFYWYFg8
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: 03-25-2023 Rolling Fork, MS - First Light Extreme Tornado Damage *Drone*
    - Source of video: 9vQ6S81hgj4
    - Type of video: Internet video
    - Where does the content appear? The content appears in the targeted video from 0:00:45 to 0:02:52 : https://www.youtube.com/watch?v=EjrbFYWYFg8&t=45

It appears in your source video: https://www.youtube.com/watch?v=9vQ6S81hgj4

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=vcH6Rkxpm8g
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: FIRST LIGHT - EF4 Tornado destroyed Rolling Fork Mississippi.
  - Source of video: IHDoHs-N5g8
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:01:58 to 0:04:52 :
    https://www.youtube.com/watch?v=vcH6Rkxpm8g&t=118
    It appears in your source video: https://www.youtube.com/watch?v=IHDoHs-N5g8

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 21, 2023 copyright@viraldrm.com wrote:

Video IDs: EjrbFYWYFg8, vcH6Rkxpm8g

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/6/2024 8:02:06 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [AEOOGLVGYTNFEFGQD3WL5QVSHE] YouTube Copyright Complaint Submission

---

(9494) Round 6 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **Aaron Jayjack** <aaronjayjack@gmail.com>
Date: Sun, Jan 7, 2024 at 12:58 AM
Subject: Fwd: [AEOOGLVGYTNFEFGQD3WL5QVSHE] YouTube Copyright Complaint Submission
To: Copyright Management <copyright@viraldrm.com>

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+2eakxd4ufqkg907@google.com>
Date: Thu, Nov 23, 2023 at 11:01 AM
Subject: [AEOOGLVGYTNFEFGQD3WL5QVSHE] YouTube Copyright Complaint Submission
To: <aaronjayjack@gmail.com>



Hi Aaron Jayjack,

Thank you for your removal request. We've reviewed it and provided updates below.

> **Request resolved**
>
> The content listed below has been removed.
>
> Videos in question:
>
> https://www.youtube.com/watch?v=Ro19wdg7d5I
>
> ---
>
> We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Aaron James Jayjack
Your Full Legal Name (Aliases, usernames or initials not accepted): Aaron
James Jayjack
Your Title or Job Position (What is your authority to make this complaint?):
Owner
Address:
41 W Hwy 14
114
Spearfish, SD 57783
US
Username: Aaron Jayjack
Email Address: aaronjayjack@gmail.com
Phone: (512) 983 -3372

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=Ro19wdg7d5I
Describe the work allegedly infringed: My video
- Title of video: MAJOR Hurricane Idalia Makes Landfall Near Perry, Florida
  Shredding Trees and Buildings
- Source of video: VgV0cBLMgjU
- Type of video: Other
- Where does the content appear?
  The content appears in the targeted video from 0:57:48 to 0:58:06 :
  https://www.youtube.com/watch?v=Ro19wdg7d5I&t=3468
  It appears in your source video from 0:00:00 to 0:00:16 :
  https://www.youtube.com/watch?v=VgV0cBLMgjU&t=0

Country where copyright applies: US
I state UNDER PENALTY OF PERJURY that:
- I am the owner, or an agent authorized to act on behalf of the owner of an
  exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner
  complained of is not authorized by the copyright owner, its agent, or the
  law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who
  knowingly materially misrepresents that material or activity is infringing
  may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube
  channel.
Authorized Signature: Aaron James Jayjack

Help Center • Email Options

You received this email to provide information and updates around your

YouTube channel or account

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 22, 2023 YouTube Copyright



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Aaron James Jayjack
- Your Full Legal Name (Aliases, usernames or initials not accepted): Aaron James Jayjack
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
    - 41 W Hwy 14
    - 114
    - Spearfish, SD 57783
    - US
- Username: Aaron Jayjack
- Email Address: aaronjayjack@gmail.com
- Phone: (512) 983 -3372

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=Ro19wdg7d5I
- Describe the work allegedly infringed: My video
    - Source of video: VgV0cBLMgjU
    - Type of video: Other
    - Where does the content appear?
      The content appears in the targeted video from 0:57:48 to 0:58:06 :
      https://www.youtube.com/watch?v=Ro19wdg7d5I&t=3468
      It appears in your source video from 0:00:00 to 0:00:16 :
      https://www.youtube.com/watch?v=VgV0cBLMgjU&t=0

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person

who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Aaron James Jayjack

- The YouTube Team

<u>Help Center</u> • <u>Email Options</u>

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 <u>Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066</u>

On Nov 22, 2023 <u>aaronjayjack@gmail.com</u> wrote:

Video IDs: Ro19wdg7d5l

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 11:41:53 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [5QOM6QF5ZTKQMIELOECXDXXO4Q] YouTube Copyright Complaint Submission

---

(9494) Round 6 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+0r5a4xkdj9mjj07@google.com>
Date: Tue, Nov 21, 2023 at 4:09 AM
Subject: [5QOM6QF5ZTKQMIELOECXDXXO4Q] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Authorized Agent
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=QzbJK3SNjbk
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: Chasing tornadoes in the forests of Dixie Alley
    - Source of video: UYIOzNmCD6Y
    - Type of video: Internet video
    - Where does the content appear? The content appears in the targeted video from 0:03:10 to 0:03:17 : https://www.youtube.com/watch?v=QzbJK3SNjbk&t=190 It appears in your source video from 0:05:00 to 0:05:07 :

https://www.youtube.com/watch?v=QYIOJNHCdvw v8b

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 20, 2023 copyright@viraldrm.com wrote:

Video IDs: QzbJK3SNjbk

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 11:29:32 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [5LZHMAB7BSHGZEPW3P3JOQKZBA] YouTube Copyright Complaint Submission

(9494) Round 6 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+0dwqm64puiiox07@google.com>
Date: Wed, Nov 8, 2023 at 1:46 AM
Subject: [5LZHMAB7BSHGZEPW3P3JOQKZBA] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=RdPmx64g0Bo
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.
  - Source of video: https://web.facebook.com/watch?ref=search&v=63888367644 3266&external_log_id=0a6f4846-6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=1&_rdr
  - Type of video: Internet video
  - Where does the content appear?

The content appears in the targeted video from 0:11:22 to 0:11:28 :
https://www.youtube.com/watch?v=RdPmx64g0Bo&t=682
It appears in your source video: https://web.facebook.com/watch?
ref=search&v=638883676443266&external_log_id=0a6f4846-
6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=1&_rdr

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=iAGdItBg_nY
- Describe the work allegedly infringed: My company, organization or client's
  video
  - Title of video: Mammatus at Sunset (4K)
  - Source of video: CKmhcqHlabc
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:04:36 to 0:04:43 :
    https://www.youtube.com/watch?v=iAGdItBg_nY&t=276
    It appears in your source video from 0:01:01 to 0:01:08 :
    https://www.youtube.com/watch?v=CKmhcqHlabc&t=61


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner
    of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner
    complained of is not authorized by the copyright owner, its agent, or
    the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person
    who knowingly materially misrepresents that material or activity is
    infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my
    YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

　　　Video IDs: RdPmx64g0Bo, iAGdItBg_nY

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 11:41:24 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [4VCAGZ2QPP5NBIVUYP7QY7M2B4] Youtube Copyright Complaint Submission

---

(9494) Round 6 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+003q9pl57bqqj07@google.com>
Date: Fri, Nov 17, 2023 at 10:57 PM
Subject: [4VCAGZ2QPP5NBIVUYP7QY7M2B4] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7447

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=qQmpKgFurY0
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Clement Hurricane Dorian leaves Bahamas in ruins
  - Source of video: https://www.facebook.com/watch/?ref=search&v=481700142664492&external_log_id=259717b5-8b46-47bb-9934-eecaf659add3&q=Hurricane%20Dorian%20wxchasing
  - Type of video: Internet video
  - Where does the content appear?

The content appears in the targeted video from 0:00-15:00 0:00:18
https://www.youtube.com/watch?v=qQmpKgFurY0&t=15
It appears in your source video: https://www.facebook.com/watch/?
ref=search&v=481700142664492&external_log_id=259717b5-
8b46-47bb-9934-
eecaf659add3&q=Hurricane%20Dorian%20wxchasing

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 17, 2023 copyright@viraldrm.com wrote:

Video IDs: qQmpKgFurY0

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.