Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
Joel.Rothman@sriplaw.com
Matthew.rollin@sriplaw.com

Counsel for Plaintiff
Viral DRM LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIRAL DRM LLC, | CASE NO.: 3:23-cv-06261-JSC |
| Plaintiffs, | **[PROPOSED] REVISED ORDER ON PLAINTIFF'S EX PARTE MOTION FOR A SUBPOENA TO GOOGLE LLC RE: ECF 15** |
| v. | |
| JOHN DOE 1 dba 4 EVER GREEN dba @4EVERGREENYT, | |
| JOHN DOE 2 dba BUENISIMO dba @BUENISIMOCANAL, | |
| JOHN DOE 3 dba DAILYTOP10S dba @GLOBALLEAKS, | |
| JOHN DOE 4 dba DBLNEWS dba @DBLNEW, | |
| JOHN DOE 5 dba DYNAMIC DISASTER dba @DYNAMICDISASTER, | |
| JOHN DOE 6 dba FUTURE UNITY dba @FUTUREUNITY5129, | |
| JOHN DOE 7 dba LAV LUKA dba @LAVLUKA6210, | |
| JOHN DOE 8 dba MIND WAREHOUSE dba @MIND_WAREHOUSE, | |
| JOHN DOE 9 dba O CANAL DO OBSERVADOR dba @CANALDOOBSERVADOR, | |
| JOHN DOE 10 dba OTV dba @OTVODISHA, | |
| JOHN DOE 11 dba THE BEESLEYS dba @THEBEESLEYS99, | |

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | JOHN DOE 12 dba THE ULTIMATE DISCOVERY dba @ULTIMATEDISCOVERY,<br>JOHN DOE 13 dba TOP FIVES dba @TOPFIVES,<br>JOHN DOE 14 dba WEWIN ES - DESASTRES NATURALES dba @WEWINESCANAL and<br>JOHN DOE 15 dba WEWIN PT dba @WEWINBRASIL,<br><br>                    Defendants. |

This matter came before the court on Plaintiff's motion for leave pursuant to Rule 26(d)(1) to serve a subpoena to service provider Google LLC for information sufficient to identify the alleged infringers operating certain YouTube channels. Having considered the motion and supporting documentation and good cause appearing, IT IS HEREBY ORDERED THAT: Plaintiff may serve Google, via its Registered agent, and a courtesy email to its counsel in this matter, with a subpoena seeking the requested information in a form consistent with Exhibit A, with a return date of no less than two weeks after service.

**DONE AND ORDERED** in _____, California, this __ day of _____, 2024.

                                        _____
                                        UNITED STATES DISTRICT JUDGE
                                        HON. JACQUELINE SCOTT CORLEY

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

2

ORDER                                                                  CASE NO. 3:23-CV-06261-JSC