# Exhibit 1

| Channel URL | Name |
|---|---|
| https://www.youtube.com/@4EverGreenYT | 4 Ever Green |
| https://www.youtube.com/@BUENISIMOCANAL | BUENISIMO |
| https://www.youtube.com/@GlobalLeaks | DailyTop10s |
| https://www.youtube.com/@dblnew | dblnew |
| https://www.youtube.com/@dynamicdisaster | Dynamic Disaster |
| https://www.youtube.com/@futureunity5129 | Future Unity |
| https://www.youtube.com/@lavluka6210 | Lav Luka |
| https://www.youtube.com/@mind_warehouse | Mind Warehouse |
| https://www.youtube.com/@canaldoobservador | O CANAL DO OBSERVADOR |
| https://www.youtube.com/@otvodisha | OTV |
| https://www.youtube.com/@TheBeesleys99 | The Beesleys |
| https://www.youtube.com/@ultimatediscovery | The Ultimate Discovery |
| https://www.youtube.com/@topfives | Top Fives |
| https://www.youtube.com/@wewinescanal | WEWIN ES - Desastres Naturales |
| https://www.youtube.com/@wewinbrasil | WEWIN PT |