# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRAL DRM LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DOE 1 dba 4 EVER GREEN dba @4EVERGREENYT,<br>JOHN DOE 2 dba BUENISIMO dba @BUENISIMOCANAL,<br>JOHN DOE 3 dba DAILYTOP10S dba @GLOBALLEAKS,<br>JOHN DOE 4 dba DBLNEWS dba @DBLNEW,<br>JOHN DOE 5 dba DYNAMIC DISASTER dba @DYNAMICDISASTER,<br>JOHN DOE 6 dba FUTURE UNITY dba @FUTUREUNITY5129,<br>JOHN DOE 7 dba LAV LUKA dba @LAVLUKA6210,<br>JOHN DOE 8 dba MIND WAREHOUSE dba @MIND_WAREHOUSE,<br>JOHN DOE 9 dba O CANAL DO OBSERVADOR dba @CANALDOOBSERVADOR,<br>JOHN DOE 10 dba OTV dba @OTVODISHA,<br>JOHN DOE 11 dba THE BEESLEYS dba @THEBEESLEYS99,<br>JOHN DOE 12 dba THE ULTIMATE DISCOVERY dba @ULTIMATEDISCOVERY,<br>JOHN DOE 13 dba TOP FIVES dba @TOPFIVES, | CASE NO.: 3:23-cv-06261-JSC<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S EX PARTE MOTION FOR A SUBPOENA TO GOOGLE LLC** |

1  JOHN DOE 14 dba WEWIN ES -
   DESASTRES NATURALES dba
2  @WEWINESCANAL and
3  JOHN DOE 15 dba WEWIN PT dba
   @WEWINBRASIL,
4
5           Defendants.

6
7      This matter came before the court on Plaintiff's motion for leave pursuant to Rule 26(d)(1)
8  to serve a subpoena to service provider Google LLC for information sufficient to identify the alleged
9  infringers operating certain YouTube channels. Having considered the motion and supporting
10 documentation and good cause appearing, IT IS HEREBY ORDERED THAT: Plaintiff may serve
11 Google, via its Registered agent, and a courtesy email to its counsel in this matter, with a subpoena
12 seeking the requested information in a form consistent with Exhibit 1, with a return date of no less
13 than two weeks after service.
14
15      **DONE AND ORDERED** in  San Francisco , California, this  14  day of  March  2024.
16      _____
        UNITED STATES DISTRICT JUDGE
17      HON. JACQUELINE SCOTT CORLEY

2

ORDER                                           CASE NO. 3:23-cv-06261-JSC