Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Client*
*Viral DRM LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRAL DRM LLC, | CASE NO.: 3:23-CV-06261-JSC |
| Plaintiff, | **ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| JOHN DOE 1 dba 4 EVER GREEN dba @4EVERGREENYT, et al., | The Honorable Jacqueline Scott Corley |
| Defendants. | Original Date: Thursday, March 28, 2024<br>Time: 1:30 P.M. |

Plaintiff VIRAL DRM LLC ("Viral DRM") by and through its undersigned counsel, hereby moves this Court to continue the initial Case Management Conference and Extend the Time to File the Joint Rule 26(f) Report.

1. The Case Management Conference is currently scheduled for March 28, 2024, at 1:30 P.M. and the deadline to file the Joint Rule 26(f) Report is March 21, 2024.

2. On March 13, 2024, Viral DRM filed its *Ex Parte* Motion for Subpoena to Google LLC at ECF 21. This Court granted the Motion on March 14, 2024 (ECF 22).

3. The Subpoena to Google LLC was served on March 15, 2024, thereby setting a deadline for Google LLC to respond to Viral DRM's subpoena not before March 29, 2024.

4. As of today, none of the defendants' identities have been identified, and none of the defendants have appeared in this matter.

5. Plaintiff requests that the initial Case Management Conference be continued from March 28, 2024 at 1:30 P.M. to a date that the Court deems is proper, to allow for Google LLC to serve its response to Viral DRM's subpoena, and to allow Plaintiff to determine the identities of the defendants.

6. This is the Plaintiff's first request to continue the Case Management Conference, and is not made for delay.

7. The proposed continuance will neither prejudice the Court or the parties.

8. Viral DRM respectfully requests to continue the Case Management Conference from March 28, 2024 to a date thereafter, and extend the deadline to file the Joint Rule 26(f) Report.

9. Alternatively, Viral DRM requests that the Court vacate the Case Management Conference and Joint 26(f) Report Deadline and instead sets a Status Conference on May 2, 2024, which aligns with several other Viral DRM matters pending before the Court.

10. Plaintiff believes that by May 2, 2024, it will have received subpoena responses from Google, dismissed improperly joined Defendants and have filed an Amended Complaint against a single Defendant in this matter.

11. Alternatively, instead of filing a Joint 26(f) Report on April 25, Plaintiff will file a Notice to the Court detailing the steps taken regarding the information received from Google.

DATED: March 21, 2024                    Respectfully submitted,

*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN
**SRIPLAW, P.A.**
*Counsel for Plaintiff Viral DRM LLC*