UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRAL DRM LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JOHN DOE 1 dba EVER GREEN dba @4EVERGREENYT, et al.,<br><br>　　　　　　Defendants. | CASE NO.:  3:23-cv-06261-JSC<br><br>**[proposed] ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

Before the Court is VIRAL DRM LLC's Administrative Motion to Continue Initial Case Management Conference.  The court, having considered the Motion and having found good cause, therefore hereby **ORDERS** that the motion is **GRANTED.**  The initial case management conference is hereby continued to _____, 2024 and the parties Case Management Report is due _____, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE JACQUELINE SCOTT CORLEY

1

PROPOSED ORDER                                                                                                           3:23-CV-06261-JSC