UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRAL DRM LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE 1 dba EVER GREEN dba @4EVERGREENYT, et al., <br><br> Defendants. | CASE NO.:  3:23-cv-06261-JSC <br><br> [proposed] **ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

Before the Court is VIRAL DRM LLC's Administrative Motion to Continue Initial Case Management Conference.  The court, having considered the Motion and having found good cause, therefore hereby **ORDERS** that the motion is **GRANTED.**  The initial case management conference is hereby continued to __May 2__, 2024 and the parties Case Management Report is due __April 25__, 2024.

Dated: March 22, 2024

_____
UNITED STATES DISTRICT JUDGE
HONORABLE JACQUELINE SCOTT CORLEY