Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Viral DRM LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VIRAL DRM LLC, | CASE NO.: 3:23-cv-06261-JSC |
| Plaintiff, | **STATUS REPORT UPDATING THE COURT ON PLAINTIFF'S INTENT** |
| v. | |
| YOUTUBE UPLOADERS LISTED ON SCHEDULE A, | |
| Defendants. | |

Plaintiff VIRAL DRM LLC, ("Viral DRM"), by and through its undersigned counsel, hereby files this Status Report, and states as follows:

1. Viral DRM filed its Complaint on December 4, 2023 at ECF 1.

2. On December 21, 2023, Viral DRM filed its *Ex Parte* Motion for Subpoena to Google, LLC (ECF 15).

3. On December 22, 2023, this Court issued its Order re: Administrative Motion for Subpoena to Google, directing Viral DRM to file a Supplemental Brief addressing the issues noted in the Order (ECF 16).

4. Viral DRM filed its Supplemental Brief on January 8, 2024 (ECF 18) and subsequently filed its Revised Order on Plaintiff's *Ex Parte* Motion for Subpoena to Google, LLC (ECF 19), dated January 16, 2024.

5. On February 27, 2024, in the '5977 matter, Viral DRM filed its Notice Updating the Court on Plaintiff's Intent (ECF 17), and on February 29, 2024, this Court entered its Order re: Administrative Motions to Issue Subpoenas to Google, directing Viral DRM to file a proposed order attaching the proposed Subpoena to Google (ECF 18).

6. Viral DRM complied with this Court's Order (ECF 18) in the '5977 matter, and filed its proposed Order for a Subpoena to Google LLC on March 13, 2024 at ECF 21, which this Court granted on March 14, 2024 at ECF 22.

7. There is an Initial Case Management Conference scheduled for May 2, 2024 and a deadline to file the Case Management Report by April 25, 2024 (ECF 24, dated March 22, 2024).

8. On April 23, 2024, Plaintiff received a response to its Subpoena served on google on March 15, 2024. The information contains the identifying information for the channels listed in the Complaint.

9. Plaintiff is currently going through the information received from Google. Plaintiff plans to file an amended complaint against a single Defendant. Plaintiff will simultaneously file a dismissal without prejudice to all other parties named in the Complaint.

10. At this time, Plaintiff is unable to file a Case Management Report as no Defendant(s) have been served in this matter. After Plaintiff files the amended Complaint and dismissal without prejudice, Plaintiff will prepare a motion for alternative service to serve the Defendant named in the amended Complaint.

DATED: April 25, 2024                    Respectfully submitted,

*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN
**SRIPLAW, P.A.**
*Counsel for Plaintiff Viral DRM LLC*