# Exhibit 1



| YT Channel | Emails | First Name | Last Name | Phone Number | Addresss |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| https://www.youtube.com/@topfives | partner_adops@broadbandtv.ca | Shahrzad | Rafati (BroadbandTV Corp) | 1-604-647-2288 | 1205 Melville Street, Vancouver, BC V6E 0A6 |
| | | | | | |
| | | | | | |
| | | | | | |