# Exhibit 2

| Channel Name | Channel Link | Number of Subscribers | Number of Videos | Total Number of Views | Link to Infringement | Registration Status | Link to Original Work | Author |
|---|---|---|---|---|---|---|---|---|
| Top Fives | https://www.youtube.com/@topfives | 2.9M | 1,909 | 1.2B | https://www.youtube.com/watch?v=qQmpKgFurY0 | PA 2-214-139 | https://www.facebook.com/watch/?ref=search&v=481700142664492&external_log_id=259717b5-8b46-47bb-9934-eecaf659add3&q=Hurricane%20Dorian%20wxchasing | Brandon Clement |
| Top Fives | https://www.youtube.com/@topfives | 2.9M | 1,909 | 1.2B | https://www.youtube.com/watch?v=QzbJK3SNjbk | Not Registered | https://www.youtube.com/watch?v=UYlOzNmCD6Y | Jonathan Carruthers |
| Top Fives | https://www.youtube.com/@topfives | 2.9M | 1,909 | 1.2B | https://www.youtube.com/watch?v=7neof87WptY | Not Registered | https://www.youtube.com/watch?v=exmk58NHsQ8 | Mike Theiss |
| Top Fives | https://www.youtube.com/@topfives | 2.9M | 1,909 | 1.2B | https://www.youtube.com/watch?v=kipmNIK6uV8 | Not Registered | https://www.youtube.com/watch?v=E-8F5Jo8zSQ | Pecos Hank (Hank Schyma) |
| Top Fives | https://www.youtube.com/@topfives | 2.9M | 1,909 | 1.2B | https://www.youtube.com/watch?v=ElMWMNHf0rY | Not Registered | https://www.youtube.com/watch?v=GoaHmuhq5x8 | Adrien Mauduit |
| Top Fives | https://www.youtube.com/@topfives | 2.9M | 1,909 | 1.2B | https://www.youtube.com/watch?v=zqdy_l4-zno | Not Registered | https://www.youtube.com/watch?v=66Yte03B3Lo | Chris Tangey |
| Top Fives | https://www.youtube.com/@topfives | 2.9M | 1,909 | 1.2B | https://www.youtube.com/watch?v=7qut_P6S1Xk | Not Registered | https://www.youtube.com/watch?v=66Yte03B3Lo | Chris Tangey |
| Top Fives | https://www.youtube.com/@topfives | 2.9M | 1,909 | 1.2B | https://www.youtube.com/watch?v=lYRqm0FXTug | Not Registered | https://www.youtube.com/watch?v=66Yte03B3Lo | Chris Tangey |