# Exhibit 3

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

# PA 2-214-139

**Effective Date of Registration:**
September 25, 2019
**Registration Decision Date:**
November 29, 2019

## Title

**Title of Work:** Brandon Clement Hurricane Dorian Aftermath Abacos Islands, Bahamas Helicopter

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** September 03, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Michael Brandon Clement
  **Author Created:** entire motion picture
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Michael Brandon Clement
1315 Carroll Dr, Terry, MS, 39170, United States

## Rights and Permissions

**Name:** Michael Brandon Clement
**Email:** bclemms@gmail.com
**Telephone:** (601)260-3170
**Address:** 1315 Carroll Dr
Terry, MS 39170 United States

## Certification

Page 1 of 2