# Exhibit

# 4

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 11:41:24 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [4VCAGZ2QPP5NBIVUYP7QY7M2B4] YouTube Copyright Complaint Submission

---

(9494) Round 6 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+003q9pl57bqqj07@google.com>
Date: Fri, Nov 17, 2023 at 10:57 PM
Subject: [4VCAGZ2QPP5NBIVUYP7QY7M2B4] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=qQmpKgFurY0
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Clement Hurricane Dorian leaves Bahamas in ruins
  - Source of video: https://www.facebook.com/watch/?ref=search&v=481700142664492&external_log_id=259717b5-8b46-47bb-9934-eecaf659add3&q=Hurricane%20Dorian%20wxchasing
  - Type of video: Internet video
  - Where does the content appear?

The content appears in the targeted video from 0:00:56 to 0:00:18 :
https://www.youtube.com/watch?v=qQmpKgFurY0&t=15
It appears in your source video: https://www.facebook.com/watch/?
ref=search&v=481700142664492&external_log_id=259717b5-
8b46-47bb-9934-
eecaf659add3&q=Hurricane%20Dorian%20wxchasing

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 17, 2023 copyright@viraldrm.com wrote:

Video IDs: qQmpKgFurY0

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 11:41:53 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [5QOM6QF5ZTKQMIELOECXDXXO4Q] YouTube Copyright Complaint Submission

---

(9494) Round 6 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0r5a4xkdj9mjj07@google.com>
Date: Tue, Nov 21, 2023 at 4:09 AM
Subject: [5QOM6QF5ZTKQMIELOECXDXXO4Q] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Authorized Agent
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=QzbJK3SNjbk
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: Chasing tornadoes in the forests of Dixie Alley
    - Source of video: UYIOzNmCD6Y
    - Type of video: Internet video
    - Where does the content appear? The content appears in the targeted video from 0:03:10 to 0:03:17 : https://www.youtube.com/watch?v=QzbJK3SNjbk&t=190 It appears in your source video from 0:05:00 to 0:05:07 :

https://www.youtube.com/watch?v=U-4OzkrhGBw&ab_channel

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 20, 2023 copyright@viraldrm.com wrote:

Video IDs: QzbJK3SNjbk

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/6/2024 12:19:35 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: FW: [E2IMAUW4B77E5HUGM55WWS3FYA] YouTube Copyright Complaint Submission

---

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **Mike Theiss** <mike@ultimatechase.com>
Date: Sun, Jan 7, 2024 at 4:36 AM
Subject: FW: [E2IMAUW4B77E5HUGM55WWS3FYA] YouTube Copyright Complaint Submission
To: Copyright Management <copyright@viraldrm.com>

Here is a later email confirming both videos have been removed. Thanks !

---

**From:** YouTube Copyright <youtube-disputes+2txgesm6ti4xr07@google.com>
**Reply-To:** YouTube Copyright <youtube-disputes+2txgesm6ti4xr07@google.com>
**Date:** Monday, December 11, 2023 at 11:20 AM
**To:** Mike Theiss <mike@ultimatechase.com>
**Subject:** [E2IMAUW4B77E5HUGM55WWS3FYA] YouTube Copyright Complaint Submission

Image removed by sender.

Hi Ultimate Chase,

Thank you for your response. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=31Y-d3sn8BA

https://www.youtube.com/watch?v=7neof87WptY

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Michael Theiss
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Theiss
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:

  - PO Box 370233
  - Key Largo, Florida 33037
  - US

- Username: Ultimate Chase
- Email Address: mike@ultimatechase.com
- Phone: 3053946000


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=31Y-d3sn8BA
- Describe the work allegedly infringed: My video

  - Title of video: Hurricane Charley (Part 2) Extreme Eyewall Category 5 Wind Gust !
  - Source of video: unV5KcSrY-I
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:10:57 to 0:11:08 :
    https://www.youtube.com/watch?v=31Y-d3sn8BA&t=657
    It appears in your source video from 0:00:47 to 0:01:10 :
    https://www.youtube.com/watch?v=unV5KcSrY-I&t=47


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=7neof87WptY
- Describe the work allegedly infringed: My video

  - Title of video: Hurricane Lili Storm Surge Flooding Video - Cocodrie, Louisiana
  - Source of video: exmk58NHsQ8
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:11:20 to 0:11:25 :
    https://www.youtube.com/watch?v=7neof87WptY&t=680
    It appears in your source video from 0:00:20 to 0:00:25 :
    https://www.youtube.com/watch?v=exmk58NHsQ8&t=20

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:

  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.

- Authorized Signature: Michael Theiss

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 16, 2023 YouTube Copyright

Image removed by sender.

Hi Ultimate Chase,

Thank you for your removal request.

We've removed some of the videos in your notification. Please read the entire email carefully for a complete update of each video's status.

Under review

We need more time to review the information you provided for the video(s) below. We'll get back to you once we've completed our review.

Videos in question:

https://www.youtube.com/watch?v=7neof87WptY

☐ Video (Internet video)

Title of your video: Hurricane Lili Storm Surge Flooding Video - Cocodrie, Louisiana

Content found in: 0:11:20 to 0:11:25

Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=31Y-d3sn8BA

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Michael Theiss
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Theiss
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:

  - PO Box 370233
  - Key Largo, Florida 33037
  - US

- Username: Ultimate Chase
- Email Address: mike@ultimatechase.com
- Phone: 3053946000


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=31Y-d3sn8BA
- Describe the work allegedly infringed: My video

  - Title of video: Hurricane Charley (Part 2) Extreme Eyewall Category 5 Wind Gust !
  - Source of video: unV5KcSrY-I
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:10:57 to 0:11:08 :
    https://www.youtube.com/watch?v=31Y-d3sn8BA&t=657
    It appears in your source video from 0:00:47 to 0:01:10 :
    https://www.youtube.com/watch?v=unV5KcSrY-I&t=47


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=7neof87WptY
- Describe the work allegedly infringed: My video

  - Title of video: Hurricane Lili Storm Surge Flooding Video - Cocodrie,

- ○ Source of video: exmk58NHsQ8
- ○ Type of video: Internet video
- ○ Where does the content appear?
  The content appears in the targeted video from 0:11:20 to 0:11:25 :
  https://www.youtube.com/watch?v=7neof87WptY&t=680
  It appears in your source video from 0:00:20 to 0:00:25 :
  https://www.youtube.com/watch?v=exmk58NHsQ8&t=20

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:

  - ○ I am the owner, or an agent authorized to act on behalf of the owner
    of an exclusive right that is allegedly infringed.
  - ○ I have a good faith belief that the use of the material in the manner
    complained of is not authorized by the copyright owner, its agent, or
    the law; and
  - ○ This notification is accurate.
  - ○ I acknowledge that under Section 512(f) of the DMCA any person
    who knowingly materially misrepresents that material or activity is
    infringing may be subject to liability for damages.
  - ○ I understand that abuse of this tool will result in termination of my
    YouTube channel.

- Authorized Signature: Michael Theiss

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 15, 2023 YouTube Copyright

Image removed by sender.

## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and
includes all required elements. We will reply to this email when we've taken
action on your request. You can also check on the status of your takedown
request in the 'Removal requests' tab which is found in the Copyright section of
your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Michael Theiss
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Theiss
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:

    - PO Box 370233
    - Key Largo, Florida 33037
    - US

- Username: Ultimate Chase
- Email Address: mike@ultimatechase.com
- Phone: 3053946000


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=31Y-d3sn8BA
- Describe the work allegedly infringed: My video

    - Source of video: unV5KcSrY-I
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:10:57 to 0:11:08 : https://www.youtube.com/watch?v=31Y-d3sn8BA&t=657
      It appears in your source video from 0:00:47 to 0:01:10 : https://www.youtube.com/watch?v=unV5KcSrY-I&t=47


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=7neof87WptY
- Describe the work allegedly infringed: My video

    - Source of video: exmk58NHsQ8
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:11:20 to 0:11:25 : https://www.youtube.com/watch?v=7neof87WptY&t=680
      It appears in your source video from 0:00:20 to 0:00:25 : https://www.youtube.com/watch?v=exmk58NHsQ8&t=20


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:

    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my YouTube channel.

- Authorized Signature: Michael Theiss

The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 15, 2023 mike@ultimatechase.com wrote:

Video IDs: 31Y-d3sn8BA, 7neof87WptY

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:**  Copyright Management <copyright@viraldrm.com>
**Sent:**  11/16/2023 11:44:53 PM
**To:**  Viral DRM <viraldrm@sriplaw.com>
**Subject:**  Fwd: [KGJSMVSUQCTC44GCWQlV2RQE7M] YouTube Copyright Complaint Submission

---

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+28iozajmgvt4807@google.com>
Date: Tue, Nov 14, 2023 at 6:03 AM
Subject: Re: [KGJSMVSUQCTC44GCWQlV2RQE7M] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>

Hello,

The content listed below has been removed:

https://www.youtube.com/watch?v=ElMWMNHf0rY

https://www.youtube.com/watch?v=kipmNlK6uV8

Sincerely,
The YouTube Team

On November 11, 2023 copyright@viraldrm.com wrote:

> Hello,
> For this link: Adrien Mauduit is the copyright owner - https://www.youtube.com/watch?v=ElMWMNHf0rY
> For this link: Hank Schyma is the copyright owner - https://www.youtube.com/watch?v=kipmNlK6uV8
>
> Attached are the agreements stating we are authorized to manage the rights for their videos.
> Thank you,
>
> On Wed, Nov 8, 2023 at 8:08 AM YouTube Copyright <youtube-disputes+28iozajmgvt4807@google.com> wrote:



Hi Copyright Management,

Thank you for your removal request. We've reviewed your request and need some more information from you before we can proceed. Please read the entire email carefully for a complete update of each video's status.

| **Need more info** | Action<br>needed |
| --- | --- |
| In order to remove the content in question, we must confirm that you are the copyright owner or the copyright owner's authorized representative. If you are acting as an authorized representative, please let us know. For each | |

URL, please identify the copyright owner you are representing.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Viral DRM
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
Your Title or Job Position (What is your authority to make this complaint?): Dighital Rights Manager
Address:
210 Veazey Drive
Childersburg, AL 35044
US
Username: Copyright Management
Email Address: copyright@viraldrm.com
Phone: 256-267-7747

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=ElMWMNHf0rY
Describe the work allegedly infringed: My company, organization or client's video
- Title of video: POLAR STRATOSPHERIC CLOUDS (nacreous clouds) TIMELAPSE - Senja 2020
- Source of video: GoaHmuhq5x8
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 0:16:24 to 0:16:31 :
  https://www.youtube.com/watch?v=ElMWMNHf0rY&t=984
  It appears in your source video from 0:00:18 to 0:00:26 :
  https://www.youtube.com/watch?v=GoaHmuhq5x8&t=18

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=kipmNlK6uV8
Describe the work allegedly infringed: My company, organization or client's video
- Title of video: DAY OF THE TWINS - Tornado terror in Nebraska
- Source of video: E-8F5Jo8zSQ

- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 0:11:48 to 0:12:46 :
  https://www.youtube.com/watch?v=kipmNlK6uV8&t=708
  It appears in your source video from 0:07:40 to 0:07:48 :
  https://www.youtube.com/watch?v=E-8F5Jo8zSQ&t=460

Country where copyright applies: US
I state UNDER PENALTY OF PERJURY that:
- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 YouTube Copyright

YouTube

## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted):

Michael Clement

- Your Title or Job Position (What is your authority to make this complaint?): Dighital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=ElMWMNHf0rY
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: POLAR STRATOSPHERIC CLOUDS (nacreous clouds) TIMELAPSE - Senja 2020
  - Source of video: GoaHmuhq5x8
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:16:24 to 0:16:31 : https://www.youtube.com/watch?v=ElMWMNHf0rY&t=984
    It appears in your source video from 0:00:18 to 0:00:26 : https://www.youtube.com/watch?v=GoaHmuhq5x8&t=18

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=kipmNlK6uV8
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: DAY OF THE TWINS - Tornado terror in Nebraska
  - Source of video: E-8F5Jo8zSQ
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:11:48 to 0:12:46 : https://www.youtube.com/watch?v=kipmNlK6uV8&t=708
    It appears in your source video from 0:07:40 to 0:07:48 : https://www.youtube.com/watch?v=E-8F5Jo8zSQ&t=460

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: EIMWMNHf0rY, kipmNlK6uV8

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 2:56:05 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [KGJSMVSUQCTC44GCWQlV2RQE7M] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+28iozajmgvt4807@google.com>
Date: Tue, Nov 7, 2023 at 9:12 PM
Subject: [KGJSMVSUQCTC44GCWQlV2RQE7M] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Dighital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=EIMWMNHf0rY
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: POLAR STRATOSPHERIC CLOUDS (nacreous clouds) TIMELAPSE - Senja 2020
  - Source of video: GoaHmuhq5x8
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:16:24 to 0:16:31 :
    https://www.youtube.com/watch?v=EIMWMNHf0rY&t=984

It appears in your source video from 0:00:18 to 0:00:26 :
https://www.youtube.com/watch?v=GoaHmuhq5x8&t=18

- URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=kipmNlK6uV8
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: DAY OF THE TWINS - Tornado terror in Nebraska
  - Source of video: E-8F5Jo8zSQ
  - Type of video: Internet video
  - Where does the content appear?
  The content appears in the targeted video from 0:11:48 to 0:12:46 :
  https://www.youtube.com/watch?v=kipmNlK6uV8&t=708
  It appears in your source video from 0:07:40 to 0:07:48 :
  https://www.youtube.com/watch?v=E-8F5Jo8zSQ&t=460


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

    Video IDs: ElMWMNHf0rY, kipmNlK6uV8

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 7:06:51 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [TPNTSL2M47OAYYIP7ZQF36BRUE] YouTube Copyright Complaint Submission

**FOR BRIEF OF EVIDENCE**

ACTIONED
https://www.youtube.com/watch?v=9SNHCK7Y8Ys
https://www.youtube.com/watch?v=RWeyptLa7rw
https://www.youtube.com/watch?v=UOtl-hN0aA4
https://www.youtube.com/watch?v=oN1V5Em7oMY
https://www.youtube.com/watch?v=yAawuXlojq8

AWAITING ACTION
https://www.youtube.com/watch?v=ZilEyASatyw
https://www.youtube.com/watch?v=zqdy_l4-zno

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0az39ybu6uh9y07@google.com>
Date: Wed, Nov 15, 2023 at 12:04 PM
Subject: [TPNTSL2M47OAYYIP7ZQF36BRUE] YouTube Copyright Complaint Submission
To: <news@newsmedia.net.au>
Cc: <copyright@viraldrm.com>



Hi News Media Network,

Thank you for your removal request.

We've removed some of the videos in your notification. Please read the entire email carefully for a complete update of each video's status.

> **Under review**
>
> We need more time to review the information you provided for the video(s) below. We'll get back to you once we've completed our review.
>
> Videos in question:
>
> https://www.youtube.com/watch?v=ZilEyASatyw
>
> ⬚ Video (Internet video)
>
> Title of your video: "Firenado" Australia in HD- at actual speed.
>
> Content found in: 0:04:43 to 0:04:53

https://www.youtube.com/watch?v=zqdy_l4-zno

🎞 Video (Internet video)

Title of your video: "Firenado" Australia in HD- at actual speed.

Content found in: 0:03:31 to 0:03:48

---

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=9SNHCK7Y8Ys

https://www.youtube.com/watch?v=RWeyptLa7rw

https://www.youtube.com/watch?v=UOtl-hN0aA4

https://www.youtube.com/watch?v=oN1V5Em7oMY

https://www.youtube.com/watch?v=yAawuXlojq8

---

The video(s) listed below have already been removed. Because the content is unavailable, we are unable to take action on them.

Videos in question:

https://www.youtube.com/watch?v=ohJZUhUGRQM

---

We use a combination of automated systems and human reviews to process removal requests.

---

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

---

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Chris Tangey / News Media Network / Viral DRM
Your Full Legal Name (Aliases, usernames or initials not accepted): Daniel

Your Title or Job Position (What is your authority to make this complaint?):
Rights Manager
Address:
PO Box 162
Vaucluse, NSW 2030
AU
Username: News Media Network
Email Address: news@newsmedia.net.au
Secondary Email Address: copyright@viraldrm.com
Phone: 0407 890 009

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=9SNHCK7Y8Ys
Describe the work allegedly infringed: My company, organization or client's
video

- Title of video: "Firenado" Australia in HD- at actual speed.
- Source of video: 66Yte03B3Lo
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 0:00:14 to 0:00:23 :
  https://www.youtube.com/watch?v=9SNHCK7Y8Ys&t=14
  It appears in your source video from 0:02:05 to 0:02:14 :
  https://www.youtube.com/watch?v=66Yte03B3Lo&t=125

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=RWeyptLa7rw
Describe the work allegedly infringed: My company, organization or client's
video

- Title of video: "Firenado" Australia in HD- at actual speed.
- Source of video: 66Yte03B3Lo
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 0:06:02 to 0:06:07 :
  https://www.youtube.com/watch?v=RWeyptLa7rw&t=362
  It appears in your source video from 0:01:04 to 0:01:06 :
  https://www.youtube.com/watch?v=66Yte03B3Lo&t=64

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=UOtl-hN0aA4
Describe the work allegedly infringed: My company, organization or client's
video

- Title of video: "Firenado" Australia in HD- at actual speed.
- Source of video: 66Yte03B3Lo
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 0:07:00 to 0:07:03 :
  https://www.youtube.com/watch?v=UOtl-hN0aA4&t=420
  It appears in your source video from 0:02:32 to 0:02:34 :

https://www.youtube.com/watch?v=66Yte03B3Lo&t=153

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=ZlEyASatyw
Describe the work allegedly infringed: My company, organization or client's video

- Title of video: "Firenado" Australia in HD- at actual speed.
- Source of video: 66Yte03B3Lo
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 0:04:43 to 0:04:53 :
  https://www.youtube.com/watch?v=ZlEyASatyw&t=283
  It appears in your source video from 0:00:00 to 0:01:00 :
  https://www.youtube.com/watch?v=66Yte03B3Lo&t=0

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=oN1V5Em7oMY
Describe the work allegedly infringed: My company, organization or client's video

- Title of video: "Firenado" Australia in HD- at actual speed.
- Source of video: 66Yte03B3Lo
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 0:01:48 to 0:01:53 :
  https://www.youtube.com/watch?v=oN1V5Em7oMY&t=108
  It appears in your source video from 0:01:04 to 0:01:10 :
  https://www.youtube.com/watch?v=66Yte03B3Lo&t=64

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=ohJZUhUGRQM
Describe the work allegedly infringed: My company, organization or client's video

- Title of video: "Firenado" Australia in HD- at actual speed.
- Source of video: 66Yte03B3Lo
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 0:09:29 to 0:09:45 :
  https://www.youtube.com/watch?v=ohJZUhUGRQM&t=569
  It appears in your source video from 0:02:33 to 0:02:50 :
  https://www.youtube.com/watch?v=66Yte03B3Lo&t=153

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=yAawuXlojq8
Describe the work allegedly infringed: My company, organization or client's video

- Title of video: "Firenado" Australia in HD- at actual speed.
- Source of video: 66Yte03B3Lo
- Type of video: Internet video
- Where does the content appear?

The content appears in the targeted video from 0:10:13 to 0:10:14 :
https://www.youtube.com/watch?v=yAawuXIojq8&t=613
It appears in your source video from 0:00:48 to 0:00:49 :
https://www.youtube.com/watch?v=66Yte03B3Lo&t=48

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=zqdy_l4-zno
Describe the work allegedly infringed: My company, organization or client's
video
- Title of video: "Firenado" Australia in HD- at actual speed.
- Source of video: 66Yte03B3Lo
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 0:03:31 to 0:03:48 :
  https://www.youtube.com/watch?v=zqdy_l4-zno&t=211
  It appears in your source video from 0:02:25 to 0:02:40 :
  https://www.youtube.com/watch?v=66Yte03B3Lo&t=145

Country where copyright applies: AU
I, in good faith state that:
- I am the owner, or an agent authorized to act on behalf of the owner of an
  exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner
  complained of is not authorized by the copyright owner, its agent, or the
  law; and
- This notification is accurate.
- I acknowledge that there may be adverse legal consequences for making
  false or bad faith allegations of copyright infringement by using this
  process.
- I understand that abuse of this tool will result in termination of my YouTube
  channel.
Authorized Signature: Daniel Shaw

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 YouTube Copyright

▶ YouTube

# Copyright Infringement Notification

# Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Chris Tangey / News Media Network / Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Daniel Shaw
- Your Title or Job Position (What is your authority to make this complaint?): Rights Manager
- Address:
  - PO Box 162
  - Vaucluse, NSW 2030
  - AU
- Username: News Media Network
- Email Address: news@newsmedia.net.au
- Secondary Email Address: copyright@viraldrm.com
- Phone: 0407 890 009

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=9SNHCK7Y8Ys
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: "Firenado" Australia in HD- at actual speed
  - Source of video: 66Yte03B3Lo
  - Type of video: Internet video
  - Where does the content appear? The content appears in the targeted video from 0:00:14 to 0:00:23 : https://www.youtube.com/watch?v=9SNHCK7Y8Ys&t=14 It appears in your source video from 0:02:05 to 0:02:14 : https://www.youtube.com/watch?v=66Yte03B3Lo&t=125

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=RWeyptLa7rw
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: "Firenado" Australia in HD- at actual speed
  - Source of video: 66Yte03B3Lo
  - Type of video: Internet video
  - Where does the content appear? The content appears in the targeted video from 0:06:02 to 0:06:07 : https://www.youtube.com/watch?v=RWeyptLa7rw&t=362 It appears in your source video from 0:01:04 to 0:01:06 : https://www.youtube.com/watch?v=66Yte03B3Lo&t=64

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=UOtl-hN0aA4
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: "Firenado" Australia in HD- at actual speed
  - Source of video: 66Yte03B3Lo
  - Type of video: Internet video
  - Where does the content appear? The content appears in the targeted video from 0:07:00 to 0:07:03 : https://www.youtube.com/watch?v=UOtl-hN0aA4&t=420

It appears in your source video from 0:02:32 to 0:02:41 :
https://www.youtube.com/watch?v=66Yte03B3Lo&t=152

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=ZilEyASatyw
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: "Firenado" Australia in HD- at actual speed.
  - Source of video: 66Yte03B3Lo
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:04:43 to 0:04:53 :
    https://www.youtube.com/watch?v=ZilEyASatyw&t=283
    It appears in your source video from 0:00:00 to 0:01:00 :
    https://www.youtube.com/watch?v=66Yte03B3Lo&t=0

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=oN1V5Em7oMY
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: "Firenado" Australia in HD- at actual speed
  - Source of video: 66Yte03B3Lo
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:01:48 to 0:01:53 :
    https://www.youtube.com/watch?v=oN1V5Em7oMY&t=108
    It appears in your source video from 0:01:04 to 0:01:10 :
    https://www.youtube.com/watch?v=66Yte03B3Lo&t=64

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=ohJZUhUGRQM
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: "Firenado" Australia in HD- at actual speed
  - Source of video: 66Yte03B3Lo
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:09:29 to 0:09:45 :
    https://www.youtube.com/watch?v=ohJZUhUGRQM&t=569
    It appears in your source video from 0:02:33 to 0:02:50 :
    https://www.youtube.com/watch?v=66Yte03B3Lo&t=153

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=yAawuXIojq8
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: "Firenado" Australia in HD- at actual speed
  - Source of video: 66Yte03B3Lo
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:10:13 to 0:10:14 :
    https://www.youtube.com/watch?v=yAawuXIojq8&t=613
    It appears in your source video from 0:00:48 to 0:00:49 :
    https://www.youtube.com/watch?v=66Yte03B3Lo&t=48

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=zqdy_I4-zno
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: "Firenado" Australia in HD- at actual speed
  - Source of video: 66Yte03B3Lo

Type of video: Internet Video
○ Where does the content appear?
The content appears in the targeted video from 0:03:31 to 0:03:48 :
https://www.youtube.com/watch?v=zqdy_l4-zno&t=211
It appears in your source video from 0:02:25 to 0:02:40 :
https://www.youtube.com/watch?v=66Yte03B3Lo&t=145

- Country where copyright applies: AU
- I, in good faith state that:
  ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  ○ This notification is accurate.
  ○ I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  ○ I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Daniel Shaw

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 news@newsmedia.net.au wrote:

Video IDs: 9SNHCK7Y8Ys, RWeyptLa7rw, UOtl-hN0aA4, ZilEyASatyw, oN1V5Em7oMY, ohJZUhUGRQM, yAawuXlojq8, zqdy_l4-zno

**From:**   Daniel Shaw <news@newsmedia.net.au>
**Sent:**   12/23/2023 12:16:22 AM
**To:**   Viral DRM <viraldrm@sriplaw.com>
**Subject:**   FW: [C3EA5E3VTYOYAFPUR6F4FBFKMY] YouTube Copyright Complaint Submission

ROUND 7 – TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

**From:** YouTube Copyright <youtube-disputes+31s9iev1if9o207@google.com>
**Sent:** Wednesday, 20 December 2023 9:30 AM
**To:** news@newsmedia.net.au
**Subject:** [C3EA5E3VTYOYAFPUR6F4FBFKMY] YouTube Copyright Complaint Submission



Hi News Media Network,

Thank you for your removal request. We've reviewed it and provided updates below.

> **Request resolved**
>
> The content listed below has been removed.
>
> Videos in question:
>
> https://www.youtube.com/watch?v=7qut_P6S1Xk
>
> We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Chris Tangey / Severe Weather Australia
- Your Full Legal Name (Aliases, usernames or initials not accepted): Daniel Shaw
- Your Title or Job Position (What is your authority to make this complaint?): Rights Manager
- Address:

  - ○ PO Box 162
  - ○ Vaucluse, NSW 2030
  - ○ AU

- Username: News Media Network
- Email Address: news@newsmedia.net.au
- Phone: 0407 890 009


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=7qut_P6S1Xk
- Describe the work allegedly infringed: My company, organization or client's video

  - ○ Title of video: "Firenado" Australia in HD- at actual speed.
  - ○ Source of video: 66Yte03B3Lo
  - ○ Type of video: Internet video
  - ○ Where does the content appear?
    The content appears in the targeted video from 0:21:31 to 0:21:36 :
    https://www.youtube.com/watch?v=7qut_P6S1Xk&t=1291
    It appears in your source video from 0:03:23 to 0:03:24 :
    https://www.youtube.com/watch?v=66Yte03B3Lo&t=203


- Country where copyright applies: AU
- I, in good faith state that:

  - ○ I am the owner, or an agent authorized to act on behalf of the owner of an
    exclusive right that is allegedly infringed.
  - ○ I have a good faith belief that the use of the material in the manner complained
    of is not authorized by the copyright owner, its agent, or the law; and
  - ○ This notification is accurate.
  - ○ I acknowledge that there may be adverse legal consequences for making false
    or bad faith allegations of copyright infringement by using this process.
  - ○ I understand that abuse of this tool will result in termination of my YouTube
    channel.

- Authorized Signature: Daniel Shaw

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Dec 12, 2023 YouTube Copyright



**Copyright Infringement Notification Confirmation**

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Chris Tangey / Severe Weather Australia
- Your Full Legal Name (Aliases, usernames or initials not accepted): Daniel Shaw
- Your Title or Job Position (What is your authority to make this complaint?): Rights Manager
- Address:

    ○ PO Box 162
    ○ Vaucluse, NSW 2030
    ○ AU

- Username: News Media Network
- Email Address: news@newsmedia.net.au
- Phone: 0407 890 009

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=7qut_P6S1Xk
- Describe the work allegedly infringed: My company, organization or client's video

    ○ Title of video: "Firenado" Australia in HD- at actual speed.
    ○ Source of video: 66Yte03B3Lo
    ○ Type of video: Internet video
    ○ Where does the content appear?
       The content appears in the targeted video from 0:21:31 to 0:21:36 :
       https://www.youtube.com/watch?v=7qut_P6S1Xk&t=1291
       It appears in your source video from 0:03:23 to 0:03:24 :
       https://www.youtube.com/watch?v=66Yte03B3Lo&t=203

- Country where copyright applies: AU
- I, in good faith state that:

    ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    ○ This notification is accurate.
    ○ I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
    ○ I understand that abuse of this tool will result in termination of my YouTube channel.

- Authorized Signature: Daniel Shaw

The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Dec 12, 2023 news@newsmedia.net.au wrote:

    Video IDs: 7qut_P6S1Xk

- ○ I understand that abuse of this tool will result in termination of my YouTube channel.

- • Authorized Signature: Daniel Shaw

<u>Help Center</u> • <u>Email Options</u>

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 <u>Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066</u>

On Dec 12, 2023 YouTube Copyright

YouTube

Hi News Media Network,

Thank you for your removal request.

We've removed some of the videos in your notification. Please read the entire email carefully for a complete update of each video's status.

Under review

We need more time to review the information you provided for the video(s) below. We'll get back to you once we've completed our review.

Videos in question:

<u>https://www.youtube.com/watch?v=ipNpO98Em-U</u>

 Artwork (Photo)

Title of Artwork: "Firenado" Australia in HD- at actual speed. Still Frame image from <u>https://www.youtube.com/watch?v=66Yte03B3Lo</u>

Content found in: Custom thumbnail

Request resolved

The content listed below has been removed.

Videos in question:

<u>https://www.youtube.com/watch?v=9jmNxn5LeUk</u>

<u>https://www.youtube.com/watch?v=FCS4iuDjUHQ</u>

<u>https://www.youtube.com/watch?v=FKMthFVaPIE</u>

<u>https://www.youtube.com/watch?v=lYRqm0FXTug</u>

<u>https://www.youtube.com/watch?v=pBNTT2miUXM</u>

We use a combination of <u>automated systems and human reviews</u> to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Chris Tangey / Severe Weather Australia
- Your Full Legal Name (Aliases, usernames or initials not accepted): Daniel Shaw
- Your Title or Job Position (What is your authority to make this complaint?): Rights Manager
- Address:
  - PO Box 162
  - Vaucluse, NSW 2030
  - AU

- Username: News Media Network
- Email Address: news@newsmedia.net.au
- Phone: 0407 890 009

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=9jmNxn5LeUk
- Describe the work allegedly infringed: My company, organization or client's video

  - Title of video: "Firenado" Australia in HD- at actual speed.
  - Source of video: 66Yte03B3Lo
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:07:29 to 0:07:30 : https://www.youtube.com/watch?v=9jmNxn5LeUk&t=449
    It appears in your source video from 0:01:08 to 0:01:09 : https://www.youtube.com/watch?v=66Yte03B3Lo&t=68

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=FCS4iuDjUHQ
- Describe the work allegedly infringed: My company, organization or client's video

  - Title of video: "Firenado" Australia in HD- at actual speed.
  - Source of video: 66Yte03B3Lo
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:06:45 to 0:06:49 : https://www.youtube.com/watch?v=FCS4iuDjUHQ&t=405
    It appears in your source video from 0:03:36 to 0:03:40 : https://www.youtube.com/watch?v=66Yte03B3Lo&t=216

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=FKMthFVaPIE
- Describe the work allegedly infringed: My company, organization or client's video

  - Title of video: "Firenado" Australia in HD- at actual speed.
  - Source of video: 66Yte03B3Lo
  - Type of video: Internet video
  - Where does the content appear?

The content appears in the targeted video from 0:03:34 to 0:03:56 :
https://www.youtube.com/watch?v=FKMthFVaPIE&t=234
It appears in your source video from 0:02:24 to 0:03:00 :
https://www.youtube.com/watch?v=66Yte03B3Lo&t=144

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=ipNpO98Em-U
- Describe the work allegedly infringed: My company, organization or client's artwork

  - Title of artwork: "Firenado" Australia in HD- at actual speed. Still Frame image from https://www.youtube.com/watch?v=66Yte03B3Lo
  - Type of artwork: Photo
  - Where does the content appear? Custom thumbnail

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=lYRqm0FXTug
- Describe the work allegedly infringed: My company, organization or client's video

  - Title of video: "Firenado" Australia in HD- at actual speed.
  - Source of video: 66Yte03B3Lo
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:17:24 to 0:17:37 :
    https://www.youtube.com/watch?v=lYRqm0FXTug&t=1044
    It appears in your source video from 0:03:21 to 0:03:23 :
    https://www.youtube.com/watch?v=66Yte03B3Lo&t=201

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=pBNTT2miUXM
- Describe the work allegedly infringed: My company, organization or client's video

  - Title of video: "Firenado" Australia in HD- at actual speed.
  - Source of video: 66Yte03B3Lo
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:10:46 to 0:10:48 :
    https://www.youtube.com/watch?v=pBNTT2miUXM&t=646
    It appears in your source video from 0:03:37 to 0:03:39 :
    https://www.youtube.com/watch?v=66Yte03B3Lo&t=217

- Country where copyright applies: AU
- I, in good faith state that:

  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Daniel Shaw

<u>Help Center</u> • <u>Email Options</u>

You received this email to provide information and updates around your YouTube channel or account.



© 2021 <u>Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066</u>

On Dec 10, 2023 YouTube Copyright



**Copyright Infringement Notification Confirmation**

Thank you for your submission. It is under review to ensure it is valid and includes all <u>required elements</u>. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the <u>'Removal requests' tab</u> which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Chris Tangey / Severe Weather Australia
- Your Full Legal Name (Aliases, usernames or initials not accepted): Daniel Shaw
- Your Title or Job Position (What is your authority to make this complaint?): Rights Manager
- Address:

    - PO Box 162
    - Vaucluse, NSW 2030
    - AU

- Username: News Media Network
- Email Address: <u>news@newsmedia.net.au</u>
- Phone: 0407 890 009

- URL of allegedly infringing video to be removed: <u>https://www.youtube.com/watch?v=9jmNxn5LeUk</u>
- Describe the work allegedly infringed: My company, organization or client's video

    - Title of video: "Firenado" Australia in HD- at actual speed.
    - Source of video: 66Yte03B3Lo
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:07:29 to 0:07:30 : <u>https://www.youtube.com/watch?v=9jmNxn5LeUk&t=449</u>
      It appears in your source video from 0:01:08 to 0:01:09 : <u>https://www.youtube.com/watch?v=66Yte03B3Lo&t=68</u>

- URL of allegedly infringing video to be removed: <u>https://www.youtube.com/watch?v=FCS4iuDjUHQ</u>

Describe the work allegedly infringed: My company, organization or client's video

- Title of video: "Firenado" Australia in HD- at actual speed.
- Source of video: 66Yte03B3Lo
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 0:06:45 to 0:06:49 :
  https://www.youtube.com/watch?v=FCS4iuDjUHQ&t=405
  It appears in your source video from 0:03:36 to 0:03:40 :
  https://www.youtube.com/watch?v=66Yte03B3Lo&t=216

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=FKMthFVaPlE
- Describe the work allegedly infringed: My company, organization or client's video

  - Title of video: "Firenado" Australia in HD- at actual speed.
  - Source of video: 66Yte03B3Lo
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:03:54 to 0:03:59 :
    https://www.youtube.com/watch?v=FKMthFVaPlE&t=234
    It appears in your source video from 0:02:24 to 0:03:00 :
    https://www.youtube.com/watch?v=66Yte03B3Lo&t=144

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=iipNpO98Em-U
- Describe the work allegedly infringed: My company, organization or client's artwork

  - Title of artwork: "Firenado" Australia in HD- at actual speed. Still Frame image from https://www.youtube.com/watch?v=66Yte03B3Lo
  - Type of artwork: Photo
  - Where does the content appear? Custom thumbnail

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=lYRqm0FXTug
- Describe the work allegedly infringed: My company, organization or client's video

  - Title of video: "Firenado" Australia in HD- at actual speed.
  - Source of video: 66Yte03B3Lo
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:17:24 to 0:17:37 :
    https://www.youtube.com/watch?v=lYRqm0FXTug&t=1044
    It appears in your source video from 0:03:21 to 0:03:23 :
    https://www.youtube.com/watch?v=66Yte03B3Lo&t=201

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=pBNTT2miUXM
- Describe the work allegedly infringed: My company, organization or client's video

  - Title of video: "Firenado" Australia in HD- at actual speed.
  - Source of video: 66Yte03B3Lo
  - Type of video: Internet video

Where does the content appear?
The content appears in the targeted video from 0:10:46 to 0:10:48 :
https://www.youtube.com/watch?v=pBNTT2miUXM&t=646
It appears in your source video from 0:03:37 to 0:03:39 :
https://www.youtube.com/watch?v=66Yte03B3Lo&t=217

- Country where copyright applies: AU
- I, in good faith state that:

  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - I understand that abuse of this tool will result in termination of my YouTube channel.

- Authorized Signature: Daniel Shaw

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Dec 10, 2023 news@newsmedia.net.au wrote:

Video IDs: 9jmNxn5LeUk, FCS4iuDjUHQ, FKMthFVaPIE, ipNpO98Em-U, lYRqm0FXTug, pBNTT2miUXM

**From:**    Copyright Management <copyright@viraldrm.com>
**Sent:**    11/23/2023 10:17:40 PM
**To:**    Viral DRM <viraldrm@sriplaw.com>
**Subject:**    Fwd: [QTRGZMP36N3XOGL7TCVJBQD65A] New Copyright Counter Notification

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+1jvk6vzpvnjyp0h@google.com>
Date: Thu, Nov 23, 2023 at 9:20 PM
Subject: Re: [QTRGZMP36N3XOGL7TCVJBQD65A] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=qQmpKgFurY0

Display name of uploader: Top Fives

This claim has been made in mistake. We have a license in this footage which covers our usage on YouTube. The license we have covers our usage worldwide and in perpetuity. We have contacted the claimant to ask for a retraction. We would also like to forward this notification. Please reinstate the video as soon as possible.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

consent to the jurisdiction of the Federal District Court for the district in which
my address is located, or if my address is outside of the United States, the
judicial district in which YouTube is located, and will accept service of process
from the claimant.

Joshua Baker

Joshua Baker
1425 Sutherland Avenue
North Vancoucer, BC V7L4B4
Canada

joshuabakeradword@gmail.com

(778) 386-1062

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Daniel Shaw <news@newsmedia.net.au>
**Sent:** 11/23/2023 10:49:48 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** FW: [2746VILJQSUXDDPCVXGDMSVIYY] New Copyright Counter Notification

---

YouTube Channel "Top Fives" Counter-Notification
We have responded with the lawsuit document.

Daniel Shaw
National News Director

**News Media Network** - www.newsmedia.net.au
**Severe Weather Australia** - www.severeweather.com.au
**Global Weather Net** - www.globalweathernet.com
Ph:  +61-407-890009

---

**From:** YouTube Copyright <youtube-disputes+3dilt6sgu9urp0h@google.com>
**Sent:** Friday, 24 November 2023 2:00 PM
**To:** news@newsmedia.net.au
**Subject:** Re: [2746VILJQSUXDDPCVXGDMSVIYY] New Copyright Counter Notification



We received a counter notification (below) in response to a copyright removal
request that you submitted. A counter notification is a legal request for YouTube
to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response
**must include evidence that you've taken legal action against the uploader** to
keep the content from being reinstated to YouTube. Usually, evidence would
include a lawsuit against the uploader, which names the YouTube URL(s) at
issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send
your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at
issue may be reinstated to YouTube. You can find more information about the
legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=zqdy_l4-zno

Display name of uploader: Top Fives

This claim has been made in mistake. We have a license in this footage which
covers our usage on YouTube. The license we have covers our usage worldwide
and in perpetuity. We have contacted the claimant to ask for a retraction. We

would also like to forward this notification. Please reinstate the video as soon as possible.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Joshua Baker

Joshua Baker
1425 Sutherland Avenue
North Vancouver, BC V7L4B4
Canada

joshuabakeradword@gmail.com

(778) 386-1062

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/25/2023 8:33:10 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [KFD2N7D5BREBSYSG6AWMVOXJA4] New Copyright Counter Notification

---

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+2wuwjueyycul30h@google.com>
Date: Sat, Nov 25, 2023 at 3:36 AM
Subject: Re: [KFD2N7D5BREBSYSG6AWMVOXJA4] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=ElMWMNHf0rY

Display name of uploader: Top Fives

This claim has been made in mistake. We have a license in this footage which covers our usage on YouTube. The license we have covers our usage worldwide and in perpetuity. We have contacted the claimant to ask for a retraction. We would also like to forward this notification. Please reinstate the video as soon as possible.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which

my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Joshua Baker

Joshua Baker
1425 Sutherland Avenue
North Vancouver, BC V7L4B4
Canada

joshuabakeradword@gmail.com

(778) 386-1062

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/25/2023 8:36:13 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [BELZRG4MOGILIL7WNV4HE3267U] New Copyright Counter Notification

---

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+1ut03jm0pmfs80h@google.com>
Date: Sat, Nov 25, 2023 at 3:32 AM
Subject: Re: [BELZRG4MOGILIL7WNV4HE3267U] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

* http://www.youtube.com/watch?v=kipmNlK6uV8

Display name of uploader: Top Fives

This claim has been made in mistake. We have a license in this footage which covers our usage on YouTube. The license we have covers our usage worldwide and in perpetuity. We have contacted the claimant to ask for a retraction. We would also like to forward this notification. Please reinstate the video as soon as possible.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which

my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Joshua Baker

Joshua Baker
1425 Sutherland Avenue
North Vancouver, BC V7L4B4
Canada

joshuabakeradword@gmail.com

(778) 386-1062

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/26/2023 2:05:36 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [JNENRCIZ2SQDXFTDC3D4EY53WQ] New Copyright Counter Notification

---

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+13e5gs7dij6fd0h@google.com>
Date: Mon, Nov 27, 2023 at 6:54 AM
Subject: Re: [JNENRCIZ2SQDXFTDC3D4EY53WQ] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

* http://www.youtube.com/watch?v=QzbJK3SNjbk

Display name of uploader: Top Fives

This claim has been made in mistake. We have a license in this footage which covers our usage on YouTube. The license we have covers our usage worldwide and in perpetuity. We have contacted the claimant to ask for a retraction. We would also like to forward this notification. Please reinstate the video as soon as possible.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which

my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Joshua Baker

Joshua Baker
1425 Sutherland Avenue
North Vancouver, BC V7L4B4
Canada

joshuabakeradword@gmail.com

(778) 386-1062

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Daniel Shaw <news@newsmedia.net.au>
**Sent:** 12/12/2023 6:44:10 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Cc:** copyright@viraldrm.com <copyright@viraldrm.com>;
**Subject:** FW: [AV2JI55QC5XS3XDTBRBU3QBTB4] New Copyright Counter Notification

---

**From:** YouTube Copyright <youtube-disputes+2syjjze8kinmb0h@google.com>
**Sent:** Tuesday, 12 December 2023 12:47 PM
**To:** news@newsmedia.net.au
**Subject:** Re: [AV2JI55QC5XS3XDTBRBU3QBTB4] New Copyright Counter Notification



We received a counter notification (below) in response to a <u>copyright removal request</u> that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to <u>copyright@youtube.com</u>.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our <u>Help Center</u>.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- <u>http://www.youtube.com/watch?v=lYRqm0FXTug</u>

Display name of uploader: Top Fives

This claim has been made in mistake. We have a license in this footage which covers our usage on YouTube. The license we have covers our usage worldwide and in perpetuity. We have contacted the claimant to ask for a retraction. We would also like to forward this notification. Please reinstate the video as soon as possible.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the

jurisdiction in which YouTube is located, and will accept service of process from the claimant.

Joshua Baker

Joshua Baker
1425 Sutherland Avenue
North Vancouver, BC V7L4B4
Canada

joshuabakeradword@gmail.com

(778) 386-1062

<u>Help Center</u> • <u>Email Options</u>

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 <u>Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066</u>

**From:** Daniel Shaw <news@newsmedia.net.au>
**Sent:** 12/20/2023 12:43:17 PM
**To:** copyright@viraldrm.com <copyright@viraldrm.com>; Viral DRM <viraldrm@sriplaw.com>
**Subject:** FW: [3YFJQOTDSNN3H3MXANBEVWVUZU] New Copyright Counter Notification

From Top Fives

Daniel Shaw
National News Director

**News Media Network** - www.newsmedia.net.au
**Severe Weather Australia** - www.severeweather.com.au
**Global Weather Net** - www.globalweathernet.com
Ph:  +61-407-890009

**From:** YouTube Copyright <youtube-disputes+0uisckcfsgkmz0h@google.com>
**Sent:** Thursday, 21 December 2023 4:29 AM
**To:** news@newsmedia.net.au
**Subject:** Re: [3YFJQOTDSNN3H3MXANBEVWVUZU] New Copyright Counter Notification



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=7qut_P6S1Xk

Display name of uploader: Top Fives

This claim has been made in mistake. We have a license in this footage which covers our usage on YouTube. The license we have covers our usage worldwide and in perpetuity. We have contacted the claimant to ask for a retraction. We would also like to forward this notification. Please reinstate the video as soon as

0048845

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Joshua Baker

Joshua Baker
1425 Sutherland Avenue
North Vancouver, BC V7L4B4
Canada

joshuabakeradword@gmail.com

(778) 386-1062

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066