Matthew L. Rollins (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Viral DRM LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRAL DRM LLC, | CASE NO.: 3:23-CV-06261-JSC |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| THE YOUTUBE UPLOADERS LISTED ON SCHEDULE A, | |
| Defendants. | |

PLAINTIFF Viral DRM LLC ("Viral DRM"), by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant lawsuit, without prejudice as to the Defendants listed below[1], with each party to bear its own costs, attorneys' fees and expenses.

**DISMISSED DEFENDANTS**

1. John Doe 1 dba 4 Ever Green dba @4EvergreenYT;
2. John Doe 2 dba BUENISIMO dba @BUENISMOCANAL;
3. John Doe 3 dba DailyTop10s dba @GlobalLeaks;
4. John Doe 4 dba DBLNEWS dba @dblnew;

---

[1] Plaintiff is dismissing all Defendants except Sharhzad Rafati dba Top Fives.

- 1 -

5. John Doe 5 dba Dynamic Disaster dba @dynamicdisaster;

6. John Doe 6 dba Future Unity dba @futureunity5129;

7. John Doe 7 dba Lav Luka dba @lavluka6210;

8. John Doe 8 dba Mind Warehouse dba @mind_warehouse;

9. John Doe 9 dba O CANAL DO OBSERVADOR dba @canaldoobservador;

10. John Doe 10 dba OTV dba @otvodisha;

11. John Doe 11 dba The Beesleys dba @TheBeesleys99;

12. John Doe 12 dba The Ultimate Discovery dba @ultimatediscovery;

13. John Doe 14 dba WEWIN ES- Desastres Naturales dba @wewinescanal; and

14. John Doe 15 dba WEWIN PT dba @weweinbrasil.

DATED:  May 15, 2024                    Respectfully submitted,

*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN
**SRIPLAW, P.A.**
*Counsel for Plaintiff Viral DRM LLC*