# Exhibit 1

| Ref | Name | Subscribers | Infringement URL | Original Source | Videographer | Registration Status | Title of Work | Registration Number | CMI Claim |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Top Fives | 2.96M | https://www.youtube.com/watch?v=qQmpKgFurY0 | https://web.facebook.com/watch/?ref=search&v=481700142664492 | Brandon Clement | Registered | Brandon Clement Huricane Dorian Alterntath Abiicos Islancls. Bahamas Helicopter | PA 2-214-139 | No |
| 2 | Top Fives | 2.96M | https://www.youtube.com/watch?v=7qut_P6S1Xk | https://www.youtube.com/watch?v=66Yte03B3Lo | Chris Tangey | Registered | "Fire tornado" Australia HD - clearest ever capture in nature | PA 2-485-810 | Yes |
| 3 | Top Fives | 2.96M | https://www.youtube.com/watch?v=lYRqm0FXTug | https://www.youtube.com/watch?v=66Yte03B3Lo | Chris Tangey | Registered | "Fire tornado" Australia HD - clearest ever capture in nature | PA 2-485-810 | No |
| 4 | Top Fives | 2.96M | https://www.youtube.com/watch?v=7neof87WptY | https://www.youtube.com/watch?v=exmk58NHsQ8 | Mike Theiss | Not Registered | Hurricane Lili Storm Surge Flooding Video - Cocodrie, Louisiana | | No |
| 5 | Top Fives | 2.96M | https://www.youtube.com/watch?v=kipmNIK6uV8 | https://www.youtube.com/watch?v=E-8F5Jo8zSQ | Pecos Hank | Awaiting Certificate | DAY OF THE TWINS - Tornado terror in Nebraska | | No |
| 6 | Top Fives | 2.96M | https://www.youtube.com/watch?v=ElMWMNHf0rY | https://www.youtube.com/watch?v=GoaHmuhq5x8 | Adrien Mauduit | Awaiting Certificate | POLAR STRATOSPHERIC CLOUDS (nacreous clouds) TIMELAPSE - Senja 2020 | | No |
| 7 | Top Fives | 2.96M | https://www.youtube.com/watch?v=zqdy_l4-zno | https://www.youtube.com/watch?v=66Yte03B3Lo | Chris Tangey | Registered | "Fire tornado" Australia HD - clearest ever capture in nature | PA 2-485-810 | No |
| 8 | Top Fives | 2.96M | https://www.youtube.com/watch?v=RVr_w-SeuLw | https://www.youtube.com/watch?v=S4bNQBOlOhk | Paul Smith | Awaiting Certificate | Red Sprite storm 2019 in 4K | | No |
| 9 | Top Fives | 2.96M | https://www.youtube.com/watch?v=QlDiYA68Nyw | https://www.youtube.com/watch?v=S4bNQBOlOhk | Paul Smith | Awaiting Certificate | Red Sprite storm 2019 in 4K | | No |
| 10 | Top Fives | 2.96M | https://www.youtube.com/watch?v=QlDiYA68Nyw | https://www.youtube.com/watch?v=HK6F3Oio6L8 | Chris Tangey | Registered | "Fire tornado" Australia HD - clearest ever capture in nature | PA 2-485-810 | Yes |
| 11 | Top Fives | 2.96M | https://www.youtube.com/watch?v=jmvj272bbvM | https://www.youtube.com/watch?v=GoaHmuhq5x8 | Adrian Mauduit | Awaiting Certificate | POLAR STRATOSPHERIC CLOUDS (nacreous clouds) TIMELAPSE - Senja 2020 | | Yes |
| 12 | Top Fives | 2.96M | https://www.youtube.com/watch?v=OMFVh8t_cFg | https://www.youtube.com/watch?v=nBYZpsbu9ds | Dustin Farrell | Registered | Transient | PA 2-478-787 | No |