# Exhibit 2

REF:1
https://www.youtube.com/watch?v=qQmpKgFurY0



REF:2
https://www.youtube.com/watch?v=7qut_P6S1Xk



REF:3

https://www.youtube.com/watch?v=lYRqm0FXTug



REF:4

https://www.youtube.com/watch?v=7neof87WptY



REF:5

https://www.youtube.com/watch?v=kipmNIK6uV8



REF:6

https://www.youtube.com/watch?v=ElMWMNHf0rY



REF:7

https://www.youtube.com/watch?v=zqdy_l4-zno



REF:8

https://www.youtube.com/watch?v=RVr_w-SeuLw



REF:9

https://www.youtube.com/watch?v=QlDiYA68Nvw



REF:10

https://www.youtube.com/watch?v=QlDiYA68Nvw



REF:11

https://www.youtube.com/watch?v=jmvj272bbvM



REF:12

https://www.youtube.com/watch?v=OMFVh8t_cFg



=== ENDS ===