Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Viral DRM LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRAL DRM LLC, | CASE NO.: 3:23-cv-06261-JSC |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| JOSHUA BAKER, | |
| Defendant. | |

Plaintiff VIRAL DRM LLC ("Viral DRM"), by and through its undersigned counsel, hereby notifies the Court that the parties have reached a settlement, and requests until December 20, 2024 in which to file a Notice of Dismissal.

DATED: November 21, 2024            Respectfully submitted,

*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN
**SRIPLAW, P.A.**
*Attorneys for Plaintiff Viral DRM LLC*