| | |
|---|---|
| Matthew L. Rollin (SBN 332631) **SRIPLAW, P.A.** 8730 Wilshire Boulevard Suite 350 Beverly Hills, California 90211 323.452.5600 – Telephone 561.404.4353 – Facsimile matthew.rollin@sriplaw.com  *Counsel for Plaintiff Viral DRM LLC* | Michael Friedland (SBN 157217) **FRIEDLAND CIANFRANI LLP** 2010 Main Street Suite 1260 Irvine, California 92614 949.734.4900 - Telephone michael.friedland@fciplaw.com  Counsel for Defendant Joshua Joseph Baker |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRAL DRM LLC, | Case No.: 3:23-cv-06261-JSC |
| Plaintiff, | **JOINT REQUEST TO VACATE INTIAL CASE MANAGEMENT DEADLINES** |
| v. | |
| JOSHUA JOSEPH BAKER, | The Honorable Jacqueline Scott Corley |
| Defendant. | |

Plaintiff VIRAL DRM LLC ("Viral DRM"), and Defendant JOSHUA JOSEPH BAKER ("Baker") (collectively the "Parties"), by and through their undersigned counsel, hereby jointly request and agree as follows:

WHEREAS, Viral DRM filed its Third Amended Complaint on October 9, 2024 (ECF 57);

WHEREAS, the Court noticed the Initial Case Management Conference for December 19, 2024, with the Joint Discovery Report deadline as December 12, 2024. (ECF 63)

WHEREAS, the Parties reached a settlement in principle on November 21, 2024, and filed a Notice of Settlement, requesting until December 20, 2024 to finalize the settlement and file a dismissal.

WHEREAS, the Parties request that the Court vacate December 12, 2024, Joint Scheduling Report deadline and vacate the Initial Case Management Conference set for December 19, 2024, as the Parties finalize the settlement.

IT IS HEREBY REQUESTED that the Court vacate the December 12, 2024, deadline to file the Joint Discovery Report, and further vacate the December 19, 2024, Initial Case Management Conference. Lastly, the Parties reiterate their request in the Notice of Settlement to have up to and including December 20, 2024, to file a dismissal.

DATED:  December 12, 2024                     Respectfully submitted,

*/s/Matthew L. Rollin*                              */s/ Michael Friedland*
MATTHEW L. ROLLIN                         MICHAEL FRIEDLAND
**SRIPLAW, P.A.**                                  **FRIEDLAND CIANFRANI LLP**
*Counsel for Plaintiff VIRAL DRM LLC*

*Counsel for Defendant Joshua Joseph Baker*

### ATTESTATION

Pursuant to Local Rule 5.4.3.4(2)(i), all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN