UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRAL DRM LLC, | CASE NO.: 3:23-cv-06261-JSC |
| Plaintiff, | |
| v. | **[proposed] ORDER GRANTING PARTIES' JOINT REQUEST TO VACATE** |
| JOSHUA JOSEPH BAKER, | |
| Defendant. | |

Before the Court is the Parties' Request to Vacate the Initial Case Management Conference. The court, having considered the request and having found good cause, therefore hereby **ORDERS** that the request is **GRANTED.** The Initial Case Management Conference set for December 19, 2024, is vacated, as is any associated deadlines with the Conference. Further, the Parties have up to and including December 20, 2024, to file a dismissal.

Dated: _____

_____
HONORABLE JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE

1

PROPOSED ORDER                                          CASE NO.: 3:23-cv-06261-JSC